# Exhibit B

BOOK: 7846 PAGE: 98

Taxes Paid $0.00
Robert M. Breeding, Treasurer
CB 01-22-2026

```
                Washington Cty Cir Crt
                IMP FD SURE      $40.00
                RECORDING FEE    $20.00


                TOTAL            $60.00
                KRT    TR      09:30 am
                Jan 22, 2026
```

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846 p.0098 MSA_CE_18_7798. Date available 1/26/2026. Printed 2/12/2026.

THIS INSTRUMENT WAS
PREPARED BY:
Polsinelli PC
One East Washington St., Suite 1200
Phoenix, AZ 85004
Attn: Christina Jutzi


AFTER RECORDING RETURN TO:
Department of Homeland Security
U.S. Immigration and Customs Enforcement Agency
500 12th Street SW, Suite 3000
Washington, DC 20250

Tax Parcel No.: 02-022745
Title Insurer: Chicago Title Company

This instrument is exempt from transfer & recordation taxes per Section 12-108(a)(1) and Section 13-207(a) of the Md. Code.

## GENERAL WARRANTY DEED

This General Warranty Deed, made January 16, 2026, by FRIND-Hopewell, LLC, a Delaware limited liability company ("**Grantor**"), whose street address is 11 Dupont Circle NW, 9th Floor Washington, D.C. 20036, in favor of the United States of America and its assigns; here, the Department of Homeland Security, U.S. Immigration and Customs Enforcement Agency ("**Grantee**"), whose street address is 500 12th Street SW, Suite 3000, Washington, DC 20250.

WITNESSETH:

That for and in consideration of the sum of ONE HUNDRED TWO MILLION FOUR HUNDRED THOUSAND AND NO/100 DOLLARS ($102,400,000.00), cash in hand paid, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, Grantor does hereby grant, bargain, sell and convey, in fee simple, with General Warranty, unto said Grantee, that certain property located in Washington County, Maryland, as is

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846 p.0099 MSA_CE_18_7798. Date available 1/26/2026. Printed 2/12/2026.

more particularly described on **Exhibit A** attached hereto, together with all rights, title, and interest of Grantor in and to any alleys, streets, ways, strips, or gores abutting or adjoining the land (collectively, the "**Property**"); subject to and with the benefit of all easements, restrictions, agreements, rights of way and reservations of record insofar as the same are now in force and affect the Property.

The acquiring federal agency is the Department of Homeland Security, U.S. Immigration and Customs Enforcement Agency.

TO HAVE AND TO HOLD the Property, together with each and every title, right, privilege, appurtenance and advantage thereunto belonging, or in anywise appertaining, unto and for the use, benefit and behoof of Grantee, its successors and assigns, in fee simple forever.

[signature page follows]

**GRANTOR:**

**FRIND-HOPEWELL, LLC,**
a Delaware limited liability company

By: _____
Name: Brandon Jenkins
Title: Authorized Signatory

COUNTY of  District of Columbia

STATE of  Washington      ) ss:

Signed and sworn to before me on the 15th day of January, 2026, by Brandon Jenkins, as Authorized Signatory of FRIND-HOPEWELL, LLC, a Delaware limited liability company, on behalf of the limited liability company.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

_____
Notary Public

My Commission Expires: 04/30/2029

[Notarial Seal]



*[Signature Page to Deed]*

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846 p.0100 MSA_CE_18_7798. Date available 1/26/2026. Printed 2/12/2026.

This is to certify that the foregoing instrument was prepared by or under the supervision of the undersigned, an attorney duly admitted to practice before the Supreme Court of the State of Maryland.

_____
Name: Tim Donovan

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846 p.0101 MSA_CE_18_7798. Date available 1/26/2026. Printed 2/12/2026.

BOOK: 7846 PAGE: 102

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846 p.0102 MSA_CE_18_7798. Date available 1/26/2026. Printed 2/12/2026.

# EXHIBIT A

## LEGAL DESCRIPTION

All that certain lot or parcel of land together with all improvements thereon located and being in the County of Washington, MD and being more particularly described as follows:

Parcel 57, containing 53.52 acres, more or less, as shown on the plat entitled, "Replat of Lot 2, Preliminary/Final Subdivision of Lot 3, Development Plat of Parcel 57, and Right of Way Dedication for Wright Road for Taylor Farm I, LLC and Taylor Farm II, LLC" and recorded as Plat Nos. 11196-11198, among the Land Records of Washington County, Maryland.

