# Exhibit C



Wes Moore, Governor
Aruna Miller, Lt. Governor

Rebecca L. Flora, AICP, LEED ND / BD+C, Secretary
Elizabeth Hughes, MHT Director and
State Historic Preservation Officer

# Maryland
## DEPARTMENT OF PLANNING
## MARYLAND HISTORICAL TRUST

February 10, 2026

Ms. Alexis Price
Solv
8201 Greensboro Drive, Suite 700
McLean, VA 22102

Sent via email to: Alexis.T.Price@associates.ice.dhs.gov

Re:  MHT Review of Proposed ICE Baltimore Processing Facility, 10900 Hopewell Rd, Hagerstown
     Washington County, Maryland

Dear Ms. Price:

Thank you for providing the Maryland Historical Trust (MHT) with information regarding the above-referenced project on behalf of the U.S. Department of Homeland Security (DHS). MHT received the project submittal for review on January 14, 2026. In response to your request, MHT's Project Review & Compliance unit reviewed the proposed work to assess potential effects on historic properties in accordance with Section 106 of the National Historic Preservation Act. Following our review of the project's Area of Potential Effects (APE) as defined by the DHS in Figure 5 of the project submittal, MHT concurred that the proposed rehabilitation of the existing 53.74-acre warehouse would have no effect on historic properties. Our "no effect" recommendation was provided to you via our online e106 system on January 29, 2026. As we noted in our concurrence, that recommendation was based on the information you provided and that "[a]dditional consultation with our office may be required if there are any significant changes in project scope or location."

Beginning on February 3, 2026, MHT was contacted by several Washington County residents who provided additional information about the undertaking's potential impacts on historic properties. These communications suggest that MHT has not been provided with complete information about the project, that the APE may be larger than the area that was shown in the original project submittal, and that the APE should include the proposed impact areas associated with the Wright Road Relocation project.

Following our review of the information provided with these public comments, we are requesting additional information from the DHS to determine if we need to consider a larger APE for this undertaking. Specifically, we request information as to how the Wright Road Relocation project relates to the ICE Baltimore Processing Facility.

If the Wright Road Relocation project is, in fact, an ancillary activity that is part of, or functionally related to, the ICE Baltimore Processing Facility project, then DHS should provide detailed site plans illustrating the location and boundaries of all proposed ground disturbing activities and impact areas associated with the road's relocation (including access roads and staging areas) so that we may assess the project's potential impacts on historic properties - including potential archaeologically sensitive areas. The plans should clearly indicate where grading and other ground-disturbing activities will be taking place and to what depth these areas will be graded. It would

Alexis Price
MHT Review of Proposed ICE Baltimore Processing Facility
February 10, 2026
Page 2

also be helpful if you could provide information regarding the level of any past ground disturbance that has taken place within the study area for the road-relocation. Upon our review of this additional information, we will be able to provide informed and updated findings regarding the complete project's effects on historic properties and what, if any, cultural resources investigations may be necessary prior to construction.

If the Wright Road Relocation project is not an ancillary activity associated with the ICE Baltimore Processing Facility project, then please provide MHT with clear information to that effect so that we may include it in our project file.

We look forward to receiving the information requested above and to further coordination as project planning proceeds. If you have any questions or we may be of assistance, please do not hesitate to contact me at dixie.henry@maryland.gov. Thank you again for providing us with an opportunity to comment.

Sincerely,

*Dixie Henry* (signed electronically)

Dr. Dixie Henry
Administrator, Project Review and Compliance

DLH/ 202600142