# Exhibit D

Real Property Data Search ( )
Search Result for WASHINGTON COUNTY

| View Map | No Ground Rent Redemption on File | No Ground Rent Registration on File |
|---|---|---|

**Special Tax Recapture:** None
**Account Number:** District - 02 Account Identifier - 022745

## Owner Information

| **Owner Name:** | DEPARTMENT OF HOMELAND SECURITY | **Use:** | COMMERCIAL |
|---|---|---|---|
| | | **Principal Residence:** | NO |
| **Mailing Address:** | 500 12TH ST SW STE 300 WASHINGTON DC 20250- | **Deed Reference:** | /07846/ 00098 |

## Location & Structure Information

| **Premises Address:** | 16220 WRIGHT RD WILLIAMSPORT 21795-0000 | | | | | | **Legal Description:** | 53.74 ACRES REM 16220 WRIGHT ROAD WILLIAMSPORT | |
|---|---|---|---|---|---|---|---|---|---|
| **Map:** 0048 **Grid:** 0021 **Parcel:** 0057 | **Neighborhood:** 30000.22 | **Subdivision:** 0000 | **Section:** | **Block:** | **Lot:** | **Assessment Year:** 2024 | | **Plat No:** **Plat Ref:** | 11196-11198 |

**Town:** None

| **Primary Structure Built** 2022 | **Above Grade Living Area** 825,620 SF | **Finished Basement Area** | **Property Land Area** 53.7400 AC | **County Use** 000000 |
|---|---|---|---|---|
| **Stories** **Basement** | **Type** MEGA WAREHOUSE | **Exterior** / | **Quality** **Full/Half Bath** C4 | **Garage** **Last Notice of Major Improvements** |

## Value Information

| | Base Value | Value | Phase-in Assessments | |
|---|---|---|---|---|
| | | As of 01/01/2024 | As of 07/01/2025 | As of 07/01/2026 |
| **Land:** | 2,340,900 | 7,518,400 | | |
| **Improvements:** | 47,429,700 | 82,831,400 | | |
| **Total:** | 49,770,600 | 90,349,800 | 76,823,400 | 90,349,800 |
| **Preferential Land:** | 0 | 0 | | |

## Transfer Information

| **Seller:** FRIND HOPEWELL LLC | **Date:** 01/22/2026 | **Price:** $102,400,000 |
|---|---|---|
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /07846/ 00098 | **Deed2:** |
| **Seller:** WRIGHT ROAD INDUSTRIAL LLC | **Date:** 06/22/2022 | **Price:** $4,853,740 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /07042/ 00287 | **Deed2:** |
| **Seller:** TAYLOR FARMS I LLC | **Date:** 01/26/2021 | **Price:** $8,000,000 |
| **Type:** ARMS LENGTH VACANT | **Deed1:** /06495/ 00454 | **Deed2:** |

## Exemption Information

| **Partial Exempt Assessments:** | **Class** | 07/01/2025 | 07/01/2026 |
|---|---|---|---|
| **County:** | 000 | 0.00 | |
| **State:** | 000 | 0.00 | |
| **Municipal:** | 000 | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

## Homestead Application Information

**Homestead Application Status:** No Application

## Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application    **Date:**