# Exhibit E

# STATE OF MARYLAND
## DEPARTMENT OF THE ENVIRONMENT
## WATER AND SCIENCE ADMINISTRATION
## NONTIDAL WETLANDS AND WATERWAYS PERMIT

PERMIT NUMBER:   20-NT-3237/202061812

EFFECTIVE DATE:   January 25, 2021

EXPIRATION DATE:   January 25, 2026

PERMITTEE:   Taylor Farm 1, LLC
             72 West Washington Street
             Hagerstown, MD 21740
             Attn: Sasaan Shaool



IN ACCORDANCE WITH ENVIRONMENT ARTICLE §5-503(a) AND §5-906(b), ANNOTATED CODE OF MARYLAND (2007 REPLACEMENT VOLUME), COMAR 26.17.04 AND 26.23.01, AND 26.08.02 AND THE ATTACHED CONDITIONS, Taylor Farm 1, LLC ("PERMITTEE"), IS HEREBY AUTHORIZED BY THE WATER AND SCIENCE ADMINISTRATION ("ADMINISTRATION") TO CONDUCT A REGULATED ACTIVITY IN A NONTIDAL WETLAND, BUFFER, OR EXPANDED BUFFER, AND/OR TO CHANGE THE COURSE, CURRENT OR CROSS-SECTION OF WATERS OF THE STATE, IN ACCORDANCE WITH THE ATTACHED PLANS APPROVED BY THE ADMINISTRATION ON January 18, 2020 ("APPROVED PLAN") AND PREPARED BY Frederick, Seibert & Associates, Inc. AND INCORPORATED HEREIN, AS DESCRIBED BELOW:

Construction of road improvements and an outfall related to a warehouse facility. The project will permanently impact 156 square feet of 25-foot nontidal wetland buffer and 503 square feet of 100-year nontidal floodplain. The project will temporarily impact 5,707 square feet of 25-foot nontidal wetland buffer and 2,930 square feet of 100-year nontidal floodplain. The project is located along Semple Run (Use IV) on Wright Road in Washington County.

MD Grid Coordinates   N 216639   E 330581

_____
Heather L. Nelson
Acting Program Manager
Wetlands and Waterways Program

Attachments: Conditions of Permit

cc: Trevor Frederick; Frederick, Seibert & Associates Inc.
    Compliance Program w/ file