# Exhibit F



# HAGERSTOWN CROSSROADS AT I-81

## 825,000 SF CLASS A INDUSTRIAL SPACE
## DEMISABLE TO 200,000 SF

**READY FOR OCCUPANCY!**

**ELIGIBLE 15 YEAR REAL PROPERTY TAX CREDIT**

**ELIGIBLE ALTERNATIVE FRAMEWORK FOREIGN TRADE ZONE (FTZ 255)**

**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com

www.hagerstowncrossroadsat81.com

# THE OPPORTUNITY

FUNDRISE

123 trailer spaces
195' deep truck court
306 spaces
182 spaces
HAGERSTOWN CROSSROADS AT I-81
200,000-825,000 SF
530'
1,556'
Wright Road
185' deep truck court
89 trailer spaces
Wright Road

Existing Spec Office
2,400 SF

Electric
Abundant 4000 amps 480v 3Phase with Service Expansion Capability to 8000amps

| Building Dimensions | Clear Height | Column Spacing | Speed Bays | Lighting | Loading Docks | Drive-in Doors | Trailer Storage | Pit Levelers |
|---|---|---|---|---|---|---|---|---|
| 530' x 1,556' | 36' | 41' – 54' | 60' | LED | 166 | 4 | 212 | 41 |



# POTENTIAL DEMISED FLOOR PLAN #1

FUNDRISE



# POTENTIAL DEMISED FLOOR PLAN #2

FUNDRISE

Block 1 - 280,900 SF
Block 2 - 286,200 SF
Block 3 - 257,580 SF
Permitted Spec Office
ELECTRICAL ROOM
FIRE PUMP ROOM
WAREHOUSE
MATCHLINE - REFERENCE 1 / A-2.11
MATCHLINE - REFERENCE 1 / A-2.12
OVERALL FLOOR PLAN - LEVEL 01



# POTENTIAL DEMISED FLOOR PLAN #3

FUNDRISE

Block 1 - 395,000 SF
Block 2 - 215,000 SF
Block 3 - 215,000 SF
Permitted
Spec
Office
ELECTRICAL ROOM
FIRE PUMP ROOM
WAREHOUSE
MATCHLINE - REFERENCE 1/A-2.11
MATCHLINE - REFERENCE 1/A-2.12

16220

ACCESS
Immediate Access
to I-70 and I-81
FUNDRISE
HAGERSTOWN
CROSSROADS
AT I-81
ACCESS TO I-70 | EXIT 24
FUTURE ROAD EXTENSION
DELIVERING 2023
ACCESS
ACCESS
ACCESS TO I-81 | EXIT 2
Halfway Blvd.
Kemps Mill Road
Greencastle Pike
Elliott Parkway
Wright Road
Hopewell Road
Clear Spring Rd.
Sterling Road
Governor Ln. Blvd.
70
63
81
11

# LOGISTICS PROVIDERS

# CORPORATE PRESENCE

OHL, kmart, DDC, TARGET, INGRAM'S, Staples

ARMADA, FOOD LION, CORELLE

Walmart, R+L CARRIERS, bowman LOGISTICS

Amazon, LENOX, VOLVO, LOWE'S

Hagerstown

HAGERSTOWN CROSSROADS AT I-81

Staples, TEMPUR+SEALY, THE HOME DEPOT, TSC TRACTOR SUPPLY CO

KNAUF INSULATION, Procter & Gamble

macy's, RUST-OLEUM, Rubbermaid, Quad, GM

PENNSYLVANIA

MARYLAND

WEST VIRGINIA

81

70

# Reach 1/3 of the US Population in one day's drive

## Distance to Major Cities

| | | | | | |
|---|---|---|---|---|---|
| **81** miles to Washington, D.C. | **83** miles to Baltimore, MD | **166** miles to Dover, DE | **175** miles to Philadelphia, PA | **238** miles to New York, NY | **335** miles to Columbus, OH |
| **406** miles to Charlotte, NC | **457** miles to Boston, MA | **538** miles to Louisville, KY | **594** miles to Charleston, SC | **643** miles to Atlanta, GA | **647** miles to Nashville, TN |

**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com

Although information has been obtained from sources deemed reliable, neither Owner nor JLL makes any guarantees, warranties or representations, express or implied, as to the completeness or accuracy as to the information contained herein. Any projections, opinions, assumptions or estimates used are for example only. There may be differences between projected and actual results, and those differences may be material. The Property may be withdrawn without notice. Neither Owner nor JLL accepts any liability for any loss or damage suffered by any party resulting from reliance on this information. If the recipient of this information has signed a confidentiality agreement regarding this matter, this information is subject to the terms of that agreement. ©2021. Jones Lang LaSalle IP, Inc. All rights reserved.