**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br>200 Saint Paul Place<br>Baltimore, Maryland 21202,<br><br>      Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, Secretary of Homeland Security,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>500 12th St., SW<br>Washington, D.C. 20536<br><br>TODD M. LYONS, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br>500 12th St., SW<br>Washington, D.C. 20536,<br><br>      Defendants. | Civ. No. 1:26-cv-733-BAH |

**EXHIBIT LIST**

| Exhibit | |
|---|---|
| A | Deed to Williamsport Warehouse |
| B | SDAT Report on Williamsport Warehouse |
| C | Declaration of Josh E. Kurtz, Maryland Department of Natural Resources |
| D | Brochure for Williamsport Warehouse |
| E | Letter from Gabrielle M. Fernandez, Department of Homeland Security, to Elizabeth Hughes, Maryland Historical Trust |

| F | Department of Homeland Security Early Notice and Public Review of a Proposed Activity in a 100- to 500- Year Floodplain |
|---|---|
| G | Comments of the Maryland Department of the Environment, Maryland Department of Natural Resources, and Maryland Department of Transportation on Floodplain Notice |
| H | Comments of the Center for Biological Diversity on Floodplain Notice |
| I | Comments of Hagerstown Rapid Response, the NAACP of Washington County, and the ACLU of Maryland on Floodplain Notice |
| J | Declaration of Walid Saffouri, Maryland Department of the Environment |