# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

STATE OF MARYLAND,
200 Saint Paul Place
Baltimore, Maryland 21202,

    Plaintiffs,

v.

KRISTI NOEM, Secretary of Homeland Security,
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,
500 12th St., SW
Washington, D.C. 20536

TODD M. LYONS, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,
500 12th St., SW
Washington, D.C. 20536,

    Defendants.

Civ. No. 1:26-cv-733

## **DECLARATION OF JOSH E. KURTZ IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Josh E. Kurtz, declare of my personal knowledge as follows:

1. I am currently employed by the Maryland Department of Natural Resources as the Secretary. I have held this position since March 2023.

2. As Secretary, I am responsible for executing the mission and leading the staff for the Department of Natural Resources in developing coordinated policies for the preservation,

1

conservation, enhancement, wise use, and perpetuation of the natural resources of the State. I am also responsible for the day-to-day operations of the agency including its budget and finances.

3. Prior to this role, I served as the Maryland executive director of the Chesapeake Bay Foundation for two years. I have also previously served as the policy and government relations director for The Nature Conservancy in Maryland for five years.

4. I received a Master of Public Policy from George Mason University in 2012, and a B.S. in wildlife ecology and conservation from the University of Delaware in 2008.

5. I am submitting this declaration in support of the State's motion for a temporary restraining order. I am generally familiar with ICE's purchase of the property at 16220 Wright Road, Williamsport, MD 21795 ("Warehouse property") and the plans by the Department of Homeland Security and Immigration and Customs Enforcement to convert it into an immigration detention facility.

6. The purpose of this declaration is to describe the many natural resources of state interest that may be affected by the property's conversion to an immigration detention facility and subsequent operation.

7. Construction at the scale necessary to convert the warehouse into an immigration detention facility without the necessary environmental reviews, poses a serious risk to the nearby watersheds and the ecosystems therein. As explained in greater detail below, several species in this area are particularly vulnerable to changes in water quality, including increases in sedimentation and other pollution that would almost certainly occur if construction proceeds without a considered environmental analysis and public engagement. And subsequent operation of the facility, without necessary analyses and mitigation measures would continue to pose a serious threat.

### State Waters

8. Three state waterways are either adjacent to or downstream of the property: Semple Run, Conococheague Creek, and the Potomac River. Semple Run feeds into the Conococheague Creek, which feeds into the Potomac River and the Chesapeake Bay. Therefore, the health of Semple Run impacts the health of Conococheague Creek, which impacts the health of the Potomac, which ultimately impacts the health of the Chesapeake Bay.

### Semple Run

9. Semple Run is a state water within the Conococheague Creek watershed that runs adjacent to the Warehouse property along its southern and western boundaries. Similar to other streams in the Hagerstown Valley and Washington County, Semple Run is fed by limestone upriver springs within the Stonehenge Formation located near the intersection of I-70 and I-81 to the northeast stretching from approximately 1.3 km to 2.4 km upstream of the facility as well as springs approximately 1 km downstream of the Warehouse property within the Kemps Springs Ecologically Significant Area near the intersection of Semple Run with Conococheague Creek. Semple Run originates to the northeast of the Warehouse property and ultimately discharges into Conococheague Creek.

10. The cool temperatures in Semple Run and other groundwater influenced tributaries to Conococheague Creek act to keep temperatures in Conococheague Creek below temperatures in the mainstem Potomac River. This provides a thermal refugia during the summer for coolwater sportfish, including muskellunge, walleye, smallmouth bass, and popular sportfish that have economic value. The cool waters of Semple Run support the survival and growth of hatchery-raised brown and rainbow trout introduced to state waters.

11. The water quality of Semple Run is threatened by land use changes that increase sedimentation and stream temperatures. Runoff from impervious surfaces can increase stream

3

temperatures, which may result in changes in the variety and abundance of fish species and decreases in fish species that are dependent on cooler temperatures. Given its proximity to the property, sedimentation from construction activity is likely to reach Semple Run.

