**EXHIBIT D**



# HAGERSTOWN CROSSROADS AT I-81

## 825,000 SF CLASS A INDUSTRIAL SPACE
### DEMISABLE TO 200,000 SF

**READY FOR OCCUPANCY!**



**ELIGIBLE 15 YEAR REAL PROPERTY TAX CREDIT**

**ELIGIBLE ALTERNATIVE FRAMEWORK FOREIGN TRADE ZONE (FTZ 255)**



**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com

www.hagerstowncrossroadsat81.com

# THE OPPORTUNITY

**FUNDRISE**

## HAGERSTOWN CROSSROADS AT I-81
**200,000–825,000 SF**

- 182 spaces
- 123 trailer spaces
- 89 trailer spaces
- 306 spaces
- 195' deep truck court
- 185' deep truck court
- 530' × 1,556'
- Wright Road

**Existing Spec Office**
2,400 SF

**Electric**
Abundant 4000 amps
480v 3Phase with Service
Expansion Capability to
8000amps

| Feature | Value |
|---|---|
| Pit Levelers | 41 |
| Trailer Storage | 212 |
| Drive-in Doors | 4 |
| Loading Docks | 166 |
| Lighting | LED |
| Speed Bays | 60' |
| Column Spacing | 41' – 54' |
| Clear Height | 36' |
| Building Dimensions | 530' x 1,556' |











# ACCESS
Immediate Access to I-70 and I-81

**FUNDRISE**

**HAGERSTOWN CROSSROADS AT I-81**

- FUTURE ROAD EXTENSION DELIVERING 2023
- ACCESS
- ACCESS TO I-81 | EXIT 2
- ACCESS
- ACCESS TO I-70 | EXIT 24

# CORPORATE PRESENCE

# LOGISTICS PROVIDERS





# Reach 1/3 of the US Population in one day's drive

## Distance to Major Cities

| 81 miles to Washington, D.C. | 83 miles to Baltimore, MD | 166 miles to Dover, DE | 175 miles to Philadelphia, PA | 238 miles to New York, NY | 335 miles to Columbus, OH |
|---|---|---|---|---|---|
| 406 miles to Charlotte, NC | 457 miles to Boston, MA | 538 miles to Louisville, KY | 594 miles to Charleston, SC | 643 miles to Atlanta, GA | 647 miles to Nashville, TN |

**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com




Although information has been obtained from sources deemed reliable, neither Owner nor JLL makes any guarantees, warranties or representations, express or implied, as to the completeness or accuracy as to the information contained herein. Any projections, opinions, assumptions or estimates used are for example only. There may be differences between projected and actual results, and those differences may be material. The Property may be withdrawn without notice. Neither Owner nor JLL accepts any liability for any loss or damage suffered by any party resulting from reliance on this information. If the recipient of this information has signed a confidentiality agreement regarding this matter, this information is subject to the terms of that agreement. ©2021. Jones Lang LaSalle IP, Inc. All rights reserved.