**EXHIBIT F**



Countdown to America's 250th Anniversary!

127 Days  11 Hours  58 Minutes

**NOTICE** — Due to the lapse in federal funding, this website will not be actively managed. Click here for more information.

# Early Notice and Public Review of a Proposed Activity in a 100- to 500-Year Floodplain

The Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), is issuing this notice in accordance with Executive Order (EO) 11988, Floodplain Management, as amended. ICE has determined that the Proposed Action, described below, is located within the Federal Emergency Management Agency (FEMA) 100-year floodplain (Zone AE), 500-year floodplain (shaded Zone X), and the Regulatory Floodway. ICE reviewed practicable alternatives to avoid locating the proposed facility in the floodplain, evaluated nature-based approaches where feasible, and assessed potential effects on floodplain resources.

↗ Close all     ↗ Open all

## Romulus, Michigan

**Proposed Action**

ICE proposes to acquire and retrofit the existing warehouse facility at 7525 Cogswell Street, Romulus, Michigan, for use as a Detention Processing Center. The existing 473,158-square-foot facility, constructed in 2000, is located on a previously developed 27.2-acre property with established paved areas, utilities, stormwater infrastructure, and supporting site development. The facility would provide short-term, temporary housing for individuals in immigration custody who are awaiting immigration processing and related administrative procedures.

As part of the Proposed Action, approximately 19 acres of the property would serve as the secure operational area for the facility and would be enclosed by installing 3,800 linear feet of new perimeter security fencing. Other planned improvements may include, but are not limited to, one modular security checkpoint structure (approximately 150 square feet), five exterior recreation courts on existing asphalt surfaces, exterior lighting and security cameras, replacement of the existing emergency generator on a new concrete pad, installation of new telecommunications cabling within existing corridors or previously disturbed areas, and sanitary sewer connections or modifications if required by final engineering review. The Project would consist of minor changes to the facility's overall exterior design, and no site improvements are expected to be taller than the expected structure or expand beyond current site boundaries. All work would occur within previously developed and disturbed areas. No off-site improvements or new utility corridors are proposed.

The facility is currently served by a municipal sanitary sewer connection. Preliminary engineering indicates that limited upgrades to the existing sanitary lateral or connection point may be required to accommodate projected wastewater flows. Any improvements, if needed, would be completed in kind and coordinated with the local municipal sewer authority through standard utility permitting to confirm available conveyance and treatment capacity. At this time, no municipal system capacity constraints have been identified, and additional off-site upgrades are not anticipated. Any required sewer work would involve short-term, localized trenching and would comply with applicable Wayne County floodplain management and permitting requirements.

**Floodplain Identification and Impact Mitigation**

FEMA's National Flood Hazard Layer and Flood Insurance Rate Map (FIRM) Panels 26163C0218E and 26163C0356E (effective February 2, 2012) identify the entire property within mapped flood hazard areas, including the 100-year floodplain (Zone AE), 500-year floodplain (shaded Zone X), and the Regulatory Floodway. Approximately 19.36 acres of the parcel are within Zone AE, 5.10 acres within shaded Zone X, and 2.71 acres within the Regulatory Floodway.

Although FIRMs show flood hazards across the parcel, they are generalized and do not capture detailed site grading or fill data confirm that the building's first-floor elevation (FFE) is 667.21 feet, approximately 1.21 feet above the adjacent Bas of 666 feet. The replacement emergency generator will be installed on an elevated concrete pad above BFE. The perimete guard structure, recreation courts, and select lighting/camera bases would be placed along (fencing) or on existing paved surfaces, generally

Back to Top

ranging from 663 to 666 feet. ICE will avoid constructing barriers that could impede overland flow or alter floodplain conveyance. Localized ground disturbance will be limited to shallow excavations for security fencing, recreation-area awning piers (approximately 10 inches in diameter to a depth of ~4 feet in existing pavement), light pole bases, and minor utility tie-ins, with all construction areas restored to existing grades. ICE will also incorporate facility-level flood resilience measures, including elevating the replacement emergency generator above the Base Flood Elevation and providing backup power and automatic transfer capability sufficient to support the duplex stormwater pump system during flood conditions.

The site is served by an engineered stormwater system consisting of onsite catch basins and manholes that collect runoff from building downspouts, paved areas, and parking-lot surfaces and convey it to a wet detention pond located north of the property. The detention pond provides temporary storage, flow attenuation, and controlled discharge through a duplex ejector pump system designed by a licensed engineer and incorporated into the facility's approved development plans. Discharge from the detention pond flows to the McClaughery Drain, a county-maintained open-channel drainage system that forms part of a regional stormwater network serving the Romulus area. County engineering documents indicate that the McClaughery Drain includes defined channel grades, stabilized side slopes, multiple roadway crossings, and associated storm sewer connections designed to maintain hydraulic continuity and convey storm flows efficiently. The McClaughery Drain is maintained through routine county inspection, cleanout, obstruction removal, erosion-control activities, and related work, and its inclusion in recurring county maintenance special assessments reflects sustained operational oversight and long-term management responsibility. If localized surcharge or temporary capacity limitations occur within the McClaughery Drain, the onsite detention pond provides inherent attenuation by storing flows and regulating discharge, reducing peak-flow contributions and minimizing rapid backwater effects. ICE will evaluate the condition and long-term reliability of the existing duplex pump system and replace components in kind if they are determined to be beyond their useful service life.

