**EXHIBIT J**

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br>200 Saint Paul Place<br>Baltimore, Maryland 21202,<br><br>        Plaintiffs,<br><br>        v.<br><br>KRISTI NOEM, Secretary of Homeland Security,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>500 12th St., SW<br>Washington, D.C. 20536<br><br>TODD M. LYONS, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br>500 12th St., SW<br>Washington, D.C. 20536,<br><br>        Defendants. | Civ. No. 1:26-cv-733 |

**DECLARATION OF WALID SAFFOURI IN SUPPORT OF PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER**

I, Walid Saffouri, declare of my personal knowledge as follows:

1. I am currently employed by the Maryland Department of the Environment (MDE) as Program Manager. I have held this position since 2009.

1

2. As the Program Manager for the Engineering and Capital Projects Program, I am responsible for supervising two engineering divisions that oversee the review of the design of MDE water and sewer projects for the purpose of state funding and the processing of construction permits for water and sewer projects regardless of the fund source. I also have the delegated authority to sign the construction permits on behalf of the Secretary.

3. Prior to this role I was a division chief for one of MDE's regional divisions. Prior to this role I was a project engineer in one of the divisions. I have been with MDE since 1990. Prior to MDE, I served in the US Army.

4. I am submitting this declaration in support of the State's motion for a temporary restraining order.

5. The Maryland Department of the Environment regulates water quality in the state. As part of that work, the Department reviews construction permits for major water supply and major sewerage systems.

6. I am generally familiar with ICE's purchase of the property at 16220 Wright Road, Williamsport, MD 21795 and the agency's plans to convert it into an immigration detention facility.

7. The purpose of this declaration is to describe the sewer line currently serving the warehouse, the likely sewer capacity needed to support DHS's plan to convert the warehouse into a 1500 bed detention facility, and the impacts of operating the facility in DHS's intended fashion as it is currently situated.

8. Having reviewed the public data about ICE's plans for this property and the Location Plan submitted to the Department as part of the permitting process for developing the property into a warehouse in 2021, I have significant concerns that the existing infrastructure is insufficient to support a population of 1500 detainees.

9. Based on standard metrics for estimating the daily wastewater at residential, commercial, and industrial facilities, I would expect the detention processing facility to generate 187,500 gallons of wastewater per day. Using actual wastewater metrics from a Maryland operated correctional institution instead yields an expected wastewater load of 357,675 gallon per day. These calculations are explained in further detail below.

10. The existing wastewater infrastructure at the facility is likely insufficient under any of these scenarios.

Wastewater Projections for the Current Warehouse and Existing Capacity:

11. The Maryland Department of the Environment publishes design guidelines for wastewater facilities that include standardized figures for estimating the projected future flow from new developments. For facilities that house people, the guidelines typically use the number of people or number of beds as a factor. Wastewater flow from a single-family dwelling, for example, is estimated by multiplying an average flow rate of 75-100 gallons per person per day by the number of expected residents. Other estimates for buildings with 24/7 occupancy range from 40 gallons per person per day for "rooming houses", to 50 gallons per person per day for "hotels without private baths", and 60 gallons per person per day for "apartments-multiple family", all the way to 350 gallons per bed space per day for "hospitals". For "institutions other than hospitals", average flow is estimated by using a 125 gallons per day per bed figure. These estimates include allowances for additional flow from infiltration and inflow, which is common in sewer systems.[1]

---

[1] Wastewater flow estimates for the facility based on each of the standard guideline numbers discussed in this declaration are included as Table 1 at the end of this document.

12. The guidelines include an alternative methodology for projecting the average daily flows from commercial establishments, public service buildings, and dwelling units based on total floor area. For warehouses, the methodology estimates total daily flow by multiplying the facility's gross square feet by a factor of 0.03.

13. The Department also uses the Recommended Standards for Wastewater Facilities published by Great Lakes – Upper Mississippi River Board of State and Provincial Public Health and Environmental Manager (Recommended Standards), which is used by most of the States of the United States and Canada to provide default minimum system sizes. The Recommended Standards set the minimum size for a community sewer system at 8 inches in diameter with larger pipes necessary depending on actual expected flows.

14. According to the Maryland Department of Assessments and Taxation, the property at 16220 Wright Road includes a "Mega Warehouse" with an above grade area of 825,620 square feet.

15. Using standard projections, the warehouse, operating as a warehouse, would be expected to produce an approximate daily average flow of 24,768.6 gallons per day (825,620 square feet x 0.03).

16. The property's location plans indicate that the warehouse is serviced by an 8-inch lateral sewer line which transitions to a 6-inch lateral sewer line shortly after leaving the warehouse's footprint. That 6-inch lateral sewer line then ties into an 8-inch sewer main.

17. The system's capacity is limited by the 6-inch lateral sewer line which would serve as a bottleneck for the facility's wastewater prior to reaching the 8-inch sewer main.

18. Lateral sewer lines service only a single property while a sewer main carries wastewater from multiple properties to a wastewater treatment facility.

