**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-733 |
| KRISTI NOEM, *et al*., | |
| Defendants. | |

**STATUS REPORT**

Pursuant to the Court's Temporary Restraining Order (Dkt. No. 8), issued on March 11, 2026 at 5pm ET, Defendants hereby file this status report describing all steps Defendants have taken to comply with the Court's order.

After receiving the Court's order, on March 12, Mr. Corey Soilieau, a contracting officer with U.S. Immigration and Customs Enforcement (ICE) contacted via email Mr. Adam Prosser, the representative of KVG (the vendor) for the work at the property located at 16220 Wright Road, Williamsport, Maryland 21795. The contracting officer directed the vendor's representative to stop all work related to renovation and construction at the site.

On March 12, the vendor's representative confirmed receipt of the stop work order from ICE, and issued a stop work order via email to his company's personnel and subcontractors who have work at the site. The vendor's stop work order directed the personnel and subcontractors to immediately cease all work activities and asked that by no later than 4pm ET on March 13 they provide written acknowledgement that the stop work direction has been received and

implemented. The stop work order also instructed that no work on the site may resume unless and until written authorization is received by KVG.

Dated: March 13, 2026, at 4:00 pm ET.

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/ Sean C. Duffy*
SEAN C. DUFFY
Trial Attorney (NY Bar No. 4103131)
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291
sean.c.duffy@usdoj.gov

*Attorneys for Defendants*