## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND,<br>200 Saint Paul Place<br>Baltimore, Maryland 21202,<br><br>       Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, Secretary of Homeland Security,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>500 12th St., SW<br>Washington, D.C. 20536<br><br>TODD M. LYONS, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br>500 12th St., SW<br>Washington, D.C. 20536,<br><br>       Defendants. | Civ. No. 1:26-cv-733-BAH |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR A PRELIMINARY**

**INJUNCTION**

UPON CONSIDERATION of the Motion for a Preliminary Injunction filed by Plaintiff (the "Motion"), Defendants' Opposition thereto, Plaintiff's Reply, and the entire record, it is this _____ day of _____, 2026, hereby ORDERED that the Motion is granted; and it is further

ORDERED that the Defendants and their agents, and all persons in active concert or participation with any of them, are hereby enjoined from proceeding with renovation and/or construction activities required to build, retrofit, or otherwise convert the Williamsport Warehouse into an immigration detention facility during the pendency of this litigation; and it is further

ORDERED that Defendants and their agents, and all persons in active concert or participation with any of them, are hereby enjoined from operating the Williamsport Warehouse as an immigration detention facility during the pendency of this litigation; and it is further

ORDERED that Defendants shall file a status report with the Court within 48 hours of the entry of this Order, describing all steps that Defendants have taken to comply with the Court's order.

_____
Brendan A. Hurson
United States District Judge