## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br>200 Saint Paul Place<br>Baltimore, Maryland 21202,<br><br>       Plaintiff,<br><br>   v.<br><br>KRISTI NOEM, Secretary of Homeland Security,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>500 12th St., SW<br>Washington, D.C. 20536<br><br>TODD M. LYONS, Senior Official Performing the Duties of the Director of Immigration and Customs Enforcement,<br>500 12th St., SW<br>Washington, D.C. 20536,<br><br>       Defendants. | Civ. No. 1:26-cv-733-BAH |

## EXHIBIT LIST

| Exhibit | Description |
|---|---|
| A | DHS Instruction Manual |
| B | Deed |

| C | SDAT Report |
|---|---|
| D | ICE Detention Reengineering Initiative |
| E | Second Kurtz Declaration |
| F | Warehouse Brochure |
| G | January 12th Letter from DHS to MHT |
| H | Floodplain Notice |
| I | Maryland Comment Letter |
| J | CBD Comment Letter |
| K | HRR, NAACP & ACLU Comment Letter |
| L | PRN, HARC & WCI Comment Letter |
| M | Second Saffouri Declaration |
| N | MDE Design Guidelines for Wastewater Facilities |
| O | MDH Declaration |