# EXHIBIT C

Real Property Data Search ( )
Search Result for WASHINGTON COUNTY

| View Map | No Ground Rent Redemption on File | No Ground Rent Registration on File |
|---|---|---|

**Special Tax Recapture:** None

**Account Number:** District - 02 Account Identifier - 022745

## Owner Information

| | | | |
|---|---|---|---|
| **Owner Name:** | DEPARTMENT OF HOMELAND SECURITY | **Use:**<br>**Principal Residence:** | COMMERCIAL<br>NO |
| **Mailing Address:** | 500 12TH ST SW<br>STE 300<br>WASHINGTON DC 20250- | **Deed Reference:** | /07846/ 00098 |

## Location & Structure Information

| | | | |
|---|---|---|---|
| **Premises Address:** | 16220 WRIGHT RD<br>WILLIAMSPORT 21795-0000 | **Legal Description:** | 53.74 ACRES REM<br>16220 WRIGHT ROAD<br>WILLIAMSPORT |

| Map: | Grid: | Parcel: | Neighborhood: | Subdivision: | Section: | Block: | Lot: | Assessment Year: | Plat No: | 11196-11198 |
|---|---|---|---|---|---|---|---|---|---|---|
| 0048 | 0021 | 0057 | 30000.22 | 0000 | | | | 2024 | Plat Ref: | |

**Town:** None

| Primary Structure Built | Above Grade Living Area | Finished Basement Area | Property Land Area | County Use |
|---|---|---|---|---|
| 2022 | 825,620 SF | | 53.7400 AC | 000000 |

| Stories | Basement | Type | Exterior | Quality | Full/Half Bath | Garage | Last Notice of Major Improvements |
|---|---|---|---|---|---|---|---|
| | | MEGA WAREHOUSE | / | C4 | | | |

## Value Information

| | Base Value | Value<br>As of<br>01/01/2024 | Phase-in Assessments<br>As of<br>07/01/2025 | As of<br>07/01/2026 |
|---|---|---|---|---|
| **Land:** | 2,340,900 | 7,518,400 | | |
| **Improvements:** | 47,429,700 | 82,831,400 | | |
| **Total:** | 49,770,600 | 90,349,800 | 76,823,400 | 90,349,800 |
| **Preferential Land:** | 0 | 0 | | |

## Transfer Information

| | | |
|---|---|---|
| **Seller:** FRIND HOPEWELL LLC | **Date:** 01/22/2026 | **Price:** $102,400,000 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /07846/ 00098 | **Deed2:** |
| **Seller:** WRIGHT ROAD INDUSTRIAL LLC | **Date:** 06/22/2022 | **Price:** $4,853,740 |
| **Type:** ARMS LENGTH IMPROVED | **Deed1:** /07042/ 00287 | **Deed2:** |
| **Seller:** TAYLOR FARMS I LLC | **Date:** 01/26/2021 | **Price:** $8,000,000 |
| **Type:** ARMS LENGTH VACANT | **Deed1:** /06495/ 00454 | **Deed2:** |

## Exemption Information

| Partial Exempt Assessments: | Class | | 07/01/2025 | 07/01/2026 |
|---|---|---|---|---|
| **County:** | 000 | | 0.00 | |
| **State:** | 000 | | 0.00 | |
| **Municipal:** | 000 | | 0.00|0.00 | 0.00|0.00 |

**Special Tax Recapture:** None

## Homestead Application Information

**Homestead Application Status:** No Application

## Homeowners' Tax Credit Application Information

**Homeowners' Tax Credit Application Status:** No Application          **Date:**