**EXHIBIT D**

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT



## ICE Detention Reengineering Initiative

**Overview**

Under the Detention Reengineering Initiative (DRI), U.S. Immigration and Customs Enforcement (ICE) Enforcement and Removal Operations (ERO) will fully implement a new detention model by the end of Fiscal Year 2026. This effort aims to meet the growing demand for bedspace and streamline the detention and removal process, focusing on non-traditional facilities built specifically to support ICE's needs. This model includes the acquisition and renovation of eight large-scale detention centers and 16 processing sites, as well as the acquisition of 10 existing "turnkey" facilities where ICE ERO already operates.

The estimated total cost for the new detention center model is $38.3 billion and will be funded through Congress' allocation of funds through the One Big Beautiful Bill Act. This new model will allow ICE to create an efficient detention network by reducing the total number of contracted detention facilities in use while increasing total bed capacity, enhancing custody management, and streamlining removal operations.

**Discussion**

ICE is advancing the DRI with the goal of fully implementing a new detention model by the end of FY26. The new model is designed to strategically increase bed capacity to 92,600 beds. ICE's surge hiring effort has resulted in the addition of 12,000 new law enforcement officers. For ICE to sustain the anticipated increase in enforcement operations and arrests in 2026, an increase in detention capacity will be a necessary downstream requirement. ICE plans to activate all facilities by November 30, 2026, ensuring the timely expansion of detention capacity.

The objective of this contract is to secure comprehensive services for the design, renovation, and operation of ICE-owned permanent structures, transforming them into processing and detention facilities exclusively for ICE. These facilities will ensure the safe and humane civil detention of aliens in ICE custody, while helping ICE effectuate mass deportations. The facilities will also incorporate a standardized layout and new features for both illegal alien detainees and the ICE/contractor staff that work at these sites. Facilities will be built to handle the immediate surge capacity and sustained long-term operations, providing a unified, scalable solution that delivers continuity, safety, compliance, and control - built to scale, and committed to supporting our mission.

**Facility Design, Renovation, and Delivery**

Contractors will design and renovate existing structures to meet ICE's detention and design standards, and the requirements of the Architectural Barriers Act of 1968 (ABA). Delivered facilities will be safe, energy efficient, and compliant with all relevant federal, state, and local laws. The scope includes:

- Regional Processing Centers housing an average daily population of 1,000 to 1,500 detainees for average stays of 3–7 days. These will serve as staging locations for transfers or removals.
- Large-Scale Detention Facilities are capable of securely and humanely housing 7,000 to 10,000 detainees for periods averaging less than 60 days. These sites will serve as the primary locations for international removals.

**FOR OFFICIAL USE ONLY**

2/12/2026 6:08:46 PM

U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT



---

- These sites will incorporate design build services, construction management, facility and programmatic operations and services, and program management functions to ensure the renovation and commission process is conducted diligently.

**Detention Operations and Wraparound Services**

This model will incorporate all existing detention standards and will maximize operational efficiency, minimize costs, shorten processing times, and promote the safety, dignity, and respect of all aliens in ICE custody. Key responsibilities include:

- Providing basic needs such as food, clothing, hygiene products, bedding, and recreation.
- In coordination with ICE Health Services Corps., ensuring medical, dental, mental health care, and emergency services.
- Facilitating legal access through visitation spaces, law libraries, and necessary resources.
- Providing religious spaces in compliance with the Religious Freedom Restoration Act of 1993.
- Supporting communication needs, including scheduled phone calls and mail services.
- Facilities will include a variety of program operations to include but not limited to; food services, security & detention, medical services, transportation services, detainee processing, legal services & case processing, custodial and laundry services, IT services, and facility management.
- These sites will also include lobbies, recreational space, dormitories, courtroom spaces, intake and processing zones, cafeterias, as well as amenities for ICE and contractor staff like office spaces and exercise facilities.

**Compliance and Standards**

All detention infrastructure will comply with the latest ICE National Detention Standards (NDS), relevant federal regulations, environmental regulations, and industry best practices. ICE is complying with the National Environmental Policy Act (NEPA) to evaluate the impacts of proposed actions and their reasonable alternatives. The purpose of this analysis is to assess the environmental implications of acquiring property to house a processing facility, as well as the feasibility of alternative options.

The identification and fit for purpose of each facility included an engineering review of the existing utilities and facility infrastructure. The engineering team reviewed the proposed use and capacities for electricity, water usage, waste exportation, and water capacities for life safety building systems (fire protection systems). Once these capacities were identified, an engineered solution was developed, using standard code compliant methodologies within the design of the facility. The final selection of a facility was predicated on a "No Detrimental Effect" determination.

**Life Safety Building Systems**

Each facility selection study identified if there was a need for additional fire protection water supply which would exceed the capacities currently in place at the site. While the new building configurations will require additional sprinkler distribution, the general determination was the existing capacities are sufficient to address this minimal new demand.

**Domestic Water Supply**

---

**FOR OFFICIAL USE ONLY**

2/12/2026 6:08:46 PM

U.S. Immigration and Customs Enforcement

---

As with the fire protection supply, our team reviewed the additional capacities for domestic water supply within each facility, and the engineering assessment indicated the capacities currently at the sites are sufficient to support the new facilities.

**Waste Water Exportation**

Our team reviewed the current site wastewater piping and systems at each facility. The engineering solution does require additional infrastructure to support the larger detention facilities (processing facilities do not need these upgrades). There are numerous solutions which will be implemented to utilize the existing infrastructure without creating an adverse impact to the water authority infrastructure. To engineer these plans, the design builder will require the engagement and data/capacities from the water authority.

**Power Systems**

The power capacities for each facility were reviewed. Our team of engineers determined that the capacity existed at the facility or regionally to support the new uses. As a contingency, alternative power supplies were reviewed. These would be supplemental to the existing infrastructure. These systems include micro-grid, battery storage and generation which are widely used and available if required.

Our engineers believe the proposed solutions listed above, and the contingencies, will provide no adverse effect on the community and surrounding properties for each facility identified.

**FAQs**

1. What is the average length of stay for the aliens?
   a. Mega-center: 60 days on average.
   b. Processing site: 3-7 days on average
2. Are these sites going to be used long-term?
   a. Yes. The new sites will serve as ICE's long-term detention solution.
3. This site is close to a church or daycare. How are we ensuring these sites are operated safely and do not pose a risk to the community?
   a. All detention sites will be constructed and operated in a manner consistent with ICE's national detention standards. ICE and all contractors involved in the design, build, and operations of the site will adhere to strict safety and security protocols.
4. How are we ensuring these sites do not overwhelm city utilities, resources, and existing infrastructure?
   a. ICE conducted a thorough due diligence process prior to purchasing each facility. The due diligence review included thorough site inspections, analysis of utility services, and testing and inspection of mechanical and electrical systems. Our teams also reviewed zoning reports, conducted site fit testing, and reviewed power supply systems, water supply infrastructure, and wastewater exportation based on estimated usage. NEPA surveys were also conducted for each site.

---

**FOR OFFICIAL USE ONLY**

2/12/2026 6:08:46 PM

U.S. Immigration and Customs Enforcement



---

**Attachment(s)**
Merrimack, NH
50 Robert Milligan Parkway
324,395 sq ft.
Projected bed capacity: 400-600



---

2/12/2026 6:08:46 PM