**EXHIBIT F**



# FUNDRISE

# HAGERSTOWN CROSSROADS AT I-81

## 825,000 SF CLASS A INDUSTRIAL SPACE
## DEMISABLE TO 200,000 SF

**READY FOR OCCUPANCY!**

ELIGIBLE
**15 YEAR**
REAL PROPERTY
**TAX CREDIT**

ELIGIBLE
**ALTERNATIVE FRAMEWORK FOREIGN TRADE ZONE**
**(FTZ 255)**



**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com

www.hagerstowncrossroadsat81.com







POTENTIAL DEMISED FLOOR PLAN #1

FUNDRISE



POTENTIAL DEMISED FLOOR PLAN #2

FUNDRISE

# POTENTIAL DEMISED FLOOR PLAN #3

**FUNDRISE**



Case 1:26-cv-00733-BAH   Document 15-9   Filed 03/19/26   Page 7 of 11



**ACCESS**

Immediate Access to I-70 and I-81

FUNDRISE

HAGERSTOWN CROSSROADS AT I-81

FUTURE ROAD EXTENSION DELIVERING 2023

ACCESS

ACCESS

ACCESS TO I-81 | EXIT 2

ACCESS TO I-70 | EXIT 24

Halfway Blvd.

Sterling Road

Edward Doub

Elliott Parkway

Hopewell Road

Wright Road

Governor Ln. Blvd.

Greencastle Pike

63

70

81

81

11

11

63

Kemps Mill Road

Walnut Poi

Clear Spring Rd.

Camden



# Reach 1/3 of the US Population in one day's drive

New York, NY

Philadelphia, PA

Columbus, OH

Baltimore, MD

Washington, DC

**HAGERSTOWN CROSSROADS AT I-81**

Louisville, KY

100 mi

200 mi

Hampton, VA

300 mi

Nashville, TN

400 mi

500 mi

Charlotte, NC

Atlanta, GA

Charleston, SC

## Distance to Major Cities

| **81** | **83** | **166** | **175** | **238** | **335** |
|---|---|---|---|---|---|
| miles to Washington, D.C. | miles to Baltimore, MD | miles to Dover, DE | miles to Philadelphia, PA | miles to New York, NY | miles to Columbus, OH |

| **406** | **457** | **538** | **594** | **643** | **647** |
|---|---|---|---|---|---|
| miles to Charlotte, NC | miles to Boston, MA | miles to Louisville, KY | miles to Charleston, SC | miles to Atlanta, GA | miles to Nashville, TN |

**Todd Hughes**
443.451.2608
todd.hughes@jll.com

**Greg Ferraro**
443.451.2618
greg.ferraro@jll.com

**John Dettleff**
703.485.8831
john.dettleff@jll.com

**Maria Ratzlaff**
717.791.2210
maria.ratzlaff@jll.com

**Dan Coats**
703.891.8410
dan.coats@jll.com





Although information has been obtained from sources deemed reliable, neither Owner nor JLL makes any guarantees, warranties or representations, express or implied, as to the completeness or accuracy as to the information contained herein. Any projections, opinions, assumptions or estimates used are for example only. There may be differences between projected and actual results, and those differences may be material. The Property may be withdrawn without notice. Neither Owner nor JLL accepts any liability for any loss or damage suffered by any party resulting from reliance on this information. If the recipient of this information has signed a confidentiality agreement regarding this matter, this information is subject to the terms of that agreement. ©2021. Jones Lang LaSalle IP, Inc. All rights reserved.