**EXHIBIT G**



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

January 12, 2026

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place, 3rd Floor
Crownsville, MD 21032
Phone: (410) 697-9556
Email: elizabeth.hughes@maryland.gov

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Elizabeth Hughes:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov. If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

GABRIELLE M FERNANDEZ
Digitally signed by GABRIELLE M FERNANDEZ
Date: 2026.01.13 09:44:10 -05'00'

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16