**EXHIBIT I**

  

March 5, 2026

Department of Homeland Security
Immigration and Customs Enforcement
Submitted via email to: icesustainability@ice.dhs.gov

Re:    Early Notice and Public Review of a Proposed Activity in a 100- to 500-Year Floodplain
for ICE Detention Processing Center in Washington County, Maryland

To Whom It May Concern,

We, the respective heads of the Maryland Departments of the Environment, Natural Resources, and Transportation file these comments in response to the above referenced Notice of a Proposed Activity in a 100- to 500- Year Floodplain for the U.S. Immigration and Customs Enforcement's (ICE) purchase of a warehouse located at 16220 Wright Road in Washington County, Maryland to use as a detention processing center. The Notice was posted to the Department of Homeland Security's (DHS) website on or about February 25, 2026, and provides only eight days for the public to post comments. Simply put, that is insufficient and we request that the agency extend the comment period for an additional thirty (30) days at minimum. Moreover, the Notice itself is deeply flawed and cannot paper over the significant procedural and substantive deficiencies with ICE's decision to purchase the property for the purpose of converting it into a detention facility.

ICE purchased the warehouse on January 16, 2026, without conducting a public review of the project's environmental impacts, without waiting for the State's response to ICE's evaluation of impacts to historic resources in the area, and without any other consultation, discussion, or transparency. Over a month after that purchase decision was reached, ICE issued the "Early Notice and Public Review of a Proposed Activity" to which this letter responds. But this posting cannot claim to provide "early notice" when the property was purchased over a month before, and it would be inaccurate to say that it relates to a "proposed activity" for the same reason.[1]

---

[1] Federal guidelines for conducting such Notice and Public Review make clear that this outreach should occur at a stage in the decisionmaking process when an agency can still evaluate alternatives, including whether the agency action can be sited outside of the floodplain altogether. *See Guidelines for Implementing E.O. 11988, Floodplain Management and and E.O. 13690, Establishing a Federal Flood Risk Management Standard and a Process for Further Soliciting and Considering Stakeholder Input* (Oct. 8, 2015) available at https://www.energy.gov/documents/guidelines-implement-flood-risk-mgmt-2015-10pdf.

The Notice also fails to provide concrete information concerning ICE's actual plans for the facility. ICE has not provided engineering specifications, estimates of changes in water consumption and wastewater flows, or projections of traffic to and from the facility. To the extent that the notice refers to an analysis of alternatives conducted under NEPA, that description of an alternatives analysis cannot satisfy the agency's obligation to consider the project's impacts on the human environment.

Without such information it is impossible to fully evaluate the impacts that this project will have on the State. Nonetheless, we write to highlight some of our substantive concerns with ICE's decision to purchase the property and convert it into a detention facility.

I.      **The Proposed Warehouse Conversion Threatens Maryland's Natural Resources, Including Critical State Waters, Wildlife and Aquatic Species, and Ecologically Significant Areas.**

   A.  **State Waters**

Three state waterways are either adjacent to or downstream of the property: Semple Run, Conococheague Creek, and the Potomac River.  Semple Run feeds into the Conococheague Creek, which feeds into the Potomac River and the Chesapeake Bay.  Therefore, the health of Semple Run impacts the health of Conococheague Creek, which impacts the health of the Potomac, which ultimately impacts the health of the Chesapeake Bay.

   *Semple Run*

Semple Run is a state water within the Conococheague Creek watershed that runs adjacent to the Warehouse property along its southern and western boundaries.  Similar to other streams in the Hagerstown Valley and Washington County, Semple Run is fed by limestone upriver springs within the Stonehenge Formation located near the intersection of I-70 and I-81 to the northeast stretching from approximately 1.3 km to 2.4 km upstream of the facility as well as springs approximately 1 km downstream of the Warehouse property within the Kemps Spring Ecologically Significant Area near the intersection of Semple Run with Conococheague Creek. Semple Run originates to the northeast of the Warehouse property and ultimately discharges into Conococheague Creek.

The cool temperatures in Semple Run and other groundwater influenced tributaries to Conococheague Creek act to keep temperatures in Conococheague Creek below temperatures in the mainstem Potomac River. This provides a thermal refugia during the summer for coolwater sportfish, including muskellunge, walleye, smallmouth bass, and popular sportfish that have economic value.  The cool waters of Semple Run support the survival and growth of hatchery-raised brown and rainbow trout introduced to state waters.  The water quality of Semple Run is threatened by land use changes that increase sedimentation and stream temperatures.  Runoff from impervious surfaces can increase stream temperatures, which may result in changes in the variety and abundance of fish species and decreases in fish species that are dependent on cooler temperatures.

