**EXHIBIT J**

CENTER *for* BIOLOGICAL DIVERSITY                    *Because life is good.*

*Submitted via Email*                                                    March 5, 2026

Department of Homeland Security
Immigration and Customs Enforcement
icesustainability@ice.dhs.gov

RE:     **Opportunity for Public Comment: Early Notice and Public Review of a Proposed Activity in a 100- to 500-Year Floodplain – Hagerstown, Maryland**

Dear Department of Homeland Security and Immigrations and Customs Enforcement:

The Center for Biological Diversity (the Center) submits this comment to address the agencies' proposed activity for the existing warehouse facility located at 10900 Hopewell Road, Hagerstown, Maryland (Hagerstown property). We write on behalf of our 1.8 million members and supporters, including more than 242,000 in Maryland and the Mid-Atlantic who have an interest in the region's biodiversity and environmental quality. We have serious concerns regarding ICE's plan to convert an empty warehouse into a Detention Processing Center that would hold up to 1,500 human beings because it will have predictable and adverse impacts on key species and regional water resources, harm human health and well-being, and create an unnecessary fiscal burden and waste of resources.

The following discussion will explain our concerns in detail. We respectfully urge the Department of Homeland Security (DHS) and Immigration and Customs Enforcement (ICE) to:

1)  Abstain from committing any further resources or effort to the proposed activities.
2)  Formally consider all environmental impacts resulting from the proposed activities.
3)  Consult with the U.S. Fish and Wildlife Service on the proposed activities' impacts on federally listed species and their habitats.
4)  Extend the comment period and conduct it in a way that aligns with proper procedural posture as required by the National Environmental Policy Act.

**Background**

ICE acquired the Hagerstown property in January 2026 with the intent to use the site a Detention Processing Center that would house up to 1,500 people. The 53.74-acre property includes an existing 830,397-square-foot "mega warehouse," situated in a semi-rural area of Washington County between Hagerstown and Williamsport with a population of around 2,000 people.[1] The planned addition of 1,500 people would effectively double the area's current population.

---

[1] DHS.gov, "Early Notice and Public Review of a Proposed Activity in a 100- to 500- Year Floodplain," https://tinyurl.com/yd3twjy7, (last visited Mar. 5, 2026); Complaint at 2, 17, Maryland v. Noem, No. 1:26-cv-00733, (D. Md. Feb. 23, 2026).

*Alaska . Arizona . California . Colorado . Florida . Hawaii . N.Carolina . New Mexico . New York . Oregon . Washington, D.C. . La Paz, Mexico*

P.O. Box 710, Tucson, AZ 85702-0710   tel (520) 623.5252   fax (520) 623.9797   BiologicalDiversity.org

Situated to the immediate south of the Hagerstown property is FEMA Regulatory Floodway (Zone AE), known as Semple Run.[2] The Semple Run stream flows into Conococheague Creek, which then flows into the Upper Potomac River, less than three miles from the Hagerstown property.

ICE is determined to begin construction activities at the Hagerstown property to transform the warehouse into a Detention Processing Center. Specifically, the agency plans to initiate improvements to the interior and exterior of the warehouse building, including upgrades to the sanitary sewer connections due to increased projected wastewater flows.[3] ICE has already begun the site's transformation by parking a fleet of government vehicles behind the warehouse.[4]

The proposed activity by ICE is rife with controversy. Indeed, potential consequences resulting from the creation of a new Detention Processing Center are broad and concerning. Cramming 1,500 people into one warehouse will cause significant impacts to air and water quality, species and their habitats, public health and safety, local infrastructure, and human rights. Both lawmakers and citizens have expressed these concerns at length; last month, hundreds of concerned community members protested the proposed facility.[5] In its rush to create this Detention Processing Center, the agency has neglected to include public comment in their decision-making process up until this point.

