**EXHIBIT M**

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br>200 Saint Paul Place<br>Baltimore, Maryland 21202,<br><br>        Plaintiffs,<br><br>    v.<br><br>KRISTI NOEM, Secretary of Homeland Security,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES DEPARTMENT OF HOMELAND<br>SECURITY,<br>2707 Martin Luther King Jr. Ave. SE<br>Washington, D.C. 20528<br><br>UNITED STATES IMMIGRATION AND<br>CUSTOMS ENFORCEMENT,<br>500 12th St., SW<br>Washington, D.C. 20536<br><br>TODD M. LYONS, Senior Official Performing the<br>Duties of the Director of Immigration and Customs<br>Enforcement,<br>500 12th St., SW<br>Washington, D.C. 20536,<br><br>        Defendants. | Civ. No. 1:26-cv-733 |

**SECOND DECLARATION OF WALID SAFFOURI**

I, Walid Saffouri, declare of my personal knowledge as follows:

1.      I am currently employed by the Maryland Department of the Environment (MDE) as Program Manager. I have held this position since 2009.

1

2.　　　As the Program Manager for the Engineering and Capital Projects Program, I am responsible for supervising two engineering divisions that oversee the review of the design of MDE water and sewer projects for the purpose of state funding and the processing of construction permits for water and sewer projects regardless of the fund source. I also have the delegated authority to sign the construction permits on behalf of the Secretary.

3.　　　Prior to this role I was a division chief for one of MDE's regional divisions. Prior to this role I was a project engineer in one of the divisions. I have been with MDE since 1990. Prior to MDE, I served in the US Army.

4.　　　I am submitting this declaration in support of the State's motion for a preliminary injunction

5.　　　The Maryland Department of the Environment regulates water quality in the state. As part of that work, the Department reviews construction permits for major water supply and major sewerage systems.

6.　　　I am generally familiar with ICE's purchase of the property at 16220 Wright Road, Williamsport, MD 21795 and the agency's plans to convert it into an immigration detention facility.

7.　　　The purpose of this declaration is to describe the drinking water and sewer lines currently serving the warehouse, and the likely impacts of operating the facility in DHS's intended fashion on both the local water and sewer systems, as it is currently situated.

8.　　　Having reviewed the public data about ICE's plans for this property and the Location Plan submitted to the Department as part of the permitting process for developing the property into a warehouse in 2021, I have significant concerns that the existing infrastructure is insufficient to support a population of 1500 detainees.

9. Based on standard metrics for estimating the daily wastewater at residential, commercial, and industrial facilities, I would expect the detention processing facility to generate 187,500 gallons of wastewater per day. Using actual wastewater metrics from a Maryland operated correctional institution instead yields an expected wastewater load of 357,675 gallon per day. These calculations are explained in further detail below.

10. The existing wastewater infrastructure at the facility is likely insufficient under any of these scenarios.

11. I am also aware that the facility is connected to the City of Hagerstown's drinking water distribution system through a 2-inch service line. A 2-inch service can generally deliver from 65,000 to 120,000 gallons per day of water. A 1500 person detention facility would be expected to require around 187,500 gallons of water per day.

12. The existing 2-inch service line is likely insufficient to provide adequate drinking water for 1500 people and will need to be replaced.

Wastewater Projections for the Current Warehouse and Existing Capacity:

13. The Maryland Department of the Environment publishes design guidelines for wastewater facilities that include standardized figures for estimating the projected future flow from new developments. For facilities that house people, the guidelines typically use the number of people or number of beds as a factor. Wastewater flow from a single-family dwelling, for example, is estimated by multiplying an average flow rate of 75-100 gallons per person per day by the number of expected residents. Other estimates for buildings with 24/7 occupancy range from 40 gallons per person per day for "rooming houses", to 50 gallons per person per day for "hotels without private baths", and 60 gallons per person per day for "apartments-multiple family", all the way to 350 gallons per bed space per day for "hospitals". For "institutions other than hospitals", average flow

is estimated by using a 125 gallons per day per bed figure.  These estimates include allowances for additional flow from infiltration and inflow, which is common in sewer systems.[1]

14.    The guidelines include an alternative methodology for projecting the average daily flows from commercial establishments, public service buildings, and dwelling units based on total floor area. For warehouses, the methodology estimates total daily flow by multiplying the facility's gross square feet by a factor of 0.03.

