**EXHIBIT O**

_____

_____    **IN THE UNITED STATES DISTRICT COURT**
_____    **DISTRICT OF MARYLAND**

STATE OF MARYLAND,
200 Saint Paul Place
Baltimore, Maryland 21202,

          Plaintiffs,

      v.

KRISTI NOEM, Secretary of Homeland Security,
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

UNITED     STATES     DEPARTMENT     OF
HOMELAND SECURITY,
2707 Martin Luther King Jr. Ave. SE
Washington, D.C. 20528

UNITED     STATES     IMMIGRATION     AND
CUSTOMS ENFORCEMENT,
500 12th St., SW
Washington, D.C. 20536

TODD M. LYONS, Senior Official Performing the
Duties of the Director of Immigration and Customs
Enforcement,
500 12th St., SW
Washington, D.C. 20536,

          Defendants.

Civ. No. 1:26-cv-733

## DECLARATION OF DR. DAVID BLYTHE IN SUPPORT OF PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

I, Dr. David Blythe, MD, MPH, declare of my personal knowledge as follows:

1.      I am currently employed by the Maryland Department of the Health (MDH) as the State Epidemiologist and Director of the Infectious Disease Epidemiology and Outbreak Response Bureau. I have held this position since 2015.

2.      As the State Epidemiologist and Director of the Infectious Disease Epidemiology and Outbreak Response Bureau, I am responsible for overseeing the MDH programs that monitor, identify and respond to Maryland infectious disease outbreaks and infectious disease cases requiring a public health response.

3.      Prior to this particular role, I served as a medical epidemiologist responding to infectious disease cases and outbreaks at MDH beginning in 2000, and before that, was a Centers for Disease Control and Prevention (CDC) Epidemic Intelligence Service (EIS) Officer assigned to MDH.

4.      I am submitting this declaration in support of the State's motion for a preliminary injunction.

5.      MDH's mission is to protect and advance the health and well-being of all Marylanders, through a high-quality health care system that produces the best possible health for all Marylanders.  MDH has four major divisions - Public Health Services, Behavioral Health, Developmental Disabilities, and Health Care Financing.  Most relevant here, the MDH Public Health Services Division oversees vital public services to Maryland residents including, but not limited to, infectious disease surveillance, prevention and outbreak response, environmental health, family health services, and emergency preparedness and response activities. The Infectious Disease Epidemiology and Outbreak Response Bureau is one of the five bureaus in the Public Health Services Division's Prevention and Health Promotion Administration.

6.      I understand that ICE has purchased the property at 16220 Wright Road, Williamsport, MD 21795 and intends to convert it into an immigration facility that could house, and/or temporarily detain for processing, up to 1,500 detained individuals at any given time.

7.      The purpose of this declaration is to describe the risk of infectious disease-related health impacts created by the operation of such congregate correctional settings.

8.      Congregate detention facilities are well documented as having higher risk for infectious disease outbreaks, as compared to non-congregate settings, including outbreaks of measles, mumps, tuberculosis, influenza, COVID-19, hepatitis A, hepatitis B, and multidrug-resistant organisms.[1]

9.      Factors that promote the transmission of infectious diseases in prisons, detention centers, and other correctional settings have been described in the public health literature.  *See id.*

10.      For instance, ICE detention centers specifically have been documented as "high-risk environments for infectious diseases" due to generally crowded living conditions, and limited access to preventative care, among other factors.  *See* Lo at 182.

11.      In addition to some of the conditions noted above which promote spread within a facility, incarcerated persons interact with staff, volunteers, and visitors, who can be infected within a facility and then transmit to family or other individuals outside of the facility, thereby resulting in community spread.  For some infections, such as measles, this could also result in the

---

[1] *See, e.g.,* Lauren J. Young, *Measles Outbreak Erupts in One of U.S.'s Largest ICE Detention Centers*, Scientific American (March 5, 2026), https://www.scientificamerican.com/article/measles-outbreak-erupts-in-one-of-u-s-s-largest-ice-detention-centers/; Ribhav Gupta, et. al., *Epidemiology of 3 Vaccine-Preventable Infectious Diseases Within US Immigration Detention Centers*, 8 JAMA Network Open (2025), https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2840395; Newton E. Kendig et. al., *Infection Prevention and Control in Correctional Settings*, 30 Emerging Infectious Diseases 88 (2024), https://wwwnc.cdc.gov/eid/article/30/13/23-0705_article; Jason R. Andrews, et. al., *Enduring Injustice: Infectious Disease Outbreaks in Carceral Settings*, 229 Journal of Infectious Diseases 307 (2023), https://pmc.ncbi.nlm.nih.gov/articles/PMC10873189/; Nathan C. Lo, et. al., *Influenza, Varicella, and Mumps Outbreaks in US Migrant Detention Centers*, 325 JAMA 180 (2020), https://pmc.ncbi.nlm.nih.gov/articles/PMC7596678/; Bianca Malcolm, *The Rise of Methicillin-Resistant Staphylococcus aureus in U.S. Correctional Populations*, 17 Journal of Correctional Health Care 254 (2011), https://pmc.ncbi.nlm.nih.gov/articles/PMC3116074/.

need for public health community contact tracing and potentially the need for quarantine of unvaccinated exposed individuals. *See supra note* 1.

