## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

|  |  |
|---|---|
| STATE OF MARYLAND,<br>        Plaintiff,<br><br>    v.<br><br>KRISTI NOEM, Secretary of Homeland<br>Security et al.,<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. 1:26-cv-733-BAH

## EXHIBIT INDEX

**Exhibit**                                                                                          **Page(s)**

**Ex. A:** *MDEnviroScreen Report, Census Tract ID 24043010803* (July 23, 2025). ........ 4, 5, 6, 13

**Ex. B:** *MDEnviroScreen Report, Census Tract ID 24043011700* (July 23, 2025). .................... 6

**Ex. C:** *MDEnviroScreen Report, Census Tract ID 24043010402* (July 23, 2025). .................... 6

**Ex. D:** *MDEnviroScreen Report, Census Tract ID 24043001002* (July 23, 2025). .................... 6

**Ex. E:** *MDEnviroScreen Report, Census Tract ID 24043010802* (July 23, 2025). ...............6, 13

**Ex. F:** Declaration of Kate Sugarman, MD (Mar. 25, 2026). ......................................... 12, 13

**Ex. G:** EPA, *2024 Toxics Release Inventory Factsheet for Washington County, MD* (Nov. 2025). ................................................................................................................... 5

**Ex. H:** David L. Stayer, *What are freshwater mussels worth?*, 20 Freshwater Mollusk Biology & Conservation 103–13 (2017).............................................................................. 10