# Exhibit C

# MDEnviroScreen Report

Census Tract ID: 24043010402

County: Washington



## MDEnviroScreen Summary

**EJ Score: 81.1**

**Overburdened Community: Yes**

**Underserved Community: Yes**

## MDEnviroScreen EJ Score Indicators

### Pollution Burden Exposure

| Indicator | Percentile |
|---|---|
| PM 2.5 | 98.9 |
| Ozone | 6.2 |
| Diesel PM | 42.2 |
| Cancer Risk | 9.5 |
| Respiratory Hazard | 32.4 |
| Traffic | 31.5 |
| Toxic Release | 98.4 |
| Hazardous Landfill | 0 |

### Pollution Environmental Effect

| Indicator | Percentile |
|---|---|
| Lead Paint | 35.7 |
| RMP Facility | 81.5 |
| Superfund | 64.6 |
| Hazardous Waste | 36.2 |
| Wastewater | 52.2 |
| Brownfield | 76.1 |
| Power Plant | 0 |
| CAFO | 86.2 |
| Mining | 95.1 |

### Sensitive Population

| Indicator | Percentile |
|---|---|
| Low Birth Weight | 47 |
| Asthma Discharge | 37.9 |
| Myocardial Infarction | 70.3 |
| Lack of Broadband | 74.8 |
| Low Income* | 76.1 |

*Low Income is included in Underserved but grouped into Sensitive Population for EJ Score Calculation

*The MDEnviroScreen EJ score represents a combined measure of pollution and the potential vulnerability of a population to the effects of pollution. The EJ score in MDEnviroScreen does not include data from every available map layer. For example, it does not include race/ethnicity or age, however, MDE has made that information available for informational purposes only. Collecting and displaying this data allows users to evaluate the relationships between demographics and pollution burden, and can be used to better understand issues related to environmental justice and racial equity in Maryland. MDE cautions users against using the "Underserved" map layer, or its subcategories, in any manner that would be considered discriminatory under applicable law.

Date Exported: 7/23/2025