# Exhibit G

Case 1:26-cv-00733-BAH    Document 16-9    Filed 03/26/26    Page 2 of 4



**TRI Explorer**

**2024 TRI Factsheet: County – Washington, MD**

**Data Source: 2024 Dataset (released November 2025)**

| Go To New Report |
| Print View |
| Español |

The Toxics Release Inventory (TRI) tracks the management of certain toxic chemicals that may pose a threat to human health and the environment. Certain industrial facilities in the U.S. must report annually how much of each chemical is recycled, combusted for energy recovery, treated for destruction, and disposed of or otherwise released on- and off-site. This information is collectively referred to as production-related waste managed.

**Map of TRI Facilities in Washington County, MD**

**Quick Facts for 2024**

| | Washington County, MD | United States |
|---|---|---|
| **Number of TRI Facilities:** | 13 | 21,482 |
| **Total Production-Related Waste Managed:** | 6.0 million lbs | 41.1 billion lbs |
| **Total On-site and Off-site Disposal or Other Releases:** | 234.6 thousand lbs | 3.2 billion lbs |
| Total On-site: | 153.7 thousand lbs | 2.8 billion lbs |
| • Air: | 153.7 thousand lbs | 530.3 million lbs |
| • Water: | 0 lbs | 188.6 million lbs |
| • Land: | 0 lbs | 2.1 billion lbs |
| Total Off-Site: | 80.9 thousand lbs | 448.2 million lbs |

**Maryland** ranks **44 out of 56** states/territories nationwide based on total releases
per square mile (Rank 1 = highest releases)

Looking at production-related waste managed over time helps track progress in reducing waste generated and moving toward safer waste management methods. EPA encourages facilities to first eliminate waste at its source (source reduction). For waste that is generated, the preferred management method is recycling, followed by energy recovery, treatment, and as a last resort, disposing of or otherwise releasing the waste. Under the Pollution Prevention Act of 1990, TRI collects information to track industry progress in reducing waste generation and moving towards safer waste management alternatives. Learn more about Pollution Prevention and TRI.

Case 1:26-cv-00733-BAH    Document 16-9    Filed 03/26/26    Page 3 of 4



**The Waste Management Hierarchy**

**Production-Related Waste Managed**
**Washington County, MD, 2015 - 2024**

**Source Reduction:** Viewing facilities by county is unavailable.

The following charts represent releases of TRI-covered chemicals to the environment in Washington County, MD. A "release" of a chemical means that it is emitted to the air or water, placed in some type of land disposal, or transferred off-site for disposal or release.



**Total Releases**
**Washington County, MD, 2015 - 2024**

**Total Releases**
**Washington County, MD, 2024**
**234.6 thousand pounds**

Land: 0%
Water: 0%
Air: 66%
Off-site Disposal or Other Releases



**Top Five Facilities by Total Releases**
**Washington County, MD, 2024**

XERXES CORP
(Industry Sector 326 - Plastics and Rubber)

RUST-OLEUM CORP IN MD
(Industry Sector 325 - Chemicals)

ENGINEERED POLYMER SOLUTIONS INC.
(Industry Sector 325 - Chemicals)

MACK TRUCKS INC
(Industry Sector 336 - Transportation Equipment)

HOLCIM(US) INC.
(Industry Sector 327 - Nonmetallic Mineral Product)

Case 1:26-cv-00733-BAH    Document 16-9    Filed 03/26/26    Page 4 of 4

**Top Five Chemicals Released to Air and Water**

**Washington County, MD, 2024**

**AIR**
**153.7 thousand pounds**



- **Styrene**: 77%
- **Methyl methacrylate:** 8%
- **Ammonia:** 5%
- **Methanol:** 5%
- **Xylene (mixed isomers):** 3%
- **Other:** 3%

No Releases to Water
Reported

**Note: **=Carcinogenic Chemical**

Note: Trend graphs were created using the 2001 core chemicals/industries list.

- Download basic TRI data file

- Download the TRI Geo-Specific Tables (Comma-Separated Value files)