**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND,

     *Plaintiff*,

v.

KRISTI NOEM, *et al.*,

     *Defendants*.

Case No. 1:26-cv-733-BAH

**MOTION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE HAGERSTOWN CITY COUNCIL MEMBERS CAROLINE ANDERSON, ERIKA BELL, AND TIARA BURNETT, WASHINGTON COUNTY STATE DELEGATE MATT SCHINDLER, HAGERSTOWN RAPID RESPONSE, HAGERSTOWN AREA RELIGIOUS COUNCIL, WASHINGTON COUNTY BRANCH OF THE NAACP, AMICA CENTER FOR IMMIGRANT RIGHTS, AND ACLU OF MARYLAND IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to Local Rule 105.12(b), Movants Hagerstown City Council Members Caroline Anderson, Erika Bell, and Tiara Burnett, Washington County State Delegate Matt Schindler, Hagerstown Rapid Response, Hagerstown Area Religious Council ("HARC"), the Washington County Branch of the NAACP, Amica Center for Immigrant Rights ("Amica Center"), and American Civil Liberties Union of Maryland ("ACLU of Maryland") (collectively, "Movants") move for leave to file a brief as *amici curiae*, in support of Plaintiff's motion for preliminary injunction. In support of this motion, Movants state as follows:

1.     Hagerstown City Councilmember Caroline Anderson was elected to the City Council in 2024. In her official capacity, she serves on the Washington County Economic Development Commission, the Police and Fire Retirement Committee, and the Washington County Diversity Equity and Inclusion Committee. Councilmember Anderson is also a local

business owner and volunteers at her children's schools and with local community organizations. She is deeply invested in ensuring that her community thrives.

2.    Hagerstown City Councilmember Erika Bell was elected to the City Council in 2024. Hagerstown is her birthplace and lifelong home. She serves on the board of the Washington County Department of Social Services and the Hagerstown Economic Development Board. As a small business owner, Councilmember Bell is deeply invested in initiatives that promote equity, economic empowerment, and the betterment of Hagerstown's diverse communities.

3.    Hagerstown City Councilmember Tiara Burnett is serving her second term on the Hagerstown City Council. A lifelong city resident, Councilmember Burnett is actively involved in the community she calls home and passionate about community involvement to make visible improvements in the region. She serves as the Council representative for Hagerstown's Community Rescue Service, which provides local emergency services. Councilmember Burnett also represents the Council on the Washington County Diversity, Equity, and Inclusion Committee.

4.    Maryland State Delegate Matthew J. Schindler is the representative for Maryland District 2B in Washington County in the Maryland House of Delegates. He also serves on Washington County's Local Management Board. In addition to his service on the Local Government & Bi-county Agencies Subcommittee, Delegate Schindler formerly served as a Hagerstown City Council member from 2023-24 and has previously served on the City of Hagerstown Police and Fire Board of Trustees. He is a Hagerstown native whose community engagement predates his formal civil service.

5.    Hagerstown Rapid Response is a Washington-County based community group of nearly 500 members concerned about the proposed ICE facility in Washington County and the

2

future of the community. Its members include a broad base of area residents from all walks of life, including members whose families have lived in the region for generations and newcomers who have chosen to call the region home.

6.      The Washington County Branch of the NAACP is the local branch of the NAACP, with members throughout Washington County. The NAACP is a national non-profit and grassroots organization undertaking activism for civil rights and social justice concerns of Black Americans. The local Washington County Branch of the NAACP is made up of citizens from Washington County who are concerned for civil rights and social justice in their community.

7.      The Hagerstown Area Religious Council is a coalition of faith community partners in Washington County, Maryland. Formally registered as Washington County Council of Churches, HARC has been active in the community since 1946 and has been recognized as a 501(c)(3) non-profit organization since 2001. Under the leadership of its board, HARC's members and partner congregations offer services and programming to the Washington County community which sustain and support vulnerable families. While HARC's partner congregations can differ greatly on theology, all agree on the strength of working together to build a better community, help those in need, and support one another.

8.      The ACLU of Maryland is a nonprofit, nonpartisan organization and state affiliate of the national ACLU, dedicated to protecting the civil rights and civil liberties of residents of the State of Maryland. The ACLU of Maryland has members across the state, including in the local region. The ACLU of Maryland has extensive expertise regarding the community impacts of incarceration, immigration enforcement practices, and how immigration detention facilities implicate public health, safety, sanitation, and environmental systems due to the scale of confinement.

3

9.      Amica Center has decades of experience in representing detained immigrants in Maryland and beyond. Through direct representation, legal orientation programs, and litigation, Amica Center has developed extensive expertise regarding: the conditions of immigration detention; barriers to access to legal counsel; impacts of detention on individuals, families, and communities; health risks in detention; and the cascading effects of immigration detention on families and communities. Amica Center's unique perspective on the consequences of detention infrastructure can help courts evaluating environmental impacts understand how detention facilities operate in practice and how conditions affect human health and safety.

10.     Collectively, the Movants provide a local and practical perspective of the impacts of the detention center at issue in this litigation. The perspectives of local community organizations can shed significant light on the Court's balancing of the equities and consideration of whether the issuance of an injunction is in the public interest. The State of Maryland references a comment sent to DHS by the Movants here in its brief in support of preliminary injunction. (ECF 15-1, pp. 18, 39; ECF 15-14.)

11.     Movant's *amici curiae* brief supports the motion for preliminary injunction filed by Plaintiff State of Maryland. (ECF 15.)

12.     Plaintiff State of Maryland concurs in the filing of this motion. Defendants take no position.

13.     No party's counsel authored the accompanying brief in whole or in part.

14.     No party or its counsel contributed money to fund the preparation and/or submission of the brief.

*[signature page to follow]*

Date: March 26, 2026

Respectfully submitted,

/s/ *Sean G. Cooley*                     -
Mark A. Simanowith (# 28654)
Sean G. Cooley (# 31402)
Saul Ewing LLP
1001 Fleet Street, 9th Floor
Baltimore, MD 21202
(410) 332-8848
(410) 332-8749
mark.simanowith@saul.com
sean.cooley@saul.com

Stephanie L. Hartman (*pro hac vice* pending)
Saul Ewing LLP
2 N. 2nd Street, Suite 700
Harrisburg, PA 17101
(717) 257-7523
stephanie.hartman@saul.com


Sonia Kumar (# 07196)
Gina Elleby (# 32059)
Deborah Jeon (# 06905)
ACLU of Maryland
3600 Clipper Mill Road, Suite 200
Baltimore, MD 21211
(667) 219-2602
kumar@aclu-md.org

Adina Appelbaum (# 32089)
Amica Center for Immigrant Rights
1025 Connecticut Avenue NW, Suite 701
Washington, D.C. 20036
(202) 899-1412
adina@amicacenter.org


*Attorneys for Movants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2026 a copy of the foregoing Motion for Leave to File and Brief of *Amici Curiae* and proposed order were served on all parties of record through the Court's electronic filing system.

*Sean G. Cooley*
Sean G. Cooley
