IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

STATE OF MARYLAND,

    *Plaintiff*,

v.

KRISTI NOEM, *et al.*,

    *Defendants*.

Case No. 1:26-cv-733-BAH

## APPENDIX

**Hagerstown City Councilmember Caroline Anderson** was elected to the City Council in 2024. In her official capacity, she serves on the Washington County Economic Development Commission, the Police and Fire Retirement Committee, and the Washington County Diversity Equity and Inclusion Committee. Councilmember Anderson is also a local business owner and volunteers at her children's schools and with local community organizations. She is deeply invested in ensuring that her community thrives.

**Hagerstown City Councilmember Erika Bell** was elected to the City Council in 2024. Hagerstown is her birthplace and lifelong home. She serves on the board of the Washington County Department of Social Services and the Hagerstown Economic Development Board. As a small business owner, Councilmember Bell is deeply invested in initiatives that promote equity, economic empowerment, and the betterment of Hagerstown's diverse communities.

**Hagerstown City Councilmember Tiara Burnett** is serving her second term on the Hagerstown City Council. A lifelong city resident, Councilmember Burnett is actively involved in the community she calls home and passionate about community involvement to make visible improvements in the region. She serves as the Council representative for Hagerstown's Community Rescue Service, which provides local emergency services. Councilmember Burnett also represents the Council on the Washington County Diversity, Equity, and Inclusion Committee.

**Maryland State Delegate Matthew J. Schindler** is the representative for Maryland District 2B in Washington County in the Maryland House of Delegates. He also serves on Washington County's Local Management Board. In addition to his service on the Local Government & Bi-county Agencies Subcommittee, Delegate Schindler formerly served as a Hagerstown City Council member from 2023-24 and has previously served on the City of Hagerstown Police and Fire Board of Trustees. He is a Hagerstown native whose community engagement predates his formal civil service.

57591425.1

**Hagerstown Rapid Response** is a Washington-County based community group of nearly 500 members concerned about the proposed ICE facility in Washington County and the future of the community. Its members include a broad base of area residents from all walks of life, including members whose families have lived in the region for generations and newcomers who have chosen to call the region home.

The **Washington County Branch of the NAACP** is the local branch of the NAACP, with members throughout Washington County. The NAACP is a national non-profit and grassroots organization undertaking activism for civil rights and social justice concerns of Black Americans. The local Washington County Branch of the NAACP is made up of citizens from Washington County who are concerned for civil rights and social justice in their community.

The **Hagerstown Area Religious Council** ("HARC") is a coalition of faith community partners in Washington County, Maryland. Formally registered as Washington County Council of Churches, HARC has been active in the community since 1946 and has been recognized as a 501(c)(3) non-profit organization since 2001. Under the leadership of its board, HARC's members and partner congregations offer services and programming to the Washington County community which sustain and support vulnerable families. While HARC's partner congregations can differ greatly on theology, all agree on the strength of working together to build a better community, help those in need, and support one another.

The **ACLU of Maryland** is a nonprofit, nonpartisan organization and state affiliate of the national ACLU, dedicated to protecting the civil rights and civil liberties of residents of the State of Maryland. The ACLU of Maryland has members across the state, including in the local region. The ACLU of Maryland has extensive expertise regarding the community impacts of incarceration, immigration enforcement practices, and how immigration detention facilities implicate public health, safety, sanitation, and environmental systems due to the scale of confinement.

**Amica Center for Immigrant Rights** ("Amica Center") has decades of experience in representing detained immigrants in Maryland and beyond. Through direct representation, legal orientation programs, and litigation, Amica Center has developed extensive expertise regarding: the conditions of immigration detention; barriers to access to legal counsel; impacts of detention on individuals, families, and communities; health risks in detention; and the cascading effects of immigration detention on families and communities. Amica Center's unique perspective on the consequences of detention infrastructure can help courts evaluating environmental impacts understand how detention facilities operate in practice and how conditions affect human health and safety.