# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | Case No. 1:26-cv-733-BAH |
| *Plaintiff,* | |
| v. | DECLARATION OF KATHY POWDERLY IN SUPPORT OF BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |
| KRISTI NOEM, *et al.,* | |
| *Defendants.* | |

**DECLARATION OF KATHY POWDERLY**
**IN SUPPORT OF BRIEF OF AMICI CURIAE IN SUPPORT OF PLAINTIFF'S**
**MOTION FOR PRELIMINARY INJUNCTION**

I, Kathy Powderly, declare under penalty of perjury, pursuant to 28 U.S.C. §1746, that:

1.      I am currently executive director of the Hagerstown Area Religious Council (HARC) based in Washington County, Maryland. I have served in this role, cumulatively, for 12 years. I have served this local community for over 20 years. I am fully and personally familiar with the acts stated herein. I make this declaration in support of the Brief of Amici Curiae in Support of Plaintiff's Motion for Preliminary Injunction.

2.      The Washington County Council of Churches dba Hagerstown Area Religious Council (HARC) is a nonprofit based in the Washington County, Maryland – including Williamsport and its surrounding community – which aims to embody mercy, justice and love as diverse faith partners. The Council consists of a board and members whose leaders reach across religious and political difference to offer services such as food and educational enrichment for children, child poverty alleviation efforts, resettlement assistance for refugees, programs and events to promote dialogue and understanding among different faith groups, and a variety of information and resources for community members since 2001.

3.      Despite our differences of religious and political belief, the HARC Board is unified in our opposition the conversion of the warehouse site into a proposed detention facility for immigration enforcement, especially given public reporting about DHS's treatment of our foreign-born neighbors. The treatment and detention of immigrants we have seen violates our most sacred teachings.

4.      We have grave concerns that our immigrant neighbors will not be treated fairly or with dignity, and people detained at the proposed facility will suffer mentally and physically while our surrounding communities may lose access to overwhelmed health and emergency services.

5.      Through our programs and services to communities which include immigrants, we are aware of real stories of actual people who have been harmed by these enforcement and detention practices.

6.      The mass incarceration of people – most of whom pose no threat to our community or country – is fundamentally inhumane and will cause trauma through fear and family separation, create and worsen health problems, and threaten the financial, housing, and food security of local families.

7.      Beyond our concern about the harms to our community, HARC's own capacity has already been exhausted in serving the material and spiritual needs of families in Washington County, and we fear this proposed facility will significantly outstrip our ability to continue our support.

8.      We expect we will be called to support targeted families and neighbors further through mutual aid and legal networks, which would be a substantial cost to our time and resources. Providing these additional services would require HARC to reallocate time and resources that would otherwise be spent tackling poverty, children's education and well-being, and other important community needs.

9.      We see current enforcement activity and detention as a serious threat to the dignity and safety of our whole community but especially the targeted families. In fact, the threat is so serious that we have taken the uncommon step to publicly and vocally oppose plans for the proposed facility.

10.     However, HARC has struggled to find a clear way to present these objections to government decision-makers and to the community outside our immediate connections because of the secrecy shrouding these plans.

For these reasons, I declare my support of the Brief of Amici Curiae in Support of Plaintiff's Motion for Preliminary Injunction.

Sincerely,

Kathy Powderly
HARC Executive Director
301-842-4272
kathy@harccoalitionl.org
https://harccoalition.org