# State of Maryland Land Instrument Intake Sheet

☐ Baltimore City  ☑ County: WASHINGTON

*Information provided is for the use of the Clerk's Office, State Department of Assessments and Taxation, and County Finance Office Only.*
**(Type or Print in Black Ink Only—All Copies Must Be Legible)**

**1 Type(s) of Instruments** ( ☐ Check Box if addendum Intake Form is Attached.)
- [1] Deed / Deed of Trust
- Mortgage / Lease
- Other
- Other

**2 Conveyance Type** Check Box
- Improved Sale Arms-Length [1]
- Unimproved Sale Arms-Length [2]
- Multiple Accounts Arms-Length [3]
- Not an Arms-Length Sale [9]

**3 Tax Exemptions** (if applicable) Cite or Explain Authority
- Recordation: EXEMPTION SECTION 12-108(a)(1) AND 13-207(a)
- State Transfer: Deed to the United States of America
- County Transfer:

**4 Consideration and Tax Calculations**

| Consideration Amount | | Finance Office Use Only — Transfer and Recordation Tax Consideration | |
|---|---|---|---|
| Purchase Price/Consideration | $ 102,400,000.00 | Transfer Tax Consideration | $ |
| Any New Mortgage | $ | X ( ) % = | $ |
| Balance of Existing Mortgage | $ | Less Exemption Amount − | $ |
| Other: TAXABLE | $ 0.00 | Total Transfer Tax = | $ |
| Other: | $ | Recordation Tax Consideration | $ |
| | | X ( ) per $500 = | $ |
| Full Cash Value: | $ | TOTAL DUE | $ |

**5 Fees**

| Amount of Fees | Doc. 1 | Doc. 2 | |
|---|---|---|---|
| Recording Charge | $ 40.00 | $ | Agent: |
| Surcharge | $ 40.00 | $ | |
| State Recordation Tax | $ 0.00 | $ | Tax Bill: |
| State Transfer Tax | $ | $ | |
| County Transfer Tax | $ | $ | C.B. Credit: |
| Other | $ | $ | |
| Other | $ | $ | Ag. Tax/Other: |

**6 Description of Property**
SDAT requires submission of all applicable information. A maximum of 40 characters will be indexed in accordance with the priority cited in Real Property Article Section 3-104(g)(3)(i).

| District | Property Tax ID No. (1) | Grantor Liber/Folio | Map | Parcel No. | Var. LOG |
|---|---|---|---|---|---|
| | 02-022745 | | 0048 | 0057 | (5) |

| Subdivision Name | Lot (3a) | Block (3b) | Sect/AR (3c) | Plat Ref. | SqFt/Acreage (4) |
|---|---|---|---|---|---|
| 0000 | | | | | 53.74 ACRES |

Location/Address of Property Being Conveyed (2): 16220 WRIGHT ROAD, WILLIAMSPORT, MD 21795

Other Property Identifiers (if applicable): 
Water Meter Account No.:

Residential ☐ or Non-Residential ☑   Fee Simple ☑ or Ground Rent ☐   Amount:

Partial Conveyance? ☐ Yes ☐ No   Description/Amt. of SqFt/Acreage Transferred:

If Partial Conveyance, List Improvements Conveyed:

**7 Transferred From**

| Doc. 1 – Grantor(s) Name(s) | Doc. 2 – Grantor(s) Name(s) |
|---|---|
| FRIND-Hopewell, LLC | |
| Doc. 1 – Owner(s) of Record, if Different from Grantor(s) | Doc. 2 – Owner(s) of Record, if Different from Grantor(s) |
| | |

**8 Transferred To**

| Doc. 1 – Grantee(s) Name(s) | Doc. 2 – Grantee(s) Name(s) |
|---|---|
| United State of America and its assigns; here, the Department of Homeland Security, | |

New Owner's (Grantee) Mailing Address: 500 12th Street, SW, Ste 300 Washington, DC 20250

**9 Other Names to Be Indexed**

| Doc. 1 – Additional Names to be Indexed (Optional) | Doc. 2 – Additional Names to be Indexed (Optional) |
|---|---|
| U.S. Immigration and Customs Enforcement Agency | |

**10 Contact/Mail Information**

Instrument Submitted By or Contact Person
Name: KRISTINA BUTLER   Reference: 202502040MD
Firm: Chicago Title Insurance
Address: 1500 Whetstone Way, Suite 101
Baltimore, MD 21230   Phone: (410) 230-9582

☑ Return to Contact Person
☐ Hold for Pickup
☐ Return Address Provided

**11 Assessment Information**

IMPORTANT: *BOTH THE ORIGINAL DEED AND A PHOTOCOPY MUST ACCOMPANY EACH TRANSFER*

- ☐ Yes ☑ No  Will the property being conveyed be the grantee's principal residence?
- ☐ Yes ☑ No  Does transfer include personal property? If yes, identify:
- ☐ Yes ☑ No  Was property surveyed? If yes, attach copy of survey (if recorded, no copy required).

**Assessment Use Only – Do Not Write Below This Line**

Terminal Verification . Agricultural Verification . Whole . Part . Tran. Process Verification
Transfer Number   Date Received:   Deed Reference:   Assigned Property No.:

| Year | 20 | 20 | Geo. | Map | Sub | Block |
|---|---|---|---|---|---|---|
| Land | | | Zoning | Grid | Plat | Lot |
| Buildings | | | Use | Parcel | Section | Occ. Cd. |
| Total | | | Town Cd. | Ex. St. | Ex. Cd. | |

REMARKS:

Distribution: White – Clerk's Office   Canary – SDAT   AOC-CC-300 (5/2007)
Pink – Office of Finance   Goldenrod – Preparer

WASHINGTON COUNTY CIRCUIT COURT (Land Records) KRT 7846, p. 0103 MSA_CE_18_7796. Date available 1/26/2026. Printed 2/12/2026.