Conococheague Creek

12. Conococheague Creek is one of the primary tributaries of the Potomac River. Conococheague Creek is a free-flowing stream that originates in Pennsylvania and travels southward for 80 miles ending at the Potomac River near Williamsport, Maryland. The Conococheague Creek watershed is located in both Maryland and Pennsylvania, with a drainage area of 568 square miles. The majority (88.4%) of the watershed is in Pennsylvania (in Franklin, Adams, Cumberland and Perry Counties) with the remaining portion in Washington County, Maryland.

13. Conococheague Creek has a low gradient with a very shallow profile and a bottom substrate consisting of limestone bedrock, cobble, and pea gravel. Its shallow waters lead to prominent submerged aquatic vegetation growth over the summer months, creating habitat for fish.

14. The Maryland Surface Water Use Designation in the Code of Maryland Regulations (COMAR) for Conococheague Creek and its tributaries are designated as Use IV-P, meaning that the water use is designated as recreational trout waters and public water supply.

15. Because Conococheague Creek is shallow and has low turbidity, it is popular for recreational activities such as fishing, boating, and tubing.

16. Currently, Conococheague Creek is considered biologically impaired due to stormwater runoff in Hagerstown and Williamsport and an increase in impervious surface cover.

In addition, agricultural land use in the watershed and in the riparian buffer zone has led to elevated levels of nutrients and inorganic pollutants in the creek.

17. Conococheague Creek supports a warmwater fishery for smallmouth bass, redbreast sunfish, rockbass, common carp, muskellunge, walleye, flathead catfish, and channel catfish throughout the Maryland portion. The creek supports a low diversity but high-density macroinvertebrate population.

18. The tributaries of Conococheague Creek include Semple Run, Kemps Mill Run, Toms Run, and Rockdale Run, as well as numerous other unnamed streams and creeks.

The Potomac River

19. The Potomac River is a warmwater nontidal river that originates in the Allegheny Mountains of western Maryland, southern Pennsylvania, and West Virginia. The Potomac River is the second largest tributary to the Chesapeake Bay.

20. The "Upper Potomac" refers to the warmwater, nontidal portion of the river that forms over 200 miles of Maryland's southern boundary from Cumberland to Washington D.C.

21. The Upper Potomac is managed for warmwater and cool-water nontidal fish species, including walleye, muskellunge, channel catfish, and smallmouth bass.

22. Though much of the Upper Potomac overlaps with public lands and state-managed forests and parks, pollution from wastewater, agricultural runoff, and urban stormwater runoff currently threatens the water quality of the river. In addition, excess nutrients, sediment, and pollutants enter the river from maintenance and construction projects.

**Potentially Impacted Wildlife and Aquatic Species**

23. A number of State-listed Endangered species, Species in Need of Conservation, and other Rare species rely on the waters in the vicinity of the Warehouse property.

State-Listed Endangered Species

24. The Upper Potomac River, immediately downstream of the confluence with Conococheague Creek, is home to two state endangered mussel species: brook floater mussel and green floater mussel.

25. Under COMAR 08.03.08.04, a person may not take any endangered wildlife, reptile, amphibian, mollusk, crustacean, or finfish species in the State except by special permit from the Director of Wildlife and Heritage Services for the Department of Natural Resources.

*Importance of Freshwater Mussels*

26. Freshwater mussels are one of the most imperiled taxonomic groups in North America. Freshwater mussels inhabit river substrate materials while filtering the water column for feeding, respiration, and reproductive purposes. Freshwater mussels play an important role in stream habitats. Mussels are colloquially referred to as "biosentinel" species because their presence indicates healthy waters.

27. One adult mussel can filter an estimated 10-15 gallons of water a day, and the presence of mussels has been linked to healthy fish populations. According to U.S. Environmental Protection Agency (U.S. EPA) data, a 6-mile stretch of mussel beds can remove 25 tons of particulates per year.