The Proposed Action does not change drainage patterns, impervious area, or basin capacity. Due to the limited proposed ground disturbance, which occurs only in previously disturbed areas and will be restored immediately, ICE does not anticipate the need for project-specific erosion and sediment control (ESC) measures; however, ICE will ensure compliance with all applicable ESC requirements, and all stormwater and groundwater permitting regulations, prior to the start of construction.

Given the limited scope of site work, the absence of stormwater or grading changes, and the elevated finished-floor elevation, the Proposed Action would not affect floodplain hydrology or increase flood risk on or off the site. With these measures, ICE has determined that the facility can be safely occupied and operated within the mapped floodplain.

**State and Local Floodplain Coordination**

Discharge from the on-site wet detention pond ultimately flows to the McClaughery Drain, a county-maintained drainage system under the jurisdiction of the Wayne County Drain Commissioner. Routine maintenance, cleanouts, and channel management are performed by the County to ensure reliable conveyance and downstream flood protection. The Michigan Department of Environment, Great Lakes, and Energy (EGLE) may require permits for certain construction activities within the floodplain. ICE will coordinate with EGLE and Wayne County to determine whether floodplain permits are required and will obtain any necessary approvals prior to construction.

**Flood Risk Minimization and Best-Practice Measures**

ICE is incorporating practicable minimization measures consistent with EO 11988, including:

- Maintaining the facility's finished-floor elevation above BFE
- Elevating the new emergency generator above BFE
- Developing a facility-level flood awareness plan
- Avoiding encroachment into the regulatory floodway
- Avoiding permanent fill or changes to floodplain conveyance
- Limiting ground disturbance to previously developed areas.

**Alternatives**

In accordance with the National Environmental Policy Act (NEPA) and EO 11988, ICE evaluated whether practicable alternatives existed that would meet operational requirements while minimizing environmental and community impacts. The property initially identified as a first-choice option (17991 Wahrman Road, Detroit, Michigan) became unavailable as the property assessment commenced. As a result, 7525 Cogswell Street, Romulus, Michigan, advanced as the most viable remaining option and is carried forward as the Preferred Alternative. At the time of the decision, no other existing facilities outside the mapped floodplain were available that could meet ICE's operational infrastructure, and schedule requirements without substantial new construction, relocation outside the Area of Responsibility environmental disturbance.

Back to Top

meets operational needs while minimizing environmental, community, and security impacts.

**Comment**

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains, as well as those interested in protecting the natural environment, should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Any individual, group, or agency wishing to comment on the project may do so via email at icesustainability@ice.dhs.gov (mailto: icesustainability@ice.dhs.gov) . Comments must be received by DHS on or before Friday, February 27, 2026.

# Hagerstown, Maryland

**Proposed Action**

ICE proposes to acquire and retrofit the existing warehouse facility at 10900 Hopewell Road, Hagerstown, Maryland, for use as a Detention Processing Center. The existing 830,397-square-foot facility, constructed in 2022, is located on a previously developed 53.74-acre property with established paved areas, utilities, stormwater infrastructure, and supporting site development. The facility would provide short-term housing for individuals in immigration custody awaiting immigration processing and related administrative procedures.

As part of the Proposed Action, approximately 38 acres of the property would serve as the secure operational area for the facility and would be enclosed by installing 6,700 linear feet of perimeter security fencing. Other planned improvements may include, but are not limited to upgrading or constructing one modular security checkpoint structure (approximately 150 square feet), six exterior recreation courts on existing asphalt surfaces, exterior lighting and security cameras, replacement of the existing emergency generator, installation of new telecommunications cabling within existing corridors or previously disturbed areas, and sanitary sewer connections or modifications if required by final engineering review. The Project would consist of minor changes to the facility's overall exterior design, and no site improvements are expected to be taller than the expected structure or expand beyond the current site boundaries. All work would occur within previously developed and disturbed areas. No off-site improvements or new utility corridors are proposed.

The facility is currently served by a municipal sanitary sewer connection. Preliminary engineering indicates that limited upgrades to the existing sanitary lateral or connection point may be required to accommodate projected wastewater flows. Any improvements, if needed, would be completed in kind and coordinated with the local municipal sewer authority through standard utility permitting to confirm available conveyance and treatment capacity. At this time, no municipal system capacity constraints have been identified, and additional off-site upgrades are not anticipated. Any required sewer work would involve short-term, localized trenching and would comply with applicable Washington County floodplain management and permitting requirements.