19. A 6-inch sewer line can have the capacity to handle approximately 63,500 gallons per day of flow.

20. An 8-inch sewer line should be able to handle approximately 112,800 gallons per day of flow.

21. These numbers represent best estimates of pipe capacity. A pipe's actual capacity is influenced by a number of external factors including, but not limited to: Inflow and Infiltration, slope of the pipe, pipe material, and pipe age.

22. For example, excessive Inflow and infiltration (I & I) can significantly reduce a pipe's capacity.  I&I refers to unwanted stormwater and groundwater that enters a sanitary sewer system through defects like cracked pipes, manholes in the main line and cleanouts in the connection line. The entry of this unwanted water decreases the pipe's capacity to carry wastewater.

23. The age of the pipe can also reduce the pipe capacity due to increase in the roughness of the pipe.

24. Pipe slope can increase its capacity, but that must be balanced with the cost of deeper excavation.  Also, deeper pipes are more likely to experience groundwater infiltration.

<u>Expected Wastewater Needs of a 1500 Bed Detention Facility:</u>

25. I am aware that ICE has publicly stated that it plans to convert the warehouse into a 1500 bed immigration detention processing center.

26. MDE's Design Guidelines do not have a dedicated category for "detention processing centers" but such a facility is most closely analogous to the category "Institutions Other than Hospitals," which the design guidelines project to generate 125 gallons per bed per day.

27. Using these numbers to estimate the daily wastewater flow from a 1500 bed detention facility yields an estimated flow of 187,500 gallons of wastewater per day.

28. That is more than seven times the amount of wastewater expected from the facility if it were operated as a warehouse.

29. Data from similar facilities can also help to better understand how much wastewater should be expected from this facility on a daily basis.

30. The State of Maryland operates a number of correctional institutions in the State and their dedicated wastewater treatment plants.

31. I have reviewed the daily influent flow rates for the wastewater treatment plant serving the Eastern Correctional Institution, a correctional facility operated by the State. The wastewater treatment plant is operated by the Maryland Environmental Service and receives wastewater from no sources besides the Eastern Correctional Institution.

32. From January 1, 2026 through January 31, 2026 the facility averaged 762,800 gallons per day of wastewater. Over that same period the facility housed an average of 3,199 inmates (including 36 inmates at the ECI-Hospital). That yields an average flow rate of 238.45 gallons per inmate per day.

33. Using these numbers to estimate the daily wastewater flow from a 1500 bed detention facility yields an estimated flow of 357,675 gallons of wastewater per day.

34. This is more than fourteen (14) times the amount of wastewater expected from the facility if operated as a warehouse.

35. A flow between 187,500 and 357,675 gallons per day is equal to a flow generated from 750 and 1430 homes, the equivalent of a small town or large community.

<u>Impacts of Overloading Existing Infrastructure:</u>

36. Overloading the 6-inch lateral line that currently serves the warehouse would yield backups at the property, likely first at the external cleanout valve and then inside the property itself.

Such overflows would create public health hazards for the immigrants, ICE agents, and others at the facility and would also have adverse environmental impacts, including to neighboring streams and their aquatic life, if overflows occurred outside of the facility.

37. Such a significant increase in flow also raises questions about the sufficiency of the existing 8-inch sewer main. Under either estimate, the wastewater generated from this one facility would exceed that line's expected capacity. But a sewer main also serves other properties, both upstream and downstream of where the warehouse's lateral lines tie in. Thus, remaining capacity on the 8-inch main line is likely much lower than 112,800 gallons per day estimated above.

38. Overloading the 8-inch sewer main would likely result in sewage overflows, usually from the manholes. Such overflows would likely impact neighboring streams and their aquatic life and pose a public health hazard. It would likely also result in sewage backups along any of the lateral lines that connect to the main. That could affect the warehouse property and nearby homes and businesses.

39. Based on the information available, the facility's existing wastewater capacity is likely insufficient to handle the expected increase in flows from a 1500 bed detention facility. Operating the facility without sufficient capacity will likely result in sewage backups and overflows creating public health hazards and environmental harm. Upgrading the system so that it has the capacity to meet expected needs would require significant excavation along the length of the 6-inch lateral line and likely the 8-inch sewer main as well. Such activity is likely to increase sediment runoff to nearby waters and have significant traffic impacts within the community as well.

**Table 1: Wastewater Flow Estimates for a 1500 Person Detention Facility Based on Standard Guidelines Categories**

| Facility Category | Projected Gallons Per Person Per Day | Projected Gallons Per Day For 1500 Bed Facility |
|---|---|---|
| Rooming houses | 40 | 60,000 |
| Hotels without private baths | 50 | 75,000 |
| Apartments-multiple family (per resident) | 60 | 90,000 |
| Single family dwellings | 75-100 | 112,500 – 150,000 |
| Institutions other than hospitals (per bed space) | 125 | 187,500 |
| Eastern Correctional Institution Average Flows for January 2026 | 238.45 | 357,675 |
| Hospitals (per bed space) | 350 | 525,000 |

I declare under penalty of perjury that the foregoing is true and correct. Executed in __Baltimore, MD__ on __March 10__, 2026.

*Walid Saffouri* (signature)

Walid Saffouri, P.E.

Maryland Department of the Environment

Program Manager, Engineering and Capital Projects Program