*Conococheague Creek*

Conococheague Creek is one of the primary tributaries of the Potomac River. Conococheague Creek is a free-flowing stream that originates in Pennsylvania and travels southward for 80 miles ending at the Potomac River near Williamsport, Maryland. The Conococheague Creek watershed is located in both Maryland and Pennsylvania, with a drainage area of 568 square miles. The majority (88.4%) of the watershed is in Pennsylvania (in Franklin, Adams, Cumberland and Perry Counties) with the remaining portion in Washington County, MD.

Conococheague Creek has a low gradient with a very shallow profile and a bottom substrate consisting of limestone bedrock, cobble, and pea gravel. Its shallow waters lead to prominent submerged aquatic vegetation growth over the summer months, creating habitat for fish. Conococheague Creek and its tributaries are designated as Use IV-P by the State, meaning that the water use is designated as recreational trout waters and public water supply. COMAR 26.08.02.08Q. Because Conococheague Creek is shallow and has low turbidity, it is popular for recreational activities such as fishing, boating, and tubing.

Conococheague Creek supports a warmwater fishery for smallmouth bass, redbreast sunfish, rockbass, common carp, muskellunge, walleye, flathead catfish, and channel catfish throughout the Maryland portion. The creek supports a low diversity but high-density macroinvertebrate population. The tributaries of Conococheague Creek include Semple Run, Kemps Mill Run, Toms Run, and Rockdale Run, as well as numerous other unnamed streams and creeks.

Currently, Conococheague Creek is considered biologically impaired due to stormwater runoff in Hagerstown and Williamsport and an increase in impervious surface cover. In addition, agricultural land use in the watershed and in the riparian buffer zone has led to elevated levels of nutrients and inorganic pollutants in the creek.

*The Potomac River*

The Potomac River is a warmwater nontidal river that originates in the Allegheny Mountains of western Maryland, southern Pennsylvania, and West Virginia. The Potomac River is the second largest tributary to the Chesapeake Bay. The "Upper Potomac" refers to the warmwater, nontidal portion of the river that forms over 200 miles of Maryland's southern boundary from Cumberland to Washington D.C.

Though much of the Upper Potomac overlaps with public lands and state-managed forests and parks, pollution from wastewater, agricultural runoff, and urban stormwater runoff currently threatens the water quality of the river. In addition, excess nutrients, sediment, and pollutants enter the river from maintenance and construction projects.

The Upper Potomac is managed for warmwater and coolwater nontidal fish species, including walleye, muskellunge, channel catfish, and smallmouth bass.

B. **Potentially Impacted Wildlife and Aquatic Species**

A number of State-listed Endangered species, Species in Need of Conservation, and other Rare species rely on the waters in the vicinity of the Warehouse property.

**State-Listed Endangered Species**

The Upper Potomac River, immediately downstream of the confluence with Conococheague Creek, is home to two state endangered mussel species: brook floater mussel and green floater mussel. A person may not take any endangered wildlife, reptile, amphibian, mollusk, crustacean, or finfish species in the State except by special permit from the Director of Wildlife and Heritage Services for the Department of Natural Resources. COMAR 08.03.08.04.

*Importance of Freshwater Mussels*

Freshwater mussels are one of the most imperiled taxonomic groups in North America. Freshwater mussels inhabit river substrate materials while filtering the water column for feeding, respiration, and reproductive purposes.  Freshwater mussels play an important role in stream habitats.  Mussels are colloquially referred to as "biosentinel" species because their presence indicates healthy waters.

One adult mussel can filter an estimated 10-15 gallons of water a day, and the presence of mussels has been linked to healthy fish populations.  According to U.S. Environmental Protection Agency (U.S. EPA) data, a 6-mile stretch of mussel beds can remove 25 tons of particulates per year.

Because of the important role mussels fill in the freshwater ecosystem of the Potomac River and the Chesapeake Bay watershed, the Department of Natural Resources and its partners across the region, including nonprofits and federal, state, and local governments, have dedicated millions of dollars to protect and restore the species, including the following:

- Through a pilot project funded by the State of Maryland, the National Fish and Wildlife Foundation, and the Chesapeake Bay Program, the Department of Natural Resources has begun a pilot project to restore both common and endangered mussel species in the Potomac River upstream of Williamsport, Maryland.

- In the 2025 Chesapeake Bay Agreement, an agreement between Maryland, Virginia, Delaware, New York, Pennsylvania, West Virginia, the District of Columbia, and the U.S. EPA, the State of Maryland has agreed to develop comprehensive freshwater mussel conservation plans for 10 tributaries and implement key recommendations from at least five of these plans by 2040.