## Discussion

The Center for Biological Diversity (the Center) is a national non-profit advocacy organization dedicated to the protection of native species and their habitats through science, policy, and environmental law. For decades, the Center has worked diligently to protect species and their habitats in Maryland and across the country.[6]

We respectfully ask ICE to consider the following points and act accordingly:

### I.    The proposed activities will create significant environmental impacts.

Transforming the Hagerstown property into a Detention Processing Center could result in substantial adverse impacts on species, water quality, air quality, and public health and safety. These impacts stem from sensitive ecological conditions surrounding the property and from the facility's current inadequate infrastructure.

### a.  Harm to species

---

[2] FEMA, *FEMA Flood Map Service Center,* https://tinyurl.com/bdfs28ra, (last visited Mar. 5, 2026).
[3] DHS.gov, *supra* note 1.
[4] Adam Thompson, "Maryland lawmaker pushes back as ICE vehicles reportedly arrive at future detention center," *CBS News,* Mar. 2, 2026, https://tinyurl.com/7a6ak258, (last visited Mar. 5, 2026).
[5] *Id.*
[6] *See, e.g., Lawsuit Spurs Agreement to Better Protect Endangered Rice's Whales From Offshore Drilling,* Center for Biological Diversity, Aug. 24, 2023, https://tinyurl.com/bdfykkc8; *Center for Biological Diversity files lawsuit for American horseshoe crab protections,* Jan. 6, 2026, https://tinyurl.com/328btv85 (last visited Mar 3, 2026).

The U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consulting (IPaC) database reveals multiple federally protected species found near the Hagerstown property: the green floater mussel, several bat species (Indiana bat; Virginia big-eared bat; and tricolored bat), and the monarch butterfly. Another 15 species of migratory birds, including the fish-eating bald eagle, utilize this habitat.

Aquatic species on Maryland's Threatened and Endangered species list that occur adjacent to or downstream from the Hagerstown property include the Allegheny pearl dace, Appalachian springsnail, Allegheny cave amphipod, Franz's cave amphipod, brook floater, and green floater.[7] The green floater, in particular, is highly sensitive to water quality and depends on conditions with adequate dissolved oxygen and minimal contaminants.[8] Sediment and other pollutants entering waterways from the proposed Detention Processing Center would negatively affect these species.

A significant threat to wildlife in Maryland is habitat loss and degradation.[9] Because of these existing pressures, additional disturbances, such as the influx of 1,500 people being held at the Hagerstown property, could compound the impacts on already vulnerable species and their ecosystems.

### b. Harm to water quality

The warehouse, as it stands today, is not equipped to accommodate 1,500 people living together. It is a massive warehouse with very limited interior plumbing infrastructure: four toilets and two water fountains. The existing sewer lines are insufficient to take on projected additional daily flows from a 1,500-person holding facility.[10]Adding these extra 1,500 individuals to the local wastewater system could overwhelm existing capacity and increase the risk of sewer backups and overflows. It could even result in the unauthorized discharge into nearby waterways. A vacant 825,000 square-foot warehouse generates an estimated average daily wastewater flow of around 24,768 gallons per day, which is significantly lower than approximately 90,000 gallons per day expected from a facility housing 1,500 individuals.[11] Sewer backups and overflows from the Hagerstown property would worsen the sewage contamination affecting the Potomac River further downstream.[12]

The Hagerstown property lies near significant water resources including Semple Run, Conococheague Creek, and the Upper Potomac River. These waterways support aquatic species, migratory birds, and local drinking water supplies and recreational uses. However, they are already impaired by nutrients, sediment, and bacteria from agricultural and urban runoff, storm sewers, and pet waste. Several total maximum daily loads (TMDLs) are in place both for the Conococheague Creek (total suspended solids (TSS) and *E. Coli*) and the Potomac River in

---

[7] Complaint at 21-22, Maryland v. Noem, No. 1:26-cv-00733, (D. Md. Feb. 23, 2026).