15.    The Department also uses the Recommended Standards for Wastewater Facilities published by Great Lakes – Upper Mississippi River Board of State and Provincial Public Health and Environmental Manager (Recommended Standards), which is used by most of the States of the United States and Canada to provide default minimum system sizes.  The Recommended Standards set the minimum size for a community sewer system at 8 inches in diameter with larger pipes necessary depending on actual expected flows. The Department's Design Guidelines provide additional details on top of the default set by the Recommended Standards.

16.    According to the Maryland Department of Assessments and Taxation, the property at 16220 Wright Road includes a "Mega Warehouse" with an above grade area of 825,620 square feet.

17.    Using standard projections, the warehouse, operating as a warehouse, would be expected to produce an approximate daily average flow of 24,768.6 gallons per day (825,620 square feet x 0.03).

---

[1] Wastewater flow estimates for the facility based on each of the standard guideline numbers discussed in this declaration are included as Table 1 at the end of this document.

18.     The property's location plans indicate that the warehouse is serviced by an 8-inch lateral sewer line which transitions to a 6-inch lateral sewer line shortly after leaving the warehouse's footprint. That 6-inch lateral sewer line then ties into an 8-inch sewer main. The 8-inch sewer main connects to the Wright Road Pumping Station which then pumps sewage through a force main to the Conococheague Wastewater Treatment Plant.

19.     The system's capacity is limited by the 6-inch lateral sewer line which would serve as a bottleneck for the facility's wastewater prior to reaching the 8-inch sewer main.

20.     Lateral sewer lines service only a single property while a sewer main carries wastewater from multiple properties to a wastewater treatment facility.

21.     A 6-inch sewer line can have the capacity to handle approximately 63,500 gallons per day of flow.

22.     An 8-inch sewer line should be able to handle approximately 112,800 gallons per day of flow.

23.     These numbers represent best estimates of pipe capacity. A pipe's actual capacity is influenced by a number of external factors including, but not limited to: Inflow and Infiltration, slope of the pipe, pipe material, and pipe age.

24.     For example, excessive Inflow and infiltration (I & I) can significantly reduce a pipe's capacity.  I&I refers to unwanted stormwater and groundwater that enters a sanitary sewer system through defects like cracked pipes, manholes in the main line and cleanouts in the connection line. The entry of this unwanted water decreases the pipe's capacity to carry wastewater.

25.     The age of the pipe can also reduce the pipe capacity due to increase in the roughness of the pipe.

26. Pipe slope can increase its capacity, but that must be balanced with the cost of deeper excavation. Also, deeper pipes are more likely to experience groundwater infiltration.

27. The Wright Road Pumping Station is currently designed to handle a maximum of 102,240 gallons per day and already receives an average of 77,498 gallons per day (about 76% of capacity) of wastewater. This leaves only 24,742 gallons per day of available capacity.

Expected Wastewater Needs of a 1500 Bed Detention Facility:

28. I am aware that ICE has publicly stated that it plans to convert the warehouse into an immigration detention processing center with a maximum 1500 bed capacity  When engineering sewer and drinking water systems a property needs to account for the maximum potential demand on the system, anything less would result in an undersized and insufficient system.

29. MDE's Design Guidelines do not have a dedicated category for "detention processing centers" but such a facility is most closely analogous to the category "Institutions Other than Hospitals," which the design guidelines project to generate 125 gallons per bed per day.

30. Using these numbers to estimate the daily wastewater flow from a 1500 bed detention facility yields an estimated flow of 187,500 gallons of wastewater per day.