12.     Publicly available information confirms that the increased risk factors noted above have resulted in disease outbreaks at other ICE detention facilities across the country.  For example, recent reporting revealed outbreaks of tuberculosis and COVID-19 in an El Paso ICE Facility, and measles outbreaks in ICE facilities in Texas and Arizona.[2]

13.     I understand that ICE's plans for this facility involve detention of individuals for short periods of time, purportedly three to seven days, due to this facility's designated status as a "processing center."  Assuming the accuracy of this estimate, the facility, if at capacity, would host and then transfer between 78,000 and 180,000 people per year.[3]  This is a large population to be moving into and out of a single detention facility.  The rapid ingress and egress of detained individuals, some of whom could be infectious with a range of pathogens, as well as the movement of staff in and out of the facility, contributes to the further increased risk of infectious disease outbreaks both at the facility and throughout the local community outside of the facility.

14.     Another infection that can occur in correctional and detention facilities is Legionnaires' disease. While not usually transmitted person to person, Legionnaires' disease is a form of pneumonia caused by inhaling fine aerosols of water contaminated with *Legionella* bacteria. Legionella bacteria can be found in low concentrations in most water systems; however

---

[2] *See* Young *supra note* 1; *Hatian Man Dies in US Immigration Custody Due to Untreated Toothache, Brother Says*, Le Monde with AP, (March 5, 2026), https://www.lemonde.fr/en/international/article/2026/03/05/haitian-man-dies-in-us-immigration-custody-due-to-untreated-toothache-brother-says_67511184.html; Katie Thomas, Jessica Silver-Greenberg and Melena Ryzik, *Sick Detainees Describe Poor Care at Facilities Run by ICE Contractor*, NY Times (February 14, 2026) https://www.nytimes.com/2026/02/14/business/ice-health-care-corecivic-immigrants-detention.html; Colleen Deguzman and Lomi Kriel, *Two Cases of Tuberculosis Detected at El Paso ICE Facility*, The Texas Tribune (February 7, 2026), https://www.texastribune.org/2026/02/07/ice-facility-el-paso-tuberculosis/.

[3] *See* Ex. I at 3.

in large buildings and facilities with more complex potable heated water systems, the concentration of bacteria can increase to levels more likely to cause infections. The bacteria can be aerosolized by a variety of devices including showers and faucets. Individuals inhaling those aerosols can become infected. Correctional facilities, including correction facilities in Washington County, Maryland have been documented as having Legionnaires' disease cases and water systems with demonstrable levels of *Legionella* bacteria.

15.    Because of the risk of Legionnaires' disease and other waterborne infections, CDC and the American Society of Heating, Refrigerating and Air-Conditioning Engineers (ASHRAE) Standard 188-2021 recommend that operators of all large buildings, especially those that house people, have a water management program and water management plan.[4]

16.    It is not known whether the facility at 16220 Wright Road in Williamsport has such a water management program or plan, and absent such a plan, the detention facility would pose a heightened risk of Legionnaires disease and other waterborne infections.

17.    In addition, the Maryland Department of the Environment has stated that current wastewater infrastructure at the facility is likely not sufficient to accommodate up to 1,500 individuals housed at the facility at any given time.  In the event of sewage backups occurring at the facility or in the local community, exposure to sewage containing stool would create a risk for enteric bacterial pathogens, such as E coli, Salmonella, and Campylobacter, or other infections transmitted by stool.

18.    Preventing infectious disease outbreaks in facilities like the one at issue here takes sustained and comprehensive planning, emphasizing the importance of detection, treatment,

---

[4] CDC, *Developing a Water Management Program to Reduce Legionella Growth & Spread in Buildings* (September 30, 2025), https://www.cdc.gov/control-legionella/media/pdfs/toolkit.pdf; ASHRAE, *Guidance to Help Minimize the Risk of Legionellosis* (2021), https://www.ashrae.org/technical-resources/bookstore/ansi-ashrae-standard-188-2021-legionellosis-risk-management-for-building-water-systems.

infection prevention and control practices, and continued access to high-quality medical care. It is also critical to have plans for preventing the spread of outbreaks that initiate within facilities like the one at issue, and spread to the local Maryland community and more broadly, as detainees are moved to other locations in the US.

19.    To the best of my understanding, ICE has not disclosed plans for any prevention and mitigation measures for this facility, such as medical screening at entry and exit, offering vaccinations, providing for epidemiological surveillance, training staff in infection control, and establishing communication channels with local health authorities, among other actions. Absent comprehensive infection control plans, the planned detention facility poses a further increased risk of infectious disease outbreaks to individuals in the facility and the local community.

20.    Given the facts and circumstances set forth above, the planned ICE facility poses a heightened risk of infectious disease outbreaks, especially without sufficient infection control plans and facility improvements, threatening the health and well-being of individuals in the facility and the surrounding community.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Baltimore on March 19, 2026.

_____
Dr. David Blythe
Maryland Department of Health
State Epidemiologist
Director, Infectious Disease Epidemiology and Outbreak Response Bureau