28. Because of the important role mussels fill in the freshwater ecosystem of the Potomac River and the Chesapeake Bay watershed, the Department of Natural Resources and its partners across the region, including nonprofits and federal, state, and local governments, have dedicated millions of dollars to protect and restore the species, including the following:

    A. Through a pilot project funded by the State of Maryland, the National Fish and Wildlife Foundation, and the Chesapeake Bay Program, the Department

6

of Natural Resources has begun a pilot project to restore both common and endangered mussel species in the Potomac River upstream of Williamsport, Maryland.

B. In the 2025 Chesapeake Bay Agreement, an agreement between Maryland, Virginia, Delaware, New York, Pennsylvania, West Virginia, the District of Columbia, and the U.S. EPA, the State of Maryland has agreed to develop comprehensive freshwater mussel conservation plans for 10 tributaries and implement key recommendations from at least five of these plans by 2040.

C. Because freshwater mussels are sensitive to changes in temperature, the Department of Natural Resources has been replanting trees along riparian corridors to increase the shade cover of streams, reduce run-off, restrict sediment from entering streams, and reduce water temperatures. As of this time, the Department of Natural Resources has planted over 100,000 linear feet and 32 acres of riparian forest buffers along Maryland streams.

D. Through a new mussel hatchery program at the State's Joseph Manning Fish Hatchery, the Department of Natural Resources has begun propagating mussels to be planted in waterways across the State, including the Potomac River.

E. As part of a settlement between Constellation Energy, the Maryland Department of the Environment, and environmental advocates, Constellation Energy has committed to paying Maryland $23 million to help support the construction, operation, and maintenance of a mussel hatchery.

F. The Potomac Riverkeeper Network has partnered with the Department of Natural Resources, and other regional partners, to initiate a "50 Million Mussel Project" with the goal of restoring 50 million native freshwater mussels to the Potomac River by 2040.

29. In 2016, a State Highways Administration contractor located both brook floater mussels and green floater mussels species during a species salvage operation required as a permit condition for nontidal wetlands mitigation. The operation was located at the I-81 bridge which is about 1 mile downstream from the Potomac's confluence with Conococheague Creek. The mussels were relocated upstream of the bridge (i.e. closer to the Conococheague confluence) in order to avoid harm from construction activity at the bridge.

*Brook floater mussels*

30. Brook floater mussels (*Alasmidonta varicosa*) are a small- to medium-sized freshwater mussel that are found in rivers and streams with consistently flowing water and substrates that have sandy or gravelly bottoms, where they burrow into the sediment to anchor themselves.

31. Like other freshwater mussels, brook floaters help keep waterways clean by filtering bacteria, algae, and plant and animal debris out of the water. These mussels form "beds" at the bottom of the water which stabilizes the substrate, creating shelter and breeding grounds for various fish and invertebrates. Brook floaters also play an important role in the food chain, as prey for many aquatic mammals such as otters and muskrats.

32. The brook floater mussel is listed as endangered in the State due to significant declines in population, severe threats, and a restricted range. COMAR 08.03.08.04C(2)(b).

33. The brook floater mussel has been found in the Potomac River downstream of Conococheague Creek.

34. Ongoing threats to the conservation of brook floater mussel include rising water temperatures, competition from invasive species, habitat loss or fragmentation, and polluted waterways from nutrient and sediment runoff.

35. On February 13, 2026, in response to an April 17, 2025 lawsuit filed by the Center for Biological Diversity challenging the U.S. Fish and Wildlife Service's decision not to list the brook floater mussel under the federal Endangered Species Act, the U.S. Fish and Wildlife Service agreed to reevaluate whether listing the brook floater mussel as a threatened or endangered species is warranted. The U.S. Fish and Wildlife Service agreed to publish its decision by August 30, 2029 at the latest.

*Green floater mussels*

36. Green floater mussels (*Lasmigona subviridis*) are also listed as an endangered species within the State. COMAR 08.03.08.04C(2)(d).