**Floodplain Identification and Impact Mitigation**

According to FEMA's National Flood Hazard Layer and FIRM Panel 24043C0281D (effective August 15, 2017), approximately 1.3 acres in the southwestern portion of the parcel fall within the 0.2-percent-annual-chance floodplain (shaded Zone X). The remaining 52.44 acres are mapped as outside the Special Flood Hazard Area and do not fall within a FEMA-designated flood zone. The 0.2-percent-annual-chance floodplain is confined to the southwestern edge of the parcel and does not affect the existing structure or planned improvement areas. As a result, evaluation of building elevation was not relevant to the floodplain impact analysis.

Localized ground disturbance will be limited to shallow excavations for security fencing, recreation-area awning piers (approximately 10 inches in diameter to a depth of ~4 feet in existing pavement), light pole bases, and minor utility tie-ins, with all construction areas restored to existing grades. ICE will also incorporate facility-level emergency resilience measures, including providing backup power and automatic transfer capability sufficient to support the facility during flood conditions.

The site is served by an existing engineered stormwater system that includes onsite catch basins and manholes that collect runoff from facilities, downspouts and paved surfaces and route it to retention ponds in the southern and western portions of the property. T[hese] provide temporary storage, flow attenuation, and controlled discharge to Semple Run Creek. As the property owner, ICE

Back to Top

the condition and functionality of the stormwater management system and replace components in kind when they are determined to be beyond their useful service life.

The Proposed Action does not change drainage patterns, impervious area, or basin capacity. Due to the limited proposed ground disturbance, which occurs only in previously disturbed areas and will be restored immediately, ICE does not anticipate the need for project-specific erosion and sediment control (ESC) measures; however, ICE will ensure compliance with all applicable ESC requirements and all stormwater and groundwater permitting regulations, prior to the start of construction.

Given the limited scope of site work and the absence of stormwater or grading changes, the Proposed Action would not affect floodplain hydrology or increase flood risk on or off the site. With these measures, ICE has determined that the facility can be safely occupied and operated adjacent to the mapped floodplain.

**Flood Risk Minimization and Best-Practice Measures**

ICE is incorporating practicable minimization measures consistent with EO 11988, including:

- Maintaining the facility's finished-floor elevation above BFE
- Developing a facility-level flood awareness plan
- Avoiding encroachment into the flood zones
- Avoiding permanent fill or changes to floodplain conveyance
- Limiting ground disturbance to previously developed areas.

**Alternatives**

In accordance with the National Environmental Policy Act (NEPA) and EO 11988, ICE evaluated whether practicable alternatives existed that would meet operational requirements while minimizing environmental and community impacts. Several locations were assessed, including two sites in Baltimore (1010 Swan Creek Drive and 8250 Eastern Avenue), the Sparrows Point site (1940 Reservoir Road), and the Hagerstown site (10900 Hopewell Road).

Based on a comparative evaluation, the Baltimore and Sparrows Point properties presented greater limitations related to site control, security, operational suitability, and potential community impacts. These sites were either constrained by surrounding land uses, located closer to residential neighborhoods, or lacked the infrastructure capacity to support the facility without substantial modifications.

The Hagerstown property at 10900 Hopewell Road advanced as the most viable option and is carried forward as the Preferred Alternative. The site is a modern, previously developed industrial facility with compatible surrounding land uses and existing supporting infrastructure, allowing ICE to meet operational requirements with minimal new disturbance and reduced potential for environmental or community impacts.

Under the No Action Alternative, ICE would continue relying on existing facilities that are undersized and do not meet current operational needs. As a result, the No Action Alternative does not provide a viable long-term solution to support ICE's mission. ICE determined that the Preferred Alternative offers the most appropriate balance of operational capability and minimized environmental, community, and security impacts.

**Comment**

There are three primary purposes for this notice. First, people who may be affected by activities in floodplains, as well as those interested in protecting the natural environment, should be given an opportunity to express their concerns and provide information about these areas. Second, an adequate public notice program can be an important public educational tool. The dissemination of information about floodplains can facilitate and enhance Federal efforts to reduce the risks associated with the occupancy and modification of these special areas. Third, as a matter of fairness, when the Federal government determines it will participate in actions taking place in floodplains, it must inform those who may be put at greater or continued risk.

Any individual, group, or agency wishing to comment on the project may do so via email at icesustainability@ice.dhs.gov. Comments must be received by the Department of Homeland Security (DHS) on or before Thursday March 5, 2026.

**Keywords**

ASSESSMENT (/KEYWORDS/ASSESSMENT)    AWARENESS (/KEYWORDS/AWARENESS)

Back to Top