- Because freshwater mussels are sensitive to changes in temperature, the Department of Natural Resources has been replanting trees along riparian corridors to increase the shade cover of streams, reduce run-off, restrict sediment from entering streams, and reduce water temperatures.  As of this time, the Department of Natural Resources has planted over 100,000 linear feet and 32 acres of riparian forest buffers along Maryland streams.

- Through a new mussel hatchery program at the State's Joseph Manning Fish Hatchery, the Department of Natural Resources has begun propagating mussels to be planted in waterways across the State, including the Potomac River.

- As part of a settlement between Constellation Energy, the Maryland Department of the Environment, and environmental advocates, Constellation Energy has committed to paying Maryland $23 million to help support the construction, operation, and maintenance of a mussel hatchery.

- The Potomac Riverkeeper Network has partnered with the Department of Natural Resources, and other regional partners, to initiate a "50 Million Mussel Project" with the goal of restoring 50 million native freshwater mussels to the Potomac River by 2040.

Additionally, in 2016, a State Highways Administration contractor located both brook floater mussels and green floater mussels species during a species salvage operation required as a permit condition for nontidal wetlands mitigation. The operation was located at the I-81 bridge which is about 1 mile downstream from the Potomac's confluence with Conococheague Creek. The mussels were relocated upstream of the bridge (i.e. closer to the Conococheague confluence) in order to avoid harm from construction activity at the bridge.

### Brook floater mussels

Brook floater mussels (*Alasmidonta varicosa*) are a small- to medium-sized freshwater mussel that are found in rivers and streams with consistently flowing water and substrates that have sandy or gravelly bottoms, where they burrow into the sediment to anchor themselves.

The brook floater mussel is listed as endangered in the State due to significant declines in population, severe threats, and a restricted range. COMAR 08.03.08.04C(2)(b). The brook floater mussel has been found in the Potomac River downstream of Conococheague Creek.

Like other freshwater mussels, brook floaters help keep waterways clean by filtering bacteria, algae, and plant and animal debris out of the water. These mussels form "beds" at the bottom of the water which stabilizes the substrate, creating shelter and breeding grounds for various fish and invertebrates. Brook floaters also play an important role in the food chain, as prey for many aquatic mammals such as otters and muskrats.

Ongoing threats to the conservation of brook floater mussel include rising water temperatures, competition from invasive species, habitat loss or fragmentation, and polluted waterways from nutrient and sediment runoff.

On February 13, 2026, in response to an April 17, 2025 lawsuit filed by the Center for Biological Diversity challenging the U.S. Fish and Wildlife Service's decision not to list the brook floater mussel under the federal Endangered Species Act, the U.S. Fish and Wildlife Service agreed to reevaluate whether listing the brook floater mussel as a threatened or endangered species is warranted. The U.S. Fish and Wildlife Service agreed to publish its decision by August 30, 2029 at the latest.

*Green floater mussels*

Green floater mussels (*Lasmigona subviridis*) are also listed as an endangered species within the State.  COMAR 08.03.08.04C(2)(d).  Green floater mussels have been observed in the Potomac River downstream of Conococheague Creek.

Green floater mussels are primarily found in streams with slow to medium flows and good water quality.  These mussels are often found in sand or small gravel substrates where they establish a foothold and bury themselves as deep as 15 inches.  They have limited mobility, and fast-flowing currents or high-water events can cause them to be washed downstream. When they occur in larger streams and rivers, they are found in quieter pools and eddies, away from strong currents.

Like all freshwater mussels, green floaters require clean water with low levels of contaminants, adequate dissolved oxygen, and low salinity.  Ongoing threats to green floaters include excessive sedimentation from energy, agriculture, and commercial development, degraded water quality from chemical contamination and agricultural runoff, and increased water temperatures from climate change, loss of riparian streams, stormwater and wastewater effluents, and low stream flow during drought periods.

Because green floaters only live for three to four years and increased habitat fragmentation has led to small, fragmented colonies, destructive events such as pollution, droughts, excessive rainfall, and competition by invasive species can lead to the extirpation of an entire local population of green floaters.

Though the green floater can still be found in seven states, including Maryland, New York, North Carolina, Pennsylvania, Tennessee, Virginia, and West Virginia, there are no recent records of green floater mussels in New Jersey or Washington D.C., and the species is considered extirpated from Alabama, Georgia, and some rivers within its native range.  Green floaters are considered rare in 80% of the watersheds where they occur.