[8] 88 Fed. Reg. 48,294 (Jul. 26, 2023).

[9] Maryland Department of Natural Resources, *State Wildlife Action Plan 2015-2025, Chapter 3 - Maryland's Wildlife and Species of Greatest Conservation Need,* June 2016, at 4, 6, 52, 68, and 74, https://tinyurl.com/2vbdyajk.

[10] Complaint at 19, Maryland v. Noem, No. 1:26-cv-00733, (D. Md. Feb. 23, 2026).

[11] *Id.*

[12] *See generally* Miranda Wilson, "How DC dodged a bullet in Potomac River sewage spill," *E&E News Greenwire,* Mar. 4, 2026, https://tinyurl.com/3bn5e8m8, (last visited Mar. 5, 2026) (discussing effects of aging sewer infrastructure).

Washington County (TSS).[13] Regular state assessments show that these waterbodies are still impaired for parameters such as high pH, sulfates, chlorides, TSS, and *E. Coli*.[14]

Overloading the sewer system could compound pollution in waterways that are already struggling to meet state water-quality standards. Additional releases of contaminants from human waste (ammonia, *E. Coli*) threaten sensitive aquatic species like the green floater, pose health risks to recreational users of the river, and endanger downstream communities that depend on these waters, where pathogens can spread waterborne diseases.

### c. Harm to air quality

The air quality in the surrounding area could deteriorate due to the operation of the Hagerstown property as a Detention Processing Center. The operation would generate an increase in vehicle traffic from frequent trips by government transport vehicles. A traffic study is necessary to evaluate the extent to which the roads will be used in the vicinity. The warehouse will likely require a massive amount of power to operate the Detention Processing Center; similar facilities have included the use of diesel power generators to meet energy needs.[15] The resulting rise in emissions should be analyzed for its contribution to local air pollution, and for the effects on public health.

### d. Harm to public health and safety

Additionally, forcing the concentration of 1,500 people to live in one facility with inadequate infrastructure, unsanitary conditions, and without their typical living necessities poses a huge threat to public health and safety. Current detainees at ICE detention facilities across the nation face measles, tuberculosis, and other infectious disease outbreaks due to living in close confinement with unsanitary conditions.[16] In fact, ICE is considering closing one of its recently opened detention facilities in Texas due to a measles outbreak and inadequate medical care.[17]

### II. ICE must comply with all environmental laws and cannot proceed with any further effort pertaining to the proposed activities without doing so.

Several federal and state environmental laws apply here. The Endangered Species Act (ESA) requires consultation with the USFWS if an agency's proposed action is likely to "…jeopardize the continued existence of any species proposed to be listed under section 4 or result in the destruction or adverse modification of critical habitat proposed to be designated for such

---

[13] U.S. EPA, *How's My Waterway? Waterbody Report,* Conococheague Creek and Potomac River Washington County https://tinyurl.com/4cteyjm9, https://tinyurl.com/3tnjz7ku, (last visited Mar. 5. 2026).

[14] *See Maryland Water Quality Assessments (IR) and TMDLs,* https://mde.geodata.md.gov/IR_TMDL/.

[15] Complaint at 17, Friends of the Everglades, Inc. v. Noem, No. 1:25-cv-22896, (S.D Fla., June 27, 2025).

[16] *See e.g.,* Nicole Acevedo, "ICE confirms a measles outbreak in the nation's largest detention facility in Texas," *NBC News,* Mar. 4, 2026, https://tinyurl.com/43knysay, Jeff Ferrell and Kory Cook, "Nearly 4,000 health professionals urge release of children held in ICE detention," *Red River Radio,* Mar. 2, 2026, https://tinyurl.com/mryahsuc, (discussing infectious disease concerns in ICE detention centers nationwide).