31. That is more than seven times the amount of wastewater expected from the facility if it were operated as a warehouse.

32. Data from similar facilities can also help to better understand how much wastewater should be expected from this facility on a daily basis.

33. The State of Maryland operates a number of correctional institutions in the State and their dedicated wastewater treatment plants.

34. I have reviewed the daily influent flow rates for the wastewater treatment plant serving the Eastern Correctional Institution, a correctional facility operated by the State. The

wastewater treatment plant is operated by the Maryland Environmental Service and receives wastewater from no sources besides the Eastern Correctional Institution.

35.    From January 1, 2026 through January 31, 2026 the facility averaged 762,800 gallons per day of wastewater. Over that same period the facility housed an average of 3,199 inmates (including 36 inmates at the ECI-Hospital). That yields an average flow rate of 238.45 gallons per inmate per day.

36.    Using these numbers to estimate the daily wastewater flow from a 1500 bed detention facility yields an estimated flow of 357,675 gallons of wastewater per day.

37.    This is more than fourteen (14) times the amount of wastewater expected from the facility if operated as a warehouse.

38.    A flow between 187,500 and 357,675 gallons per day is equal to a flow generated from 750 and 1430 homes, the equivalent of a small town or large community.

<u>Impacts of Overloading Existing Sewer Infrastructure:</u>

39.    Overloading the 6-inch lateral line that currently serves the warehouse would yield backups at the property, likely first at the external cleanout valve and then inside the property itself. Such overflows would create public health hazards for the immigrants, ICE agents, and others at the facility and would also have adverse environmental impacts, including to neighboring streams and their aquatic life, if overflows occurred outside of the facility. Significant excavation would be needed to replace the 6-inch lateral line and avoid these scenarios.

40.    Such a significant increase in flow also raises questions about the sufficiency of the existing 8-inch sewer main. Under either estimate, the wastewater generated from this one facility would exceed that line's expected capacity. But a sewer main also serves other properties, both upstream and downstream of where the warehouse's lateral lines tie in. Thus, remaining capacity

on the 8-inch main line is likely much lower than 112,800 gallons per day estimated above. Also, the current sizing of the Wright Road Pumping Station (102,240 gallons per day) and reaching close to 76% of its capacity could be an indication of the limited remaining capacity of the sewer main lines in its sewer shed, which makes it more likely that this 8-inch main line is not sufficient to serve the ICE facility.

41.     Overloading the 8-inch sewer main would likely result in sewage overflows, usually from the manholes. Such overflows would likely impact neighboring streams and their aquatic life and pose a public health hazard. It would likely also result in sewage backups along any of the lateral lines that connect to the main. That could affect the warehouse property and nearby homes and businesses. Significant excavation to replace the 8-inch sewer main would be required to avoid these scenarios.

42.     Using even the most conservative assumptions about wastewater flow from the facility yields an expected increase that will far exceed the remaining capacity at the Wright Road Pumping Station (24,742 gallons per day).

43.     Major upgrades will be needed at the Wright Road Pumping Station in order to meet this increased flow. These upgrades will include significant excavation work to expand the pumping station's wet well. A wet well functions similarly to a sump pump: it provides a reservoir for wastewater that triggers the pumping station to run when it reaches a certain volume. Expanding the wet well will require major excavation work. Additional work, including the installation of backup power supplies, will likely be required given the scale of upgrades needed to meet the expected increase in wastewater flows.

44.     Overloading the Wright Road Pumping Station, which has the most restrictive capacity in the system, will likely result in sewage overflows from any part of the pumping station.

8

Such overflows would likely impact neighboring roads, streams and their aquatic life and pose a public health hazard.