37. Green floater mussels have been observed in the Potomac River downstream of Conococheague Creek.

38. Green floater mussels are primarily found in streams with slow to medium flows and good water quality. These mussels are often found in sand or small gravel substrates where they establish a foothold and bury themselves as deep as 15 inches. They have limited mobility, and fast-flowing currents or high-water events can cause them to be washed downstream. When they occur in larger streams and rivers, they are found in quieter pools and eddies, away from strong currents.

39. Like all freshwater mussels, green floaters require clean water with low levels of contaminants, adequate dissolved oxygen, and low salinity. Ongoing threats to green floaters include excessive sedimentation from energy, agriculture, and commercial development, degraded water quality from chemical contamination and agricultural runoff, and increased water temperatures from climate change, loss of riparian streams, stormwater and wastewater effluents, and low stream flow during drought periods.

40. Because green floaters only live for three to four years and increased habitat fragmentation has led to small, fragmented colonies, destructive events such as pollution, droughts, excessive rainfall, and competition by invasive species can lead to the extirpation of an entire local population of green floaters.

41. Though the green floater can still be found in seven states, including Maryland, New York, North Carolina, Pennsylvania, Tennessee, Virginia, and West Virginia, there are no recent records of green floater mussels in New Jersey or Washington D.C., and the species is considered extirpated from Alabama, Georgia, and some rivers within its native range. Green floaters are considered rare in 80% of the watersheds where they occur.

42. In 2023, the U.S. Fish and Wildlife Service proposed to list the green floater as "threatened" under the Endangered Species Act because of the likelihood the species would become endangered within the foreseeable future due to existing and emerging threats. 88 Fed. Reg. 48,294.

43. The U.S. Fish and Wildlife Service also proposed designating approximately 1,586 miles of waterways in Maryland, New York, North Carolina, Pennsylvania, Virginia, and West Virginia as critical habitat for the green floater under Section 4(d) of the Endangered Species Act, including approximately 205.4 miles of the Potomac River. This proposed segment

of critical habitat includes the Potomac River downstream of the confluence with Conocoheague Creek where green floater mussels have been observed.

State-Listed Species in Need of Conservation

44. COMAR 08.03.08.01(B)(14) defines a species as in need of conservation where the population is limited or declining within Maryland and where the species may become threatened in the foreseeable future if current trends or conditions persist.

*Allegheny pearl dace*

45. The Allegheny pearl dace (*Margariscus margarita*) is a species of fish that the State protects as a Species in Need of Conservation. COMAR 08.03.08.09C(4)(b).

46. Although the Allegheny pearl dace has an extensive range outside of Maryland, within the State, it is at moderate to high risk of extinction or expiration due to a restricted and reduced range, low population sizes, and severe threats.

47. Maryland Biological Stream Survey ("MBSS"), a program within the Department of Natural Resources, has surveyed many of the streams, creeks, and unnamed tributaries to Conococheague Creek that are in the vicinity of Semple Run. In these waters, including in an unnamed tributary just upstream of Semple Run, MBSS has found the Allegheny pearl dace.

48. Although MBSS has not yet surveyed Semple Run, the presence of Allegheny pearl dace in the tributary upstream of Semple Run indicates its potential presence in Semple Run as well.

*Appalachian springsnail*

49. Appalachian springsnail (*Fontigens bottimeri*) is a species of mollusk which has been listed by the State of Maryland as a Species in Need of Conservation. COMAR 08.03.08.09C(1)(b).

11

50. Appalachian springsnail is an aquatic snail found only in the Potomac River basin in Maryland and Washington, D.C., and in the Shenandoah River basin in northwestern Virginia. It is an indicator of high quality groundwater and faces threats from pollution and habitat degradation.

51. Appalachian springsnail has been found in the limestone springs that feed Semple Run.

*Allegheny cave amphipod*

52. Allegheny cave amphipod (*Stygobromus allegheniensis*) is a species of crustacean which has been listed by the State of Maryland as a Species in Need of Conservation. COMAR 08.03.08.09C(2)(b).