In 2023, the U.S. Fish and Wildlife Service proposed to list the green floater as "threatened" under the Endangered Species Act because of the likelihood the species would become endangered within the foreseeable future due to existing and emerging threats.  88 Fed. Reg. 48,294 (July 26, 2023). The U.S. Fish and Wildlife Service also proposed designating approximately 1,586 miles of waterways in Maryland, New York, North Carolina, Pennsylvania, Virginia, and West Virginia as critical habitat for the green floater under Section 4(a)(3) of the Endangered Species Act, including approximately 205.4 miles of the Potomac River.  This proposed segment of critical habitat includes the Potomac River downstream of its confluence with Conococheague Creek where green floater mussels have been observed.

## State-Listed Species in Need of Conservation

COMAR 08.03.08.01(B)(14) defines a "species in need of conservation" as "any species determined by the Secretary to be in need of conservation measures for its continued ability to sustain itself successfully." DNR may list a species as "in need of conservation" where the population is limited or declining within Maryland and where the species may become threatened in the foreseeable future if current trends or conditions persist. COMAR

6

08.03.08.09A.A person may not take a species in need of conservation without a special permit issued by DNR, although incidental taking is not prohibited. COMAR 08.03.08.09B.

### Allegheny pearl dace

The Allegheny pearl dace (*Margariscus margarita*) is a species of fish that the State protects as a Species in Need of Conservation.  COMAR 08.03.08.09C(4)(b). Although the Allegheny pearl dace has an extensive range outside of Maryland, within the State, it is at moderate to high risk of extinction or expiration due to a restricted and reduced range, low population sizes, and severe threats.

Maryland Biological Stream Survey ("MBSS"), a program within the Department of Natural Resources, has surveyed many of the streams, creeks, and unnamed tributaries to Conococheague Creek that are in the vicinity of Semple Run.  MBSS has observed the Allegheny pearl dace in these waters, including in an unnamed tributary just upstream of Semple Run.

### Appalachian springsnail

Appalachian springsnail (*Fontigens bottimeri*) is a species of mollusk which has been listed by the State of Maryland as a Species in Need of Conservation.  COMAR 08.03.08.09C(1)(b). Appalachian springsnail is an aquatic snail found only in the Potomac River basin in Maryland and Washington, D.C., and in the Shenandoah River basin in northwestern Virginia.  It is an indicator of high quality groundwater and faces threats from pollution and habitat degradation.

### Allegheny cave amphipod

Allegheny cave amphipod (*Stygobromus allegheniensis*) is a species of crustacean which has been listed by the State of Maryland as a Species in Need of Conservation.  COMAR 08.03.08.09C(2)(b).  Allegheny cave amphipods have been found in the limestone springs that feed Semple Run.

A groundwater-restricted crustacean, the Allegheny cave amphipod is adapted to subterranean habitats including streams, drip pools and phreatic pools in limestone caves or in groundwater interstices and spring water emergence zones within other sedimentary bedrock. Stygobites, as this type of organism is classified, are unpigmented and eyeless, exhibit low reproductive rates, enhanced longevity, and characteristically occur in sparse populations. Conservation of the Allegheny cave amphipod is threatened by reductions in water quality from excess runoff and sedimentation from adjacent development as well as groundwater degradation.

### Franz's cave amphipod

Franz's cave amphipod (*Stygobromus franzi*) is a groundwater-restricted crustacean which has been listed by the State of Maryland as a Species in Need of Conservation.  COMAR 08.03.08.09C(2)(c).  Franz's cave amphipod have been found in the limestone springs that feed Semple Run. Similar to the Allegheny cave amphipod, Franz's cave amphipod is also adapted to

7

subterranean habitats, including springs, and is threatened by reductions in water quality and groundwater degradation.

**State-Listed Rare Species**

Nearly 800 native species and subspecies of plants and wildlife in the State are not listed as endangered, threatened, or in need of conservation but still warrant conservation attention because the species are declining or are at risk of decline.  The Department of Natural Resources refers to these generally as "rare" species.  The Department of Natural Resources assesses species for tracking as a rare species based on various factors, including:  species distribution, abundance, and trend; threats (number, immediacy, extent and/or reversibility of known threats to species populations); state responsibility (relative importance of the state to conservation of the species); habitat protection and management (amount of occupied habitat which may occur on protected land and managed to support the species); and information deficiency (lack of basic information needed to evaluate conservation status).

*Checkered sculpin*

The checkered sculpin (*Cottus sp. 7*), a small, bottom-dwelling fish that is found solely within limestone-influenced waters that remain below 68 degrees, is considered a rare species in the State. Sculpin is often found in similar areas as the Allegheny pearl dace.  Checkered sculpin are known to occur in the vicinity of Conococheague Creek and Semple Run. The checkered sculpin is highly susceptible to sedimentation and changes in temperature and quality. Because of increased sedimentation from agriculture and urban development, DNR considers the checkered sculpin at risk of declining within the State.