[17] Ayden Runnels, "ICE moving toward closing El Paso detention camp, report says, *the Texas Tribune,* Mar. 4, 2026, https://tinyurl.com/bdxe9vrs, (last visited Mar. 5, 2026).

species."[18] In July 2023, the U.S. Fish & Wildlife Service (USFWS) proposed critical habitat for the green floater mussel, including this section of the Potomac downstream of Conococheague Creek.[19] Because the proposed activities at the Hagerstown property risk additional contaminants and pollutants being added to the waterways in which the green floater lives and critical habitat is proposed, the ESA applies here. ICE must also consult with the State of Maryland Department of Natural Resources (DNR) and the USFWS on the proposed activity's impacts on state- and federally protected species and their habitats that are known to exist near the Hagerstown property.

Additionally, the National Environmental Policy Act (NEPA) compels federal agencies to investigate the environmental consequences of an action before making a decision that could impact the environment.[20] ICE's purchase of the Hagerstown property, along with its plans to convert the site into Detention Processing Center, constitutes a major federal action subject to NEPA.[21] Before ICE commits any more effort and resources to the project, the agency must consider all the potential environmental impacts and all alternatives in an Environmental Impact Statement (EIS).

Furthermore, Maryland Department of Environment (MDE) requires a Water and Sewerage Construction Permit for new and major modifications to community water supply or sewer systems. They must comply with the state's design guidelines for public health and water quality protection. A "major sewerage facility" includes gravity sewers with a diameter greater than 15".[22] This is relevant considering the current sewer line serving the Hagerstown property's warehouse is a mere six inches which connects to an eight-inch sewer main.[23] The addition of 1,500 people to the town's existing sewer system, concentrated at this single facility, would likely overload the current infrastructure. This could result in backups and overflows that would affect nearby receiving waters and their species, as well as pose risks to public health. This influx of new people might require system upgrades amounting to a "major sewerage facility" which would require a permit from MDE. To our knowledge, the feasibility of this measure has not been discussed.

It is the Center's understanding that neither DHS nor ICE has initiated the consultation process required by the ESA, NEPA, and Maryland state law for the proposed actions at the Hagerstown property.

### III.     The public comment period and opportunity for involvement must be extended.

The Center also requests extending the duration of the comment period and better disseminate notice of public comment. The agencies' "Notice of a Proposed Activity," published on the DHS website on February 25, 2026, called for comments to be submitted to DHS by Thursday, March 5, 2026. Seven business days is an incredibly restricted window for the public to develop well-informed responses to a federal agency's proposed activity. NEPA requires federal agencies to

---

[18] 16 U.S.C. § 1536 (a).
[19] 88 Fed. Reg. 48,294, Jul. 26, 2023; *USFWS Conservation Online System,* https://ecos.fws.gov/ecp/species/7541.
[20] *Hodges v. Abraham,* 300 F.3d 432, 438 (4th Cir. 2002).
[21] 42 U.S.C § 4336e(10).
[22] Maryland Department of Environment, 3.07 Water and Sewerage Construction Permit, accessed at https://tinyurl.com/547y639z.
[23] Complaint at 19, Maryland v. Noem, No. 1:26-cv-00733, (D. Md. Feb. 23, 2026).

provide the public with meaningful opportunities to participate throughout the environmental review process.[24] We believe that the public deserves additional time to participate in this process given the severity of the potential impacts to both the human and the ecological communities. We urge the agencies to consider extending the period for public comment and to further engage with the affected communities, so that all concerns may be thoughtfully considered.

### Conclusion

Thank you for the opportunity to engage in the public comment process to share our views. We look forward to the meaningful review of our concerns and sincerely hope that appropriate actions will be taken to prevent harm to protected species, their habitats, and the public health of the surrounding communities.

Sincerely,

/s/ Laurel Jobe
Laurel Jobe
Associate Attorney, Southeast Program
Center for Biological Diversity
Chattanooga, TN
ljobe@biologicaldiversity.org

---

[24] 40 C.F.R. 6.203(a).