45.     Based on the information available, the facility's existing wastewater capacity is likely insufficient to handle the expected increase in flows from a 1500 bed detention facility. Operating the facility without sufficient capacity will likely result in sewage backups and overflows creating public health hazards and environmental harm. Upgrading the system so that it has the capacity to meet expected needs would require significant excavation along the length of the 6-inch lateral line and likely the 8-inch sewer main as well. It would also require significant upgrades to the Wright Road Pumping Station including excavation to expand the facility's wet well. Such activity is likely to increase sediment runoff to nearby waters and have significant traffic impacts within the community as well.

**Table 1: Wastewater Flow Estimates for a 1500 Person Detention Facility Based on Standard Guidelines Categories**

| Facility Category | Projected Gallons Per Person Per Day | Projected Gallons Per Day For 1500 Bed Facility |
|---|---|---|
| Rooming houses | 40 | 60,000 |
| Hotels without private baths | 50 | 75,000 |
| Apartments-multiple family (per resident) | 60 | 90,000 |
| Single family dwellings | 75-100 | 112,500 – 150,000 |
| Institutions other than hospitals (per bed space) | 125 | 187,500 |
| Eastern Correctional Institution Average Flows for January 2026 | 238.45 | 357,675 |
| Hospitals (per bed space) | 350 | 525,000 |

Drinking Water Projections for the Facility and System Capacity:

46.     The City of Hagerstown owns and operates the RC Wilson Water Treatment Plant along the Potomac River just upstream of Williamsport, Maryland. The City provides water to the towns of Williamsport, Funkstown, and Smithsburg and much of the surrounding area.

47.     The RC Wilson Water Treatment Plant has the capacity to treat up to 16.8 million gallons of water per day.  In January 2026 the average daily production was 11.6 million gallons of water per day.   In July and August 2025 the average daily production was 11.8 million and 11.7 million gallons of water per day respectively.

48.     The Plant was built in 1920 and the infrastructure and mains are aging. There are general risks from all aging infrastructure, particularly buried infrastructure such as water mains which have an elevated risk of main breaks and water outages. Water outages have the potential to allow contaminated water into the distribution system and pose a threat to public health.

49.     The property is connected to the City of Hagerstown drinking water system via a 2-inch service line and is currently allocated only 800 gallons per day of drinking water.

50.     A 2-inch water service line can generally deliver 65,000 to 120,000 gallons per day of drinking water. The actual capacity of a water service line depends on many factors, including pipe material and age/roughness of pipe, length of pipe and system pressure.

51.     The amount of drinking water required at a facility is usually similar to the amount of wastewater that it would be expected to generate. Thus, based on the 125 gallons per person per day figure used to estimate wastewater from "institutions other than hospitals", a 1500 bed detention facility with 24/7 occupation is likely to require around 187,500 gallons per day of drinking water.

52.     The State also operates the drinking water system used by the Eastern Correctional Institution. This information can provide a more accurate, real-world, picture of water demand at facilities similar to what ICE plans to operate at the warehouse.

53.      I have reviewed the drinking water data for the Eastern Correctional Institution for January 2026. During January 2026, the correctional institute used an average of 664,000 gallons of drinking water per day. During this same period there were a total of 3,199 detained individuals at the correctional institution. This yields an average of 207.56 gallons of drinking water per person per day. Based on this information a 1500 person facility would be expected to require 311,347 gallons of drinking water per day.

54.      These numbers are, most likely, lower than the wastewater flow projections derived from Eastern Correctional Institution above because Infiltration and Inflow will affect wastewater infrastructure but not drinking water infrastructure.

55.      Using either of these estimates the expected flow is more than a 2-inch pipe can deliver and replacing the 2-inch pipe with a more suitable sized line would require significant excavation.

56.      Based on the information available, the facility is likely to require far more drinking water than the 800 gallons per day currently allocated to it by the City of Hagerstown. Upgrading the existing system would require significant excavation that is likely to result in sediment runoff to nearby waters and traffic impacts for the community.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Baltimore, MD on March 19 , 2026.


Walid Saffouri, P.E.

Maryland Department of the Environment

11

Program Manager, Engineering and Capital Projects Program