53. Allegheny cave amphipods have been found in the limestone springs that feed Semple Run.

54. A groundwater-restricted crustacean, the Allegheny cave amphipod is adapted to subterranean habitats including streams, drip pools and phreatic pools in limestone caves or in groundwater interstices and spring water emergence zones within other sedimentary bedrock. Stygobites, as this type of organism is classified, are unpigmented and eyeless, exhibit low reproductive rates, enhanced longevity, and characteristically occur in sparse populations.

55. Conservation of the Allegheny cave amphipod is threatened by reductions in water quality from excess runoff and sedimentation from adjacent development as well as groundwater degradation.

*Franz's cave amphipod*

56. Franz's cave amphipod (*Stygobromus franzi*) is a groundwater-restricted crustacean which has been listed by the State of Maryland as a Species in Need of Conservation. COMAR 08.03.08.09C(2)(c).

57. Similar to the Allegheny cave amphipod, Franz's cave amphipod is also adapted to subterranean habitats, including springs, and is threatened by reductions in water quality and groundwater degradation.

58. Franz's cave amphipod have been found in the limestone springs that feed Semple Run.

State-Listed Rare Species

59. Nearly 800 native species and subspecies of plants and wildlife in the State are not listed as endangered, threatened, or in need of conservation but still warrant conservation attention because the species are declining or are at risk of decline. The Department of Natural Resources refers to these generally as "rare" species.

60. The Department of Natural Resources assesses species for tracking as a rare species based on various factors, including: species distribution, abundance, and trend; threats (number, immediacy, extent and/or reversibility of known threats to species populations); state responsibility (relative importance of the state to conservation of the species); habitat protection and management (amount of occupied habitat which may occur on protected land and managed to support the species); and information deficiency (lack of basic information needed to evaluate conservation status).

*Checkered sculpin*

61. The checkered sculpin (*Cottus sp. 7*), a small, bottom-dwelling fish that is found solely within limestone-influenced waters that remain below 68 degrees, is considered a rare species in the State. Sculpin is often found in similar areas as the Allegheny pearl dace.

62. The checkered sculpin is highly susceptible to sedimentation and changes in temperature and quality. Because of increased sedimentation from agriculture and urban development, DNR considers the checkered sculpin at risk of declining within the State.

63. Checkered sculpin are known to occur in the vicinity of Conococheague Creek and Semple Run.

**Ecologically Significant Areas**

64. The Department of Natural Resources has identified two Ecologically Significant Areas within one half mile of the property. Ecologically Significant Areas may be identified based upon the presence of a State-listed Rare, Threatened, or Endangered Species; habitat that supports known locations of such species; and/or the presence of a significant natural community of ecological value.

65. The Kemps Springs Ecologically Significant Area is approximately 2,000 feet to the property's southwest and is home to limestone springs and associated rare invertebrates. There are limestone springs that feed Semple Run both from the northeast upstream of the Kemp Springs Ecologically Significant Area and the Warehouse facility and from springs within the Kemp Springs Ecologically Significant Area.

66. Kemps Springs is identified as an Ecologically Significant Area because it includes the area where three invertebrate species listed in Maryland as In Need of Conservation have been documented (Appalachian springsnail, Allegheny cave amphipod, and Franz's cave

amphipod). Kemps Springs Ecologically Significant Area has also been identified as an area which is prioritized by the Department of Natural Resources as extremely significant for biodiversity conservation.

67. The Conococheague-Kemps Mill Ecologically Significant Area is approximately 1,400 feet to the project's northwest.

68. One reason Conococheague - Kemps Mill has been identified as an Ecologically Significant Area is that it includes the area where a fish listed in Maryland as In Need of Conservation has been documented (Allegheny pearl dace).

I declare under penalty of perjury that the foregoing is true and correct. Executed in Annapolis, MD on March 10, 2026.

_____
Josh E. Kurtz, Secretary
Department of Natural Resources

15