## C. **Ecologically Significant Areas**

The Department of Natural Resources has identified two Ecologically Significant Areas within one half mile of the warehouse property.  Ecologically Significant Areas may be identified based upon the presence of a State-listed Rare, Threatened, or Endangered Species; habitat that supports known locations of such species; and/or the presence of a significant natural community of ecological value.

The Kemps Springs Ecologically Significant Area is approximately 2,000 feet to the property's southwest and is home to limestone springs and associated rare invertebrates. There are limestone springs that feed Semple Run both from the northeast upstream of the Kemp Springs Ecologically Significant Area and the Warehouse facility and springs within the Kemp Springs Ecologically Significant Area itself.

Kemps Springs is identified as an Ecologically Significant Area because it includes the area where three invertebrate species listed in Maryland as In Need of Conservation have been documented (Appalachian springsnail, Allegheny cave amphipod, and Franz's cave amphipod). Kemps Springs Ecologically Significant Area has been identified as an area which is prioritized by the Department of Natural Resources as extremely significant for biodiversity conservation.

The Conococheague-Kemps Mill Ecologically Significant Area is approximately 1,400 feet to the project's northwest.  One reason Conococheague - Kemps Mill has been identified as

8

an Ecologically Significant Area is that it includes the area where a fish listed in Maryland as In Need of Conservation has been documented (Allegheny pearl dace).

**II.     The Proposed Warehouse Conversion Raises Significant Concerns About the Impact on Maryland's Other Environmental Interests and Underscores the Further Need for Environmental Review.**

### A.  Sewer Lines

The State has significant concerns regarding the capacity of the sewer line currently serving the warehouse and surrounding facilities to accommodate the exponential increase in sewage flow that this facility is likely to create. To date, DHS has failed to disclose information that would support a determination of whether significant - and costly - sewer upgrades would be needed.

Based on the Maryland Department of Environment's best analysis, and using existing prisons as a guide, we would expect a facility housing 1,500 people to produce more than 187,000 gallons per day (GPD) in effluent - more than seven times the existing projected flow for the facility's prior commercial use. Exceeding the capacity of the sewer lines would likely result in sewage backups and overflows, posing public health risks to the facility's residents, agents, and the neighboring community. Any necessary upgrades must comply with applicable State permitting requirements and be funded by DHS.

### B.  Wetlands and Waterways Permit Requirements

The State also has determined that areas of the property fall within the 100-year floodplain. Under State law, any activity within the floodplain, even temporary and construction-related work, requires wetlands and waterways permits or authorizations from the Maryland Department of the Environment. To date, MDE has not received any plans or permit applications related to activities in the floodplain.

### C.  Clean Air Act Permit Requirements

In addition to wetlands and waterways permitting requirements, the State also expects that the modifications needed to convert the warehouse into a facility habitable by people will require permits to comply with federal and state air quality requirements. The Maryland Department of the Environment has no record of existing air quality permits for building heating systems or backup generators at this facility, which may be necessary to make it appropriate for housing people. Any fuel-burning boiler with a rated heat input of 1 million BTU per hour or more must receive an air quality permit before installation. Likewise, any fuel-burning emergency generator rated at 500 brake horsepower (373 kilowatts) or more must receive an air quality permit before installation.

**III.**   **Absent a Legitimate and Transparent Public Engagement Process, Maryland Also Cannot Properly Assess the Potential Adverse Impacts on Transportation and Safety.**

In the absence of a transparent public engagement process and the analysis of information normally collected and provided during a proper NEPA study, Maryland is unable to determine the traffic impacts to the surrounding communities and the state and interstate routes from the changes in land use at this site. Basic information concerning anticipated staffing levels, site operations, and detainee movement is needed in order to determine whether the project would have adverse transportation, safety, or congestion impacts. Possible impacts include congestion and degraded service on nearby roads; impacts on local emergency response times and access routes; and safety concerns accompanying increased heavy-vehicle traffic.

**IV.**   **Conclusion**

The points highlighted above underscore the need for ICE to provide a transparent and public process regarding its plans to convert the warehouse into a 1500 bed detention facility. We have serious concerns that ICE is proceeding with this project in a secretive and rushed manner that will adversely impact the State.

Josh Kurtz
Secretary of Natural Resources

Serena McIlwain
Secretary of the Environment

Kathryn Thomson
Acting Secretary of Transportation