# Exhibit 1
# Record of Environmental Consideration

 **Environmental Planning and Historic Preservation Decision Support System**

## Hagerstown, MD Property Acquisition - Project Approved

### Status

- In Preparation (01/15/2026)
- Environmental Review (01/15/2026)
- Senior Environmental Review (01/15/2026)
- Proponent Review (01/15/2026)
- Project Approved (01/15/2026)

### Project Information

#### General

**Name:** Hagerstown, MD Property Acquisition

**DSS ID:** DSS-ICE-2026-24383

**Security:** Unclassified

**Description:** The Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) proposes to acquire and retrofit an existing facility located within an established industrial area in Washington County, MD on approx. 53.74 acres of land, surrounded by wooded areas, and commercial and residential development. The facility will utilize existing infrastructure, including water, sanitary sewer, stormwater management, and transportation access and is designed to accommodate up to 542 detainees and spans a total area of 830,397 sq ft. Housing configurations include 448 typical dormitory pods, 32 ADA-compliant dormitory pods, and 62 pods designated for behavioral and special housing needs. The facility will include 4 separate secure recreation yards, a visitor waiting area, 2 cafeterias, one kitchen and food preparation area, 3 multi-purpose rooms, a health services room, and laundry facilities. Staff amenities include a training room, gun range, and office space to support operational and administrative functions. Proposed improvements include installation of perimeter security fencing; installation of a modular security checkpoint structure (approx 150 sq ft) located entirely within an existing paved area; construction of 6 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras; replacement of the existing emergency generator with a larger capacity unit (approx. 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; and sanitary sewer connection improvements, if required by final engineering review. No off site sewer upgrades or new connections are anticipated. All construction activity is temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, off site construction, or capacity related improvements are included in the Project.

**Funded through IRA?:** No

**Funded through the IIJA?:** No

Printed On 3/10/2026 2:49:40 PM

**Critical Infrastructure?:** No
**Adopting Another Agency CATEX, or CATEX Determination?:** No
**Project Types:**

· Real Estate Activities - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property. (CATEX C1)

· Repair & Maintenance Activities - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property. (CATEX D1)

· Construction, Installation, and Demolition Activities - New construction upon or improvement of land where all of the following conditions are met. (CATEX *E2)

**Mitigation Required?:** No
**Tiering - PEA/PEIS?:** No
**Adopting EA/EIS?:** No
**Requires EA/EIS?:** No
**Project Priority:** Normal
**Federal Assistance:** No
**Estimated Project Cost:**  (not entered)

## Component

**Component:** ICE - U.S. Immigration and Customs Enforcement
**Region/Area/Unit:** GSA Region 3: Mid Atlantic

## Dates

**FY Funding:** 2026
**Proposed Project Start:** 01/19/2026
**Proposed Project End:** On-going
**Review Start:** 01/15/2026

## Project Location

- Site Specific: 10900 Hopewell Road, Hagerstown, Maryland, 21740

## Team

- Document Preparer, Amber Carter, amber.m.carter@associates.ice.dhs.gov
- Collaborator-Document Preparation, Alexis Price, alexis.t.price@associates.ice.dhs.gov
- Environmental Reviewer, Sarah Larkin, sarah.larkin@hq.dhs.gov
- Senior Environmental Reviewer, Jennifer Hass, jennifer.hass@hq.dhs.gov
- Proponent, Keith Ingalsbe, james.k.ingalsbe@ice.dhs.gov

## Categorical Exclusions

Printed On 3/10/2026 2:49:40 PM

- C1 - Acquisition of an interest in real property that is not within or adjacent to environmentally sensitive areas, including interests less than a fee simple, by purchase, lease, assignment, easement, condemnation, or donation, which does not result in a change in the functional use of the property.
- D1 - Minor renovations and additions to buildings, roads, airfields, grounds, equipment, and other facilities that do not result in a change in the functional use of the real property (e.g. realigning interior spaces of an existing building, adding a small storage shed to an existing building, retrofitting for energy conservation, or installing a small antenna on an already existing antenna tower that does not cause the total height to exceed 200 feet and where the FCC would not require an EA or EIS for the installation).
- E2* - New construction upon or improvement of land where all of the following conditions are met:
(a) The structure and proposed use are compatible with applicable Federal, tribal, state, and local planning and zoning standards and consistent with federally-approved state coastal management programs,
(b) The site is in a developed area and/or a previously-disturbed site,
(c) The proposed use will not substantially increase the number of motor vehicles at the facility or in the area,
(d) The site and scale of construction or improvement are consistent with those of existing, adjacent, or nearby buildings, and,
(e) The construction or improvement will not result in uses that exceed existing support infrastructure capacities (roads, sewer, water, parking, etc.).

## Required Conditions

1. Because all elements of the proposed action would occur within a building and on pre disturbed land that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

2. According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 4 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the proposed endangered Tri-colored Bat, endangered Virginia big-eared Bat, proposed threatened Monarch Butterfly, and the proposed threatened Green Floater. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building/pre disturbed land, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has

determined that the Proposed Action will have no effect on listed species or birds. Because the Proposed Action would occur entirely on land, there would be no effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act. Consultation with the USFWS under Section 7 of the ESA is not required.

3. Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

4. This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

## Decision Documents

- Record of Environmental Consideration (REC), 15.00kB

## Attachments

- Delaware Nation OK Section 106 Consultation Letter.pdf, 3.41MB
- Hagerstown_IPaC_ Explore Location resources.pdf, 426.74kB
- ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf, 3.41MB
- ICE New Baltimore Processing Center Hagerstown MD - Washinton Co Hist District Comm.pdf, 3.41MB
- ICE New Baltimore Processing Center Hagerstown MD- Hagerstown Planning Department.pdf, 3.41MB
- ICE New Baltimore Processing Center Hagerstown MD- Maryland Historical Trust SHPO.pdf, 3.41MB
- ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf, 3.41MB
- ICE Real Property Acquisitions.pdf, 277.64kB
- MMC_RE_NEPA_ER_APPENDICES_V1-10900_HOPEWELL_RD_HAGERSTOWN_MD.pdf, 14.81MB
- Seneca-Cayuga Nation Section 106 Consultation Letter.pdf, 3.41MB

## Comments

- Gabrielle Fernandez, ICE proposes to acquire and retrofit an existing industrial facility located at 10900 Hopewell Road, Hagerstown, Maryland, to serve as a Detention Processing Center. The

825,620 sq ft facility will be designed to accommodate 500 to 1,000 detainees, with scalability to accommodate up to 2,000 individuals, within housing areas that will include standard dormitory pods, ADA-compliant pods, and behavioral and special housing units. The Project would not increase the facility's design capacity, operational population, or building footprint and consists of security, operational, and infrastructure improvements located entirely within previously developed and disturbed areas. No new expansion areas, offsite improvements, or new utility corridors are proposed. The Project does not introduce new land use types, new impervious surfaces beyond courts installed on existing asphalt, or changes to site drainage or topography. Proposed improvements will include installation of upgraded perimeter security fencing, replacing or augmenting existing fencing; construction of a small modular security checkpoint structure (approx 150 sq ft); construction of 6 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras mounted on the building façade or within existing paved areas to support operational monitoring; installation of an emergency generator with a large capacity unit (approx 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; and sanitary sewer connection improvements, if required by final engineering review. All construction activity is temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, off site construction, or capacity related improvements are included in the Project. (02/06/2026 11:31:07)

- Sarah Larkin, The proposed action is not expected to result in impacts to mapped wetland features. Supporting documentation is provided in Section 3.3.6 of this Environmental Report. No National Wetland Inventory (NWI)-mapped features intersect the Project site (Appendix A, Figure 3). (01/15/2026 04:28:54)

- Sarah Larkin, "No. The Proposed Action is located within a previously developed area, and minimal disturbance for construction is planned outside of the existing facility footprint and paved areas. Areas with special designation or recognition were reviewed for applicability to the Project, as detailed in Section 3.3 of the Environmental Report (ER). The findings are summarized below:

State and National Forests (Section 3.3.4): No state or national forest lands are located within or adjacent to the Project site and will, therefore, not be imapcted by the Project.
Historic or Culturally Significant Sites (Section 3.3.5): Tribal consultation will be conducted with two tribes identified as having ancestral interest in the area, including the Delaware Nation, Oklahoma and the Seneca-Cayuga Nation. A review of the Maryland Historical Trust's (MHT's) MEDUSA (Maryland's Cultural Resources Information System) database indicates that no archaeological resources or historic architectural resources are present within the Project site. ICE has determined that the undertaking will result in a finding of No Historic Properties Affected, as detailed in Section 3.3.5 of the ER.
Wetlands (Section 3.3.6): The subject property does not contain wetlands based on information

obtained from the United States Fish and Wildlife Service's online National Wetlands Inventory mapper. Therefore, no impacts to wetlands are anticipated.

Floodplains (Section 3.3.7): The majority of the parcel is located outside the 100-year floodplain, within minimal flood hazard (Zone X unshaded). An approximately 1.3acre area surrounding the artificial stormwater detention basins in the southwestern portion of the parcel lies within the 0.2percentannualchance floodplain, which FEMA classifies as a moderate floodrisk area.  Though partially located in the floodplain, there is no work proposed in the floodzone, and the proposed facility modifications will cause no functional changes to existing floodplain conditions at the Project site.

Critical Habitat for Designated Threatened or Endangered Species (Section 3.3.8): The IPaC review confirms that the Project site does not overlap with any designated critical habitat for federally listed species. All proposed exterior facility modifications will occur within previously disturbed areas. The proposed fence line would be installed in the unpaved ground immediately adjacent to the existing asphalt parking lot, and neither the parking lot nor the adjacent disturbed ground provides suitable habitat for the listed species. On-site vegetation is limited to routinely mowed turf and sparse landscaping in areas not occupied by buildings, walkways, or pavement, providing no substantial pollinator habitat. Surrounding properties to the east, south, and west include moderately sized stands of forest cover, as part of the larger fragmented landscape with minor to medium-sized forests that would be suitable, but not critical, summer roosting habitat or distribution corridors for more generalist bat species. Additionally, the Project site contains no wetlands or streams that would provide suitable habitat for the green floater. Based on this information, ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats. Additional consultation under Section 7 of the Endangered Species Act with USFWS is not required.

Wellhead Protection Areas (Section 3.3.12): No changes to groundwater resources or wellhead protection areas are anticipated. Ground disturbance will be limited to minor excavation and surface preparation for facility improvements, and no impacts to groundwater or wellhead protection areas are expected.

The Proposed Action is not expected to result in significant effects to environmentally sensitive areas, as detailed in Section 3.3 of the ER." (01/15/2026 04:28:32)

- Sarah Larkin, The Magnuson-Stevens Fishery Conservation and Management Act (MSA) does not apply to the Proposed Action. No essential fish habitat (EFH) is present in the project area, and the Proposed Action will not involve any in-water work or activities that could affect marine or estuarine environments. Therefore, no EFH consultation is required. (01/15/2026 04:28:20)
- Sarah Larkin, The Marine Mammal Protection Act (MMPA) does not apply to the Proposed Action because the project activities will occur entirely on land within an existing facility and previously disturbed areas. No marine environments or marine mammals are present in the project area, and no

activities associated with the Proposed Action would result in the harassment, harm, or take of marine mammals. Therefore, there would be no effect on marine environments or marine mammals and MMPA authorization or consultation is not required. (01/15/2026 04:27:59)

- Sarah Larkin, No, the Proposed Action is not expected to result in a significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act.

A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on December 15, 2025, to identify potential impacts to federally protected species and critical habitats within the Project site. The results, summarized in Section 3.3.8 of the ER, indicate that the Project site does not overlap with designated critical habitat for any federally listed species.

The IPaC tool identified several species with potential ranges that include the Project site, including the tri-colored bat (Perimyotis subflavus), Virginia big-eared bat (Corynorhinus townsendii virginianus), monarch butterfly (Danaus plexippus), and green floater (Lasmigona subviridis). As described in Section 3.3.8 of the ER, the Project site is largely developed land associated with the existing warehouse structure and parking lot. Remaining vegetation is limited to maintained lawns. These conditions do not provide suitable habitat for the identified species, and no indirect impacts to these species or their habitats of adjacent areas are anticipated. Tree clearing is not anticipated for the project and therefore would result in no effects to listed bat species. The green floater requires riverine habitats, which are not present within the areas of development within the Project site. The monarch butterfly is not expected to be impacted due to the absence of suitable habitat within the Project site.

The proposed modifications to the facility, including perimeter fencing, recreation yards, lighting, and generator replacement, will occur primarily within previously disturbed areas and will not result in significant impacts to wildlife or habitats. The Project site does not contain marine environments or habitats protected under the Marine Mammal Protection Act or Magnuson-Stevens Fishery Conservation and Management Act.  Additionally, no migratory bird nesting areas or bald or golden eagle habitats have been identified within the Project site.

Based on the above considerations, as detailed in Section 3.3.8 of the ER, the Proposed Action would have no effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act. (01/15/2026 04:27:40)

# EPHP Review

## Environmental Resources

- Is the Proposed Action a piece of a larger action or connected to another action? -- No
  Please explain how you came to this determination. : No, the proposed action is not part of a larger action.

- Will the Proposed Action have a potentially significant effect on public health or safety? Areas to consider include, but are not limited to: air quality; noise impacts; hazardous wastes and/or contamination; wastewater; potable water; and changes in modes or safety of transportation. -- No
  Explain how the proposed action would not have a potentially significant effect on public health or safety. : No. The Proposed Action will not have a potentially significant effect on public health or safety. The facility is located in a wooded, primarily commercial and residential area (see Section 3.1 Overview of Project Setting and Appendix A - Figure 1), and the planned renovations and operations will comply with all applicable federal, state, and local regulations governing air quality, noise, hazardous materials, wastewater, potable water, and transportation safety.

  Air quality impacts are expected to be minor and localized, limited to short-term emissions from construction activities and the operation of a backup generator during emergencies. The generator will meet EPA Emergency Stationary Use Tier 2 emission standards, ensuring compliance with the Clean Air Act and minimizing air quality impacts (see Section 3.4 Air Emission Sources).

  Noise impacts will be limited to occasional generator testing and outdoor recreation activities, which will be confined to designated areas within the secure perimeter. Based on surrounding land use, which mainly comprises commercial and industrial warehouse distribution facilities, there are no sensitive receptors in the vicinity of the Project site. It is expected that the sound levels associated with the Project will be imperceptible compared to existing sound levels at the property line and at nearby land uses. No significant noise impact will occur. Some residential areas are near the Project site, but traffic and noise levels are not expected to rise above those of usual residential traffic levels.

  Wastewater and potable water systems are already in place and designed to accommodate industrial-scale use. The existing facility is currently served by a 6-inch sanitary sewer lateral discharging from the building to the municipal sewer system. Preliminary engineering reviews indicate that the existing sanitary sewer lateral is sufficient to handle projected wastewater flows associated with the Project, however the Project may require upsizing or modification of the existing sanitary sewer lateral and/or point of connection to accommodate projected facility wastewater flows. All required utility approvals, permits, and connection authorizations would be obtained to confirm the system's ability to accommodate anticipated flows. Final confirmation of capacity and compliance would be

completed through coordination with the local municipal sewer authority and would be subject to detailed engineering design and permitting.

Prior to construction, available conveyance and treatment capacity would be formally verified with the municipality; however, based on preliminary engineering review and existing service conditions, the need for additional off-site capacity improvements or municipal system upgrades is considered unlikely. No immediate need for off-site sewer upgrades has been identified at this time. Any sewer improvements would be designed and implemented in coordination with the local municipal sewer authority and would occur within existing utility easements, right-of-way, or previously disturbed areas. Ground disturbance associated with sewer improvements would be temporary, localized, and linear in nature, consisting primarily of trenching for pipe replacement or connection upgrades. Installation activities are not expected to result in changes to land use, long-term drainage patterns, or water quality. Upon completion of construction, all disturbed areas would be backfilled and restored to pre-construction conditions. Accordingly, potential impacts to soils, utilities, and water resources would be short term and minor (see Section 2.5.6 Utilities).

Based on the updated Phase 1 ESA and Existing Conditions Report, there are no known hazardous waste and contamination risks associated with the proposed project. All construction activities will adhere to best management practices (BMPs) to prevent spills, contamination, or runoff.

Transportation safety will not be significantly affected, as the facility is located near major transportation corridors, including state highway MD-63, Interstate-81, and I-70. The facility's operations are not expected to result in significant changes to traffic patterns or modes of transportation.

Based on the above considerations, the Proposed Action will have no significant effect on public health or safety.

- Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act?  -- No
  Attachments:  FWS, NMFS, or Wildlife Agency Consultation: Hagerstown IPaC.pdf (Hagerstown_IPaC_ Explore Location resources.pdf, 426.74kB)
  Comments:
  Sarah Larkin, No, the Proposed Action is not expected to result in a significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act.

Printed On 3/10/2026 2:49:40 PM

A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) tool was conducted on December 15, 2025, to identify potential impacts to federally protected species and critical habitats within the Project site. The results, summarized in Section 3.3.8 of the ER, indicate that the Project site does not overlap with designated critical habitat for any federally listed species.

The IPaC tool identified several species with potential ranges that include the Project site, including the tri-colored bat (Perimyotis subflavus), Virginia big-eared bat (Corynorhinus townsendii virginianus), monarch butterfly (Danaus plexippus), and green floater (Lasmigona subviridis). As described in Section 3.3.8 of the ER, the Project site is largely developed land associated with the existing warehouse structure and parking lot. Remaining vegetation is limited to maintained lawns. These conditions do not provide suitable habitat for the identified species, and no indirect impacts to these species or their habitats of adjacent areas are anticipated. Tree clearing is not anticipated for the project and therefore would result in no effects to listed bat species. The green floater requires riverine habitats, which are not present within the areas of development within the Project site. The monarch butterfly is not expected to be impacted due to the absence of suitable habitat within the Project site.

The proposed modifications to the facility, including perimeter fencing, recreation yards, lighting, and generator replacement, will occur primarily within previously disturbed areas and will not result in significant impacts to wildlife or habitats. The Project site does not contain marine environments or habitats protected under the Marine Mammal Protection Act or Magnuson-Stevens Fishery Conservation and Management Act.  Additionally, no migratory bird nesting areas or bald or golden eagle habitats have been identified within the Project site.

Based on the above considerations, as detailed in Section 3.3.8 of the ER, the Proposed Action would have no effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act. (01/15/2026 16:27:40)

- What is your Endangered Species Act (ESA) finding and determination? -- No effect
Explain how the determination was made (e.g., are species present in the area but your proposed action will have no effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: The Proposed Action is not expected to result in a significant impact to federally listed threatened or endangered species or their designated critical habitat under the Endangered Species Act (ESA). A review of the U.S. Fish and Wildlife Service (USFWS) Information for Planning and Consultation (IPaC) database identified several species with potential ranges that overlap the Project site, including the tri-colored bat (Perimyotis subflavus), Virginia big-

eared bat (Corynorhinus townsendii virginianus), monarch butterfly (Danaus plexippus), and green floater (Lasmigona subviridis). However, as described in Section 3.3.8 of the ER, the Project site is largely developed land associated with the existing warehouse structure and parking lot, with vegetation within the proposed project area limited to maintained lawns. These conditions do not provide suitable habitat for the identified species, and no direct or indirect impacts to these species or their habitats are anticipated. Tree clearing is not anticipated for the project and therefore would result in no effects to listed bat species. The green floater requires riverine habitats, which are not present within the areas of development within the Project site. The monarch butterfly is not expected to be impacted due to the absence of suitable habitat within the Project site. The IPaC database indicates that no critical habitat occurs within the project area, which consists of an existing developed facility and previously disturbed land. The scope of work is limited to interior renovations and minor exterior modifications (security fencing and telecommunications line), which will not alter habitat or affect federally listed species.

Based on this information, ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats. Additional consultation under Section 7 of the Endangered Species Act with USFWS is not required.

Attachments: ESA consultation: (No files uploaded yet.)

- What is your Marine Mammal Protection Act (MMPA) finding and determination? -- N/A

  Attachments: MMPA information: (No files uploaded yet.)

  Comments:

  Sarah Larkin, The Marine Mammal Protection Act (MMPA) does not apply to the Proposed Action because the project activities will occur entirely on land within an existing facility and previously disturbed areas. No marine environments or marine mammals are present in the project area, and no activities associated with the Proposed Action would result in the harassment, harm, or take of marine mammals. Therefore, there would be no effect on marine environments or marine mammals and MMPA authorization or consultation is not required. (01/15/2026 16:27:59)

- Would the proposed action adversely affect a species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act or habitat for such species? -- No

  Explain how the determination was made (e.g., are species present in the area but your proposed action will have no adverse effect or no significant effect? why?). Although not required, recommend attaching any consultation or correspondence conducted.: No. The Proposed Action will not affect species protected under the Bald and Golden Eagle Protection Act (BGEPA) or Migratory Bird Treaty Act (MBTA), nor will it adversely affect habitat for such species. The existing site conditions do not provide suitable nesting or foraging habitat for bald or golden eagles or migratory birds. Additionally, the surrounding land use, which is primarily industrial and commercial development with some residential areas, does not support the ecological conditions necessary for these species. The Proposed Action will primarily impact previously disturbed ground, with new

impacts limited to areas within an existing maintained lawn. Planned modifications, including perimeter fencing, recreation yards, lighting, and generator replacement, will occur within the existing facility footprint or adjacent areas that have already been disturbed (see Section 2.5). Exterior lighting will be shielded and directed downward to minimize light spill and glare (see Section 3.5), reducing the potential for disruption to migratory bird behavior.

Based on the above considerations, as detailed in Section 3.3.8 of the ER, the Proposed Action would result in a finding of no significant effect to species protected under the Bald and Golden Eagle Protection Act or Migratory Bird Treaty Act, nor to their habitats.

Attachments:  BGEPA MBTA consultation:  (No files uploaded yet.)

- What is your Magnuson-Stevens Fishery Conservation and Management Act (essential fish habitat) finding and determination? -- N/A

Attachments:  EFH information:  (No files uploaded yet.)

Comments:

Sarah Larkin, The Magnuson-Stevens Fishery Conservation and Management Act (MSA) does not apply to the Proposed Action. No essential fish habitat (EFH) is present in the project area, and the Proposed Action will not involve any in-water work or activities that could affect marine or estuarine environments. Therefore, no EFH consultation is required. (01/15/2026 16:28:20)

- Will the Proposed Action have a potentially significant effect on an environmentally sensitive area? Examples include, but are not limited to: areas having special designation or recognition such as prime or unique agricultural lands, coastal zones, designated wilderness study areas, wild and scenic rivers, 100-year floodplains, wetlands, sole source aquifers, Marine Sanctuaries, National Wildlife Refuges, National Parks, National Monuments, etc.  -- No

Comments:

Sarah Larkin, "No. The Proposed Action is located within a previously developed area, and minimal disturbance for construction is planned outside of the existing facility footprint and paved areas. Areas with special designation or recognition were reviewed for applicability to the Project, as detailed in Section 3.3 of the Environmental Report (ER). The findings are summarized below:

State and National Forests (Section 3.3.4): No state or national forest lands are located within or adjacent to the Project site and will, therefore, not be imapcted by the Project.

Historic or Culturally Significant Sites (Section 3.3.5): Tribal consultation will be conducted with two tribes identified as having ancestral interest in the area, including the Delaware Nation, Oklahoma and the Seneca-Cayuga Nation. A review of the Maryland Historical Trust's (MHT's) MEDUSA (Maryland's Cultural Resources Information System) database indicates that no archaeological resources or historic architectural resources are present within the Project site. ICE has determined that the undertaking will result in a finding of No Historic Properties Affected, as detailed in Section 3.3.5 of the ER.

Printed On 3/10/2026 2:49:40 PM

Wetlands (Section 3.3.6): The subject property does not contain wetlands based on information obtained from the United States Fish and Wildlife Service's online National Wetlands Inventory mapper. Therefore, no impacts to wetlands are anticipated.

Floodplains (Section 3.3.7): The majority of the parcel is located outside the 100-year floodplain, within minimal flood hazard (Zone X unshaded). An approximately 1.3acre area surrounding the artificial stormwater detention basins in the southwestern portion of the parcel lies within the 0.2percentannualchance floodplain, which FEMA classifies as a moderate floodrisk area.  Though partially located in the floodplain, there is no work proposed in the floodzone, and the proposed facility modifications will cause no functional changes to existing floodplain conditions at the Project site.

Critical Habitat for Designated Threatened or Endangered Species (Section 3.3.8): The IPaC review confirms that the Project site does not overlap with any designated critical habitat for federally listed species. All proposed exterior facility modifications will occur within previously disturbed areas. The proposed fence line would be installed in the unpaved ground immediately adjacent to the existing asphalt parking lot, and neither the parking lot nor the adjacent disturbed ground provides suitable habitat for the listed species. On-site vegetation is limited to routinely mowed turf and sparse landscaping in areas not occupied by buildings, walkways, or pavement, providing no substantial pollinator habitat. Surrounding properties to the east, south, and west include moderately sized stands of forest cover, as part of the larger fragmented landscape with minor to medium-sized forests that would be suitable, but not critical, summer roosting habitat or distribution corridors for more generalist bat species. Additionally, the Project site contains no wetlands or streams that would provide suitable habitat for the green floater. Based on this information, ICE has determined that the Project will have no effect on federally listed endangered or threatened species or their critical habitats. Additional consultation under Section 7 of the Endangered Species Act with USFWS is not required.

Wellhead Protection Areas (Section 3.3.12): No changes to groundwater resources or wellhead protection areas are anticipated. Ground disturbance will be limited to minor excavation and surface preparation for facility improvements, and no impacts to groundwater or wellhead protection areas are expected.

The Proposed Action is not expected to result in significant effects to environmentally sensitive areas, as detailed in Section 3.3 of the ER." (01/15/2026 16:28:32)

- Special Flood Hazard Area (i.e. floodplains) -- Floodplains present
  Explain why the proposed action would not significantly impact these resources. : The parcel for the Project site is included in the Flood Insurance Rate Map (FIRM) panel 24043C0281D (effective date 08/15/2017). The majority of the parcel is located outside the 100-year floodplain, within minimal flood hazard (Zone X unshaded). An approximately 1.3acre area surrounding the artificial stormwater detention basins in the southwestern portion of the parcel lies within the

0.2percentannualchance floodplain, which FEMA classifies as a moderate floodrisk area. Other flood hazard areas associated with Semple Run Creek are located outside of the Project parcel to the south (FEMA 2025) (Appendix A, Figure 5).

Executive Order 11988, Floodplains Management, requires federal agencies "to avoid to the extent possible the long- and short-term adverse impacts associated with the occupancy and modification of the floodplain and to avoid direct or indirect support of floodplain development wherever there is a practicable alternative." ICE has identified alternatives for the Proposed Action and dismissed these alternative locations due to siting, suitability, or buildability issues.

Though some of the Proposed Action is located within the 500-yr floodplain, ICE has ensured any actions within the flood zone will be minor and not harm the floodplain. A public notice will be prepared, if required, in accordance with EO 11988 to document the Proposed Action, lack of suitable alternatives outside the flood zone, and ICE's decision prior to commencement of the Proposed Action. The notice will be available on DHS.gov for public comment for one week and upon conclusion of the public notice period, ICE will have completed the eight-step process.

The proposed Project will involve limited ground disturbing activities, primarily localized to specific areas required for facility security improvements. Proposed activities requiring ground disturbance would be limited to minor excavation and surface preparation for perimeter security fencing upgrades and recreation court construction on existing asphalt. Based on the scope of proposed activities, neither the acquisition nor the planned facility modifications would result in any functional changes to existing floodplain conditions at the Project site.

Attachments:  Flood Map:  (No files uploaded yet.)

- Jurisdictional wetlands and Other Waters of the U.S. -- N/A

  Comments:

  Sarah Larkin, The proposed action is not expected to result in impacts to mapped wetland features. Supporting documentation is provided in Section 3.3.6 of this Environmental Report. No National Wetland Inventory (NWI)-mapped features intersect the Project site (Appendix A, Figure 3). (01/15/2026 16:28:54)

- Coastal Barrier Unit -- N/A

- Coastal Zone Management Area -- N/A

- Section 10 navigable waterway -- N/A

- Sole Source Aquifers and Wellheads -- N/A

- Prime Farmland -- N/A

- Designated land (i.e., Wilderness Area, Wild and Scenic River, Marine Sanctuary, National Park, National Monument, National Natural Landmark, Wildlife Refuge, and Wilderness Area -- N/A

- Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment? -- No
- Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks?  -- No
- Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity?  -- No
- Will the Proposed Action establish a precedent for future actions that have significant effects? -- No
- Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action? -- No
- Will the Proposed Action have the potential to result in the significant degradation of existing poor environmental conditions? Will the Proposed Action initiate a potentially significant environmentally degrading influence, activity, or effect in areas not already significantly modified from their natural condition? -- No
- Is the Proposed Action related to other actions with individually insignificant but cumulatively significant impacts?  -- No
- Are there any other requirements for the protection of the environment that need to be considered for this proposed action?  -- No

## Historic Preservation & Cultural Resources

- Will the proposed action have a potentially significant effect on a district, highway, structure, or object that is listed, or eligible for listing, on the National Register of Historic Places, a historic or cultural resource, traditional or sacred site, or result in the destruction of a significant scientific, cultural, or historic resource? -- No
Please explain how you came to this determination.: ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the Project site and adjacent resources with a potential viewshed of the proposed undertaking (Appendix A, Figure 3). Most of the Project site has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements, and potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Consequently, ICE finds that the potential for encountering intact archaeological resources is low.

The Project site and most of the other buildings within the APE are modern, and do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15; those modern structures are recommended as ineligible for the National Register of Historic Places (NRHP) under all criteria. One resource (WA-I-368, a farm complex located on the north side of Wright Road south of the Project site) within the APE is listed on the Maryland Inventory of Historic

Places but is recommended ineligible for the NRHP due to its lack of integrity. Given the extent of prior disturbances, the site setting, and the limited nature of the planned modifications to the Project site, ICE has determined that the undertaking will not affect that structure, will result in a finding of No Historic Properties Affected, and that no additional cultural resources investigations will be required.

- Have you consulted with the appropriate federally-recognized tribe(s), including Native Alaskan Communities, and Native Hawaiian Organizations?  -- Yes
  Please provide details on Tribal consultation efforts. : Yes. A review of the U.S. Department of Housing and Urban Development's (US HUD's) Tribal Directory Assessment Tool (TDAT) resulted in the identification of two tribes that claim ancestral interest in Washington County, Maryland. These Tribes are the Delaware Nation, Oklahoma and the Seneca-Cayuga Nation. Tribal consultation was initiated on 1/12/25.
  Attachments:  Tribal Consultation: Delaware Nation-OK Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf, 3.41MB) Seneca-Cayuga Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf, 3.41MB)
  ** This question should be carefully checked by the Environmental Reviewer.

- Does the proposed action limit access to, and/or ceremonial use of, Indian sacred sites on federal lands by Indian religious practitioners, and/or adversely affect the physical integrity of such sites?  -- No
  Please explain how you came to this determination.: The proposed action will occur within/on an existing building and developed manufacturing facility site. Therefore, impacts to sacred sites are not anticipated.

- Does the proposed undertaking have the potential to impact Native American graves or objects of cultural patrimony?  -- No

- Will the proposed undertaking occur on non-DHS federal lands or within/on a non-DHS federally owned facility?  -- No

- Does the proposed undertaking require any ground disturbing activities?  -- Yes
  Please provide a brief description of the project site, including size and current/past use, as well as a description of the proposed ground disturbance, including square feet, depth, method of disturbance, and reason for disturbance. : The proposed project will involve limited ground disturbance, primarily localized to specific areas required for facility improvements. Proposed activities requiring ground disturbance would include minor excavation and surface preparation for perimeter security fence upgrades, exterior recreation court installation, and associated utility work. Additionally, installation of lighting fixtures, camera mounts, and associated electrical and data connections would require minor ground disturbance, such as limited trenching or small equipment footings, primarily within previously disturbed areas. Upon completion of installation, all disturbed areas would be restored to pre-construction conditions. Proposed exterior lighting and security camera improvements are not

expected to result in impacts to visual resources, land use, or the surrounding environment.

Attachments:  Ground Disturbance Information :  (No files uploaded yet.)

- Has an archaeological survey been conducted in the last 20 years?  -- No
- Are there any historic properties eligible for or listed on the National Register of Historic Places (NRHP) present within the Area of Potential Effect (APE)?  -- No

  Please explain why no historic properties are located within the APE (i.e., survey was conducted but there were no historic-age resources, survey was conducted but all resources were ineligible, no survey was conducted, etc.).: ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the Project site and adjacent resources with a potential viewshed of the proposed undertaking (Appendix A, Figure 3). Most of the Project site has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements, and potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Consequently, ICE finds that the potential for encountering intact archaeological resources is low.

  The Project site and most of the other buildings within the APE are modern, and do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15; those modern structures are recommended as ineligible for the National Register of Historic Places (NRHP) under all criteria. One resource (WA-I-368, a farm complex located on the north side of Wright Road south of the Project site) within the APE is listed on the Maryland Inventory of Historic Places but is recommended ineligible for the NRHP due to its lack of integrity. Given the extent of prior disturbances, the site setting, and the limited nature of the planned modifications to the Project site, ICE has determined that the undertaking will not affect that structure, will result in a finding of No Historic Properties Affected, and that no additional cultural resources investigations will be required.

- What is the DHS effects determination of the proposed undertaking on historic property(ies)?  -- No Historic Properties Affected

  Please explain how you came to your determination.: ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the Project site and adjacent resources with a potential viewshed of the proposed undertaking (Appendix A, Figure 3). Most of the Project site has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements, and potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Consequently, ICE finds that the potential for encountering intact archaeological resources is low.

  The Project site and most of the other buildings within the APE are modern, and do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15; those modern structures are recommended as ineligible for the National Register of Historic Places

(NRHP) under all criteria. One resource (WA-I-368, a farm complex located on the north side of Wright Road south of the Project site) within the APE is listed on the Maryland Inventory of Historic Places but is recommended ineligible for the NRHP due to its lack of integrity. Given the extent of prior disturbances, the site setting, and the limited nature of the planned modifications to the Project site, ICE has determined that the undertaking will not affect that structure, will result in a finding of No Historic Properties Affected, and that no additional cultural resources investigations will be required.

Attachments:  Section 106 - No Historic Properties Affected: Delaware Nation-OK Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf, 3.41MB) Seneca-Cayuga Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf, 3.41MB) MD Historical Trust SHPO Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Maryland Historical Trust SHPO.pdf, 3.41MB) Hagerstown Planning Dpt Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Hagerstown Planning Department.pdf, 3.41MB) Washington County Historic District Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Washinton Co Hist District Comm.pdf, 3.41MB)

- Has the State Historic Preservation Office (SHPO)/Tribal Historic Preservation Office (THPO) concurred with the DHS Section 106 effect determination?  -- No
Please explain the nature of the dispute, whether the dispute has been resolved, or if the agency has reached out to the Advisory Council on Historic Preservation or the Keeper of the National Register in an attempt to resolve the dispute.: Concurrence with the DHS Section 106 effect determination by the State Historic Preservation Office (SHPO) or Tribal Historic Preservation Office (THPO) has not yet been obtained. However, ICE anticipates concurrence with a finding of No Historic Properties Affected. SHPO/THPO letters were sent on 1/12/25. Consult letters were sent the Hagerstown Planning Department and Washington County Historic District.

  Attachments:  SHPO/THPO Correspondence: Delaware Nation-OK Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf, 3.41MB) Seneca-Cayuga Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf, 3.41MB) Washington County Historic District Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Washinton Co Hist District Comm.pdf, 3.41MB) MD Historical Trust SHPO Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Maryland Historical Trust SHPO.pdf, 3.41MB) Hagerstown Planning Dpt Section 106 Consult Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Hagerstown Planning Department.pdf, 3.41MB)
  ** This question should be carefully checked by the Environmental Reviewer.
- Have any other consulting parties provided comments on this undertaking?  -- No

- Is there a Section 106 agreement document associated with this undertaking?  -- No


## Tribal Consultations

**Tribal Consultation Initiated:** Yes

**Tribes:**

- Delaware Nation
- Seneca-Cayuga Nation

**Summary of Tribal consultation correspondence, meetings, and outcomes:**

ICE has invited the following tribes to participate in consultation for this undertaking: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. Consultation letters were sent out on 1/12/25. We have not received any responses as of 1/15/25.

Printed On 3/10/2026 2:49:40 PM

# DHS Record of Environmental Consideration (REC)
# for Categorically Excluded Actions under NEPA

| INTRODUCTION |
|---|
| The purpose of this Record of Environmental Consideration (REC) is to provide a record that the potential for impacts to the quality of the human environment has been considered in the decision to implement the Proposed Action described below, in accordance with the National Environmental Policy Act of 1969 (NEPA) and DHS Directive 023-01 and Instruction Manual 023-01-001-01 on implementation of NEPA.  DHS integrates the NEPA process with review and compliance requirements under other Federal laws, regulations, Executive Orders, and other requirements for the stewardship and protection of the human environment, as reflected in Section II (8) of this REC.  Signature of the DHS Proponent on this REC demonstrates that they have considered the potential for impacts to the human environment in their decision to implement the Proposed Action as required by NEPA, and are committing to any conditions listed in Section IV of this REC that may be required for implementation of the project. When completed, the form is to be signed by the Preparer, the Environmental Approver, and the Action Proponent. The completed REC becomes a part of the administrative record for the Proposed Action. |

| SECTION I - Description of Proposed Action |
|---|
| 1.  Name of Component Authorizing the Proposed Action:<br><br>U.S. Immigration and Customs Enforcement GSA Region 3: Mid Atlantic |
| 2.  Title of Proposed Action:<br><br>Hagerstown, MD Property Acquisition |
| 3.  Identifying Number of Proposed Action:<br><br>DSS-ICE-2026-24383 |
| 4.  Estimated Start Date and Useful Life of Proposed Action:<br><br>Start Date: 01/19/2026 - End Date: On-Going |
| 5.  Location of Proposed Action:<br><br>Site Specific: 10900 Hopewell Road, Hagerstown, Maryland, 21740 |
| 6.  Description of Proposed Action:<br><br>The Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) proposes to acquire and retrofit an existing facility located within an established industrial area in Washington County, MD on approx. 53.74 acres of land, surrounded by wooded areas, and commercial and residential development. The facility will utilize existing infrastructure, including water, sanitary sewer, stormwater management, and transportation access and is designed to accommodate up to 542 detainees and spans a total area of 830,397 sq ft. Housing configurations include 448 typical dormitory pods, 32 ADA-compliant dormitory pods, and 62 pods designated for behavioral and special housing needs. The facility will include 4 separate secure recreation yards, a visitor waiting area, 2 cafeterias, one kitchen and food preparation area, 3 multi-purpose rooms, a health services room, and laundry facilities. Staff amenities include a training room, gun range, and office space to support operational and administrative functions. Proposed improvements include installation of perimeter security fencing; installation of a modular security checkpoint structure (approx 150 sq ft) located entirely within an existing paved area; construction of 6 exterior recreation courts on existing asphalt surfaces; installation of exterior lighting and security cameras; replacement of the existing emergency generator with a larger capacity unit (approx. 1,000 kw) to meet current life safety and operational requirements; installation of new telecom cabling, routed through existing utility corridors or previously disturbed areas; and sanitary sewer connection improvements, if required by final engineering review. No off site sewer upgrades or new connections are anticipated.<br>All construction activity is temporary, localized, and confined to previously disturbed areas. No new building additions, footprint expansions, off site construction, or capacity related improvements are included in the Project. |

| SECTION II - Analysis of Extraordinary Circumstances |
|---|

7. ☒ Proposed Action is not a piece of a larger action

☐ Proposed Action is a piece of a larger action

Remarks:

| **8. For A through K, check the appropriate box and provide an explanation when appropriate. Include a summary of any coordination or consultation that occurred with a resource or regulatory agency, if relevant.** |
|---|

☐ Yes  ☒ No  A. Will the Proposed Action have a potentially significant effect on public health or safety?

Remarks:

☐ Yes  ☒ No  B. Will the Proposed Action have a potentially significant effect on species or habitats protected by the Endangered Species Act, Marine Mammal Protection Act, Migratory Bird Treaty Act, Bald and Golden Eagle Protection Act, or Magnuson-Stevens Fishery Conservation and Management Act?

Remarks:

☐ Yes  ☒ No  C. Will the Proposed Action have a potentially significant effect on a district, highway, structure, or object that is listed or eligible for listing on the National Register of Historic Places (NRHP)? Will the Proposed Action have a potentially significant effect on a historic or cultural resource, traditionalor sacred site, or result in the destruction of a significant scientific, cultural, or historic resource?

Remarks:

☐ Yes  ☒ No  D. Will the Proposed Action have a potentially significant effect on an environmentally sensitive area?

Remarks:

☐ Yes  ☒ No  E. Will the Proposed Action result in the potential violation of a Federal, State, or local law or requirement imposed to protect the environment?

Remarks:

☐ Yes  ☒ No  F. Will the Proposed Action have an effect on the quality of the human environment that is likely to be highly controversial in terms of scientific validity, likely to be highly uncertain, or likely to involve unique or unknown environmental risks?

Remarks:

☐ Yes  ☒ No  G. Will the Proposed Action employ new or unproven technology that is likely to involve unique or unknown environmental risks, where the effect on the human environment is likely to be highly uncertain, or where the effect on the human environment is likely to be highly controversial in terms of scientific validity?

Remarks:

☐ Yes  ☒ No  H. Will the Proposed Action establish a precedent for future actions that have significant effects?

Remarks:

☐ Yes  ☒ No  I. Is the Proposed Action significantly greater in scope or size than normally experienced for its particular category of action?

Remarks:

Printed On 3/10/2026 2:49:40 PM

☐ ☒  J. Does the Proposed Action have the potential to result in significant degradation of existing
Yes No   poor environmental conditions? Will the Proposed Action initiate a potentially significant
         environmentally degrading influence, activity, or effect in areas not significantly modified from
         their natural condition?

Remarks:

☐ ☒  K. Is the Proposed Action related to other actions with individually insignificant but cumulatively
Yes No   significant impacts?

Remarks:

## SECTION III - Categorical Exclusion (CATEX) Determination

9. This action is not expected to result in any significant adverse environmental impacts as described in the National Environmental Policy Act of 1969 (NEPA). The proposed action has been thoroughly reviewed by the U.S. Immigration and Customs Enforcement and it has been determined, by the undersigned, that this action is categorically excluded under current DHS CATEX **C1,E2*,D1;** from further environmental documentation, in accordance with Section 3 of DHS Directive 023-01, Environmental Planning Program since implementation of this action:

  I.  Clearly fits within one or more of the categories of excludable actions listed in Appendix A of DHS Instruction 023-01-001-01;
  II. Is not a piece of a larger action which has been segmented into smaller parts in order to avoid a more extensive evaluation of the potential for significant environmental impacts;
  III. Does not involve any extraordinary circumstances, as defined in DHS Instruction 023-01-001-01, Section V(B)(2), that would create the potential for a normally excluded action to have a significant environmental effect.

## SECTION IV - Conditions

Printed On 3/10/2026 2:49:40 PM

10. The following conditions are required to implement the Proposed Action:

☒Because all elements of the proposed action would occur within a building and on pre disturbed land that is not listed on the NRHP and no known cultural or historical resources are within the immediate area, there would be no effects to historic or cultural resources. In the event that any cultural resources are encountered during the undertaking, applicable activities would be halted and necessary action would be taken to include contacting all appropriate state, federal, and other appropriate entities prior to construction continuation.

☒According to the U.S. Fish & Wildlife Service (USFWS) Information for Planning and Conservation (IPaC) system, there are 4 federally listed, candidate, or threatened species known or expected to be in or near the project area. These include the proposed endangered Tri-colored Bat, endangered Virginia big-eared Bat, proposed threatened Monarch Butterfly, and the proposed threatened Green Floater. There are no critical habitats in the project area or the vicinity of the project area. ICE has evaluated potential impacts associated with the Proposed Action. While the proposed activities would occur within/on the grounds of an existing building/pre disturbed land, given that certain species are mobile, ICE will survey the area for such species prior to undertaking exterior activities; if one is identified, work would not commence and USFWS would be contacted. Therefore, ICE has determined that the Proposed Action will have no effect on listed species or birds.  Because the Proposed Action would occur entirely on land, there would be no effect on species protected under the Marine Mammal Protection Act (MMPA) and no effect to species or essential fish habitat (EFH) protected under the Magnuson-Stevens Fishery Conservation Management Act. ICE will comply with the Endangered Species Act, Migratory Birds Treaty Act, and the Bald and Golden Eagle Protection Act. Consultation with the USFWS under Section 7 of the ESA is not required.

☒Any change to the Proposed Action that may cause a physical interaction with the human environment will require re-evaluation for compliance with NEPA and other EP&HP requirements before the action can proceed.

☒This review addresses NEPA and other EP&HP requirements as described in DHS Directive 023-01. This review may identify the need for additional federal, state, and/or local permits, approvals, etc. required for the Proposed Action. However, this review may not satisfy those requirements and the Proponent is responsible for ensuring that all other appropriate federal, state, and/or local permits, approvals, etc. have been obtained.

DHS is aware of the November 12, 2024 decision in Marin Audubon Society v. Federal Aviation Administration, No. 23-1067 (D.C. Cir. Nov. 12, 2024). To the extent that a court may conclude that the Council on Environmental Quality (CEQ) regulations implementing NEPA are not judicially enforceable or binding on this agency action, DHS has nonetheless elected to follow those regulations at 40 C.F.R. Parts 1500–1508, in addition to the Department's procedures/regulations implementing NEPA in Instruction 023-01-001, rev. 01, "Implementation of NEPA" to meet the agency's obligations under NEPA, 42 U.S.C. §§ 4321 et seq.

## SECTION V - Signatures

11a. Preparer of this REC

Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition (Unclassified)

| Name: Amber Carter | Digitally signed by Amber Carter at 01/15/2026 4:21 PM<br><br>Amber Carter | Date:<br>01/15/2026 |
|---|---|---|

| 11b. Environmental Approver of this REC | | |
|---|---|---|
| Name: Jennifer Hass | Digitally signed by Jennifer Hass at 01/15/2026 4:41 PM<br><br>Jennifer Hass | Date:<br>01/15/2026 |

| 11c. Action Proponent | | |
|---|---|---|
| Name: Keith Ingalsbe | Digitally signed by Keith Ingalsbe at 01/15/2026 4:49 PM<br><br>Keith Ingalsbe | Date:<br>01/15/2026 |

Printed On 3/10/2026 2:49:40 PM

## Preview of Attachments

The following pages will display this project's attachments that are of these file types:

- .jpg /.jpeg
- .png
- .gif
- .txt
- .pdf

The attachments of compatible file types from this project are:

- MMC_RE_NEPA_ER_APPENDICES_V1-10900_HOPEWELL_RD_HAGERSTOWN_MD.pdf
- ICE New Baltimore Processing Center Hagerstown MD- Hagerstown Planning Department.pdf
- ICE New Baltimore Processing Center Hagerstown MD- Maryland Historical Trust SHPO.pdf
- ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf
- ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf
- ICE New Baltimore Processing Center Hagerstown MD - Washinton Co Hist District Comm.pdf
- ICE Real Property Acquisitions.pdf
- Hagerstown_IPaC_ Explore Location resources.pdf
- Delaware Nation OK Section 106 Consultation Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD - Delware Nation OK.pdf)
- Seneca-Cayuga Nation Section 106 Consultation Letter.pdf (ICE New Baltimore Processing Center Hagerstown MD- Seneca-Cayuga Nation.pdf)

## Note:

All project attachments can be downloaded at the 'File Upload/Manage Attachments' page.

# Appendix A: Figures





PROJECT: Hagerstown, MD Property Acquisition

TITLE: FIGURE2. SITE PLAN

CONFIDENTIAL - LAND ACQUISITION
NEPA SUPPORT

DATE: January 2026

PROPOSED SEWER SERVICE

PROPOSED PREFABRICATED MODULAR GUARD SHACK

PROPOSED LIGHT POLE (TYPICAL)

PROPOSED FIBER-OPTIC AND COMMUNICATIONS CABLING

PROPOSED WATER SERVICE

REMOVE AND REPLACE EMERGENCY GENERATOR

SUBJECT PARCEL GIS

PROPOSED EXTERIOR COURTS RECREATION (TYPICAL)

PROPOSED SECURITY FENCE

PROPOSED BUILDING PERIMETER LIGHTING (TYPICAL)

Maryland Paper Company

Dot Foods

Wright Rd

Wright Rd

Hopewell Rd

Page 28 of 167

Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition



PROJECT: CONFIDENTIAL - LAND ACQUISITION NEPA SUPPORT

TITLE: FIGURE 3. APE FOR CULTURAL RESOURCES

DATE: January 2026

Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition



# Wetland

This map shows wetland existence using data from US Fish & Wildlife.
Data coverage is shown to the right. Gray indicates no data available in the area.

Estuarine and Marine Deepwater

Estuarine and Marine Wetland

Freshwater Emergent Wetland

Freshwater Forested/Shrub Wetland

Freshwater Pond

Lake

Other

Riverine

PROJECT:   **CONFIDENTIAL - LAND ACQUISITION
NEPA SUPPORT**

TITLE:   **FIGURE 4. NWI WETLANDS**

DATE:      January 2026

Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition

**Legend:**
- Project Area
- FIRM Panels
- 1% Annual Chance Flood Hazard
- Regulatory Floodway
- 0.2% Annual Chance Flood Hazard

PROJECT: **CONFIDENTIAL - LAND ACQUISITION NEPA SUPPORT**

TITLE: **FIGURE 5. FEMA MAPS**

DATE: January 2026

Printed On 3/10/2026 2:49:40 PM

# Appendix B: Site Engineering Drawings

Hagerstown, MD Property Acquisition



**1** HAGERSTOWN, MD FLOOR P

1" = 50'-0"



BUILDING RELATIONSHIPS BASED ON TRUST AND RESULTS

©2025 by K2M Design, Inc.      Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition



## HAGERSTOWN, MD FLOOR P

1" = 50'-0"

1



BUILDING RELATIONSHIPS BASED ON TRUST AND RESULTS

Printed On 3/10/2026 2:49:40 PM

©2025 by K2M Design, Inc.

Hagerstown, MD Property Acquisition

# Appendix C: USFWS Coordination

January 2026

Printed On 3/10/2026 2:49:40 PM



# United States Department of the Interior

## FISH AND WILDLIFE SERVICE
Chesapeake Bay Ecological Services Field Office
177 Admiral Cochrane Drive
Annapolis, MD 21401-7307
Phone: (410) 573-4599 Fax: (410) 266-9127



In Reply Refer To:                                                    12/15/2025 21:12:06 UTC
Project Code: 2026-0027266
Project Name: Baltimore Processing Center

Subject:   List of threatened and endangered species that may occur in your proposed project
            location or may be affected by your proposed project

To Whom It May Concern:

The enclosed species list identifies threatened, endangered, proposed, and candidate species, as well as proposed and final designated critical habitat, that may occur within the boundary of your proposed project and/or may be affected by your proposed project. The species list fulfills the requirements of the U.S. Fish and Wildlife Service (Service) under section 7(c) of the Endangered Species Act (Act) of 1973, as amended (16 U.S.C. 1531 *et seq.*).

New information based on updated surveys, changes in the abundance and distribution of species, changed habitat conditions, or other factors could change this list. Please feel free to contact us if you need more current information or assistance regarding the potential impacts to federally proposed, listed, and candidate species and federally designated and proposed critical habitat. Please note that under 50 CFR 402.12(e) of the regulations implementing section 7 of the Act, the accuracy of this species list should be verified after 90 days. This verification can be completed formally or informally as desired. The Service recommends that verification be completed by visiting the IPaC website at regular intervals during project planning and implementation for updates to species lists and information. An updated list may be requested through the IPaC system by completing the same process used to receive the enclosed list.

The purpose of the Act is to provide a means whereby threatened and endangered species and the ecosystems upon which they depend may be conserved. Under sections 7(a)(1) and 7(a)(2) of the Act and its implementing regulations (50 CFR 402 *et seq.*), Federal agencies are required to utilize their authorities to carry out programs for the conservation of threatened and endangered species and to determine whether projects may affect threatened and endangered species and/or designated critical habitat.

A Biological Assessment is required for construction projects (or other undertakings having similar physical impacts) that are major Federal actions significantly affecting the quality of the human environment as defined in the National Environmental Policy Act (42 U.S.C. 4332(2) (c)). For projects other than major construction activities, the Service suggests that a biological

evaluation similar to a Biological Assessment be prepared to determine whether the project may affect listed or proposed species and/or designated or proposed critical habitat. Recommended contents of a Biological Assessment are described at 50 CFR 402.12.

If a Federal agency determines, based on the Biological Assessment or biological evaluation, that listed species and/or designated critical habitat may be affected by the proposed project, the agency is required to consult with the Service pursuant to 50 CFR 402. In addition, the Service recommends that candidate species, proposed species and proposed critical habitat be addressed within the consultation. More information on the regulations and procedures for section 7 consultation, including the role of permit or license applicants, can be found in the "Endangered Species Consultation Handbook" at:

https://www.fws.gov/sites/default/files/documents/endangered-species-consultation-handbook.pdf

**Migratory Birds**: In addition to responsibilities to protect threatened and endangered species under the Endangered Species Act (ESA), there are additional responsibilities under the Migratory Bird Treaty Act (MBTA) and the Bald and Golden Eagle Protection Act (BGEPA) to protect native birds from project-related impacts. Any activity resulting in take of migratory birds, including eagles, is prohibited unless otherwise permitted by the U.S. Fish and Wildlife Service (50 C.F.R. Sec. 10.12 and 16 U.S.C. Sec. 668(a)). For more information regarding these Acts, see https://www.fws.gov/program/migratory-bird-permit/what-we-do.

It is the responsibility of the project proponent to comply with these Acts by identifying potential impacts to migratory birds and eagles within applicable NEPA documents (when there is a federal nexus) or a Bird/Eagle Conservation Plan (when there is no federal nexus). Proponents should implement conservation measures to avoid or minimize the production of project-related stressors or minimize the exposure of birds and their resources to the project-related stressors. For more information on avian stressors and recommended conservation measures, see https://www.fws.gov/library/collections/threats-birds.

In addition to MBTA and BGEPA, Executive Order 13186: *Responsibilities of Federal Agencies to Protect Migratory Birds*, obligates all Federal agencies that engage in or authorize activities that might affect migratory birds, to minimize those effects and encourage conservation measures that will improve bird populations. Executive Order 13186 provides for the protection of both migratory birds and migratory bird habitat. For information regarding the implementation of Executive Order 13186, please visit https://www.fws.gov/partner/council-conservation-migratory-birds.

We appreciate your concern for threatened and endangered species. The Service encourages Federal agencies to include conservation of threatened and endangered species into their project planning to further the purposes of the Act. Please include the Consultation Code in the header of this letter with any request for consultation or correspondence about your project that you submit to our office.

Attachment(s):

- Official Species List

- USFWS National Wildlife Refuges and Fish Hatcheries
- Wetlands

# OFFICIAL SPECIES LIST

This list is provided pursuant to Section 7 of the Endangered Species Act, and fulfills the requirement for Federal agencies to "request of the Secretary of the Interior information whether any species which is listed or proposed to be listed may be present in the area of a proposed action".

This species list is provided by:

**Chesapeake Bay Ecological Services Field Office**
177 Admiral Cochrane Drive
Annapolis, MD 21401-7307
(410) 573-4599

Hagerstown, MD – Property Acquisition    12/15/2025 21:12:06 UTC

# PROJECT SUMMARY

Project Code:          2026-0027266
Project Name:         Baltimore Processing Center
Project Type:          Commercial Development
Project Description:  The Department of Homeland Security will be acquiring existing commercial and warehouse facilities and propose building renovations limited to existing structures and developed paved areas.

Project Location:

The approximate location of the project can be viewed in Google Maps: https:// www.google.com/maps/@39.61676555,-77.80350015722962,14z



Counties:  Washington County, Maryland

Rowin, MD Property Acquisition

# ENDANGERED SPECIES ACT SPECIES

There is a total of 4 threatened, endangered, or candidate species on this species list.

Species on this list should be considered in an effects analysis for your project and could include species that exist in another geographic area. For example, certain fish may appear on the species list because a project could affect downstream species.

IPaC does not display listed species or critical habitats under the sole jurisdiction of NOAA Fisheries[1], as USFWS does not have the authority to speak on behalf of NOAA and the Department of Commerce.

See the "Critical habitats" section below for those critical habitats that lie wholly or partially within your project area under this office's jurisdiction. Please contact the designated FWS office if you have questions.

---

1. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the National Oceanic and Atmospheric Administration within the Department of Commerce.

Hagerstown, MD - Property Acquisition

12/15/2025 21:12:06 UTC

## MAMMALS

| NAME | STATUS |
|---|---|
| Tricolored Bat *Perimyotis subflavus*<br>No critical habitat has been designated for this species.<br>Species profile: https://ecos.fws.gov/ecp/species/10515 | Proposed Endangered |
| Virginia Big-eared Bat *Corynorhinus (=Plecotus) townsendii virginianus*<br>There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/8369 | Endangered |

## CLAMS

| NAME | STATUS |
|---|---|
| Green Floater *Lasmigona subviridis*<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/7541 | Proposed Threatened |

## INSECTS

| NAME | STATUS |
|---|---|
| Monarch Butterfly *Danaus plexippus*<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>Species profile: https://ecos.fws.gov/ecp/species/9743 | Proposed Threatened |

## CRITICAL HABITATS

THERE ARE NO CRITICAL HABITATS WITHIN YOUR PROJECT AREA UNDER THIS OFFICE'S JURISDICTION.

YOU ARE STILL REQUIRED TO DETERMINE IF YOUR PROJECT(S) MAY HAVE EFFECTS ON ALL ABOVE LISTED SPECIES.

# USFWS NATIONAL WILDLIFE REFUGE LANDS AND FISH HATCHERIES

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compatibility Determination' conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

THERE ARE NO REFUGE LANDS OR FISH HATCHERIES WITHIN YOUR PROJECT AREA.

# WETLANDS

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the Clean Water Act, or other State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers District.

Please note that the NWI data being shown may be out of date. We are currently working to update our NWI data set. We recommend you verify these results with a site visit to determine the actual extent of wetlands on site.

THERE ARE NO WETLANDS WITHIN YOUR PROJECT AREA.

# Appendix D: Permitting and Approvals Matrix

**Baltimore Processing Center**
**Permitting and Approvals Matrix[1]**

| Permit/Authorization | Trigger | Reference |
|---|---|---|
| **Federal** | | |
| United States Fish and Wildlife Service (USFWS) | Section 7 Consultation | Endangered Species Act (ESA) Compliance |
| **State** | | |
| Maryland Department of the Environment | Generators - Operating | Code of Maryland Regulations 26.11.03.21 - General Part 70 Permits FORM 42 STANDARD PERMIT TO CONSTRUCT APPLICATION FOR EMERGENCY GENERATORS |
| | Boilers - Operating | Code of Maryland Regulations 26.11.03.21 - General Part 70 Permits FORM 11 APPLICATION FOR FUEL BURNING EQUIPMENT |
| | Aboveground Storage | Code of Maryland Regulations 26.10.01.10 - Registration of AST Systems |
| | Generating, treating or storing hazardous waste | Code of Maryland Regulations Chapter 26.13.03. Standards Applicable to Generators of Hazardous Waste |
| | Discharge to Public Treatment Works | Code of Maryland Regulations 26.08.08.03. State Pretreatment Program |

Hagerstown, MD Property Acquisition

| Permit/Authorization | Trigger | Reference |
|---|---|---|
| | Construction Stormwater Runoff | General Permit for Stormwater Discharge Associated with Construction Activity MDRC0000 |
| | Operating Site Stormwater | General Permit for Discharges from Stormwater Associated with Industrial Activities Maryland General Permit No. 20-SW |
| | On-site Sewage Facility (Septic – currently none on property) | Code of Maryland Regulations Sec. 26.04.02.03. On-Site Sewage Disposal Permits |
| Maryland Department of Health | Generation of medical waste | Code of Maryland Regulations 10.06.06. Communicable Disease Prevention—Handling, Treatment, and Disposal of Special Medical Waste |
| *Local* | | |
| Washington County Director of Plan Review and Permitting | Property Zoned Industrial General District | Penal and correctional institutions are an allowed use – may not require rezoning |
| | Construction Stormwater | Washington County Stormwater Management, Grading, Soil Erosion and Sediment Control Ordinance |
| | Construction in Floodplain | Washington County Floodplain Management Ordinance |

[1]This table was prepared in December 2025 based on a preliminary analysis of the location and proposed activity for the Project, using information provided to date as referenced in the ER Report and using publicly available data.

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 12, 2026

Mr. Michael Gehr, Chairperson
Historic District Commission
Hagerstown Planning Department
City of Hagerstown, City Hall
1 East Franklin St.
Hagerstown, MD 21740
Phone: (301) 790-4163
Email: planning@hagerstownmd.org

     New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland
     21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Gehr:

This letter is provided to initiate consultation on a proposed Department of Homeland Security
(DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of
the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is
proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of
ICE operations. Proposed site improvements may include, but are not limited to, installing,
upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping,
drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be
installed. No site improvements are expected to be taller than the existing structure or expand
beyond the current site boundaries, and all work and construction staging will occur within the
previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing
warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the
exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or
doors); repairing or replacing the existing roof or cladding materials; adding security equipment;
or adding exterior personnel/guest access controls. The interior of the structure may be renovated
or rebuilt to support ICE operational requirements, which may include but are not limited to
construction of holding and processing spaces, office space, public-facing visitor spaces, and
installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the
subject property and adjacent resources with a potential viewshed of the proposed undertaking
(Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Printed On 3/10/2026 2:49:40 PM

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16

U.S. Department of Homeland Security
**Office of Chief Readiness
Support Officer**
Springfield, VA 20598-0075



January 12, 2026

Ms. Elizabeth Hughes
State Historic Preservation Officer
Maryland Historical Trust
100 Community Place, 3rd Floor
Crownsville, MD 21032
Phone: (410) 697-9556
Email: elizabeth.hughes@maryland.gov

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Elizabeth Hughes:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition
Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

Hagerstown, MD Property Acquisition

3

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16

Hagerstown, MD Property Acquisition

U.S. Department of Homeland Security
Office of Chief Readiness
Support Officer
Springfield, VA 20598-0075



January 12, 2026

Mr. William Tarrant
Tribal Historic Preservation Officer
Seneca-Cayuga Nation
P.O. Box 453220
Grove, OK 74345
Phone: (918)-791-6061
Email: wtarrant@sctribe.com

> New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Tarrant:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 12, 2026

Ms. Katelyn Lucas
Tribal Historic Preservation Officer
Delaware Nation, Oklahoma
P.O. Box 825
Anadarko, OK 73005
Phone: (405) 544-8115
Email: klucas@delawarenation-nsn.gov

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Lucas:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 12, 2026

Mr. Lloyd Yavener, Chairperson
Historic District Commission
Washington County Planning and Zoning Department
747 Northern Ave.
Hagerstown, MD 21742
Phone: (240) 313-2430
Email: askplanning@washco-md.net

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Yavener:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Printed On 3/10/2026 2:49:40 PM

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Hagerstown, MD Property Acquisition
Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Printed On 3/10/2026 2:49:40 PM

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Printed On 3/10/2026 2:49:40 PM

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16



Hagerstown, MD Property Acquisition

# Local office

Chesapeake Bay Ecological Services Field Office

📞 (410) 573-4599
📠 (410) 266-9127

177 Admiral Cochrane Drive
Annapolis, MD 21401-7307

Printed On 3/10/2026 2:49:40 PM

2. Click DEFINE PROJECT.

3. Log in (if directed to).

4. Provide a name and description for your project.

5. Click REQUEST SPECIES LIST.

Hagerstown, MD Property Acquisition

Listed species[1] and their critical habitats are managed by the Ecological Services Program of the U.S. Fis (USFWS) and the fisheries division of the National Oceanic and Atmospheric Administration (NOAA Fishe

Species and critical habitats under the sole responsibility of NOAA Fisheries are **not** shown on this list. Pl for species under their jurisdiction.

1. Species listed under the Endangered Species Act are threatened or endangered; IPaC also shows sp proposed, for listing. See the listing status page for more information. IPaC only shows species that ar FAQ).

2. NOAA Fisheries, also known as the National Marine Fisheries Service (NMFS), is an office of the Nati Administration within the Department of Commerce.

The following species are potentially affected by activities in this location:

# Mammals

| NAME | STATUS |
|------|--------|
| Tricolored Bat  Perimyotis subflavus<br>Wherever found<br>No critical habitat has been designated for this species.<br>https://ecos.fws.gov/ecp/species/10515 | Proposed E |
| Virginia Big-eared Bat  Corynorhinus (=Plecotus) townsendii virginianus<br>Wherever found<br>There is **final** critical habitat for this species. Your location does not overlap the critical habitat.<br>https://ecos.fws.gov/ecp/species/8369 | Endangered |

# Clams

| NAME | STATUS |
|------|--------|
| Green Floater  Lasmigona subviridis<br>Wherever found<br>There is **proposed** critical habitat for this species. Your location does not overlap the critical habitat.<br>https://ecos.fws.gov/ecp/species/7541 | Proposed Th |

Printed On 3/10/2026 2:49:40 PM

NOT FOR CONSULT

Bald and Golden Eagles are protected under the Bald and Golden Eagle Protection Act [2] and the Migrato Any person or organization who plans or conducts activities that may result in impacts to Bald or Golden should follow appropriate regulations and consider implementing appropriate avoidance and minimization various links on this page.

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding take-migratory-birds
- Nationwide avoidance and minimization measures for birds https://www.fws.gov/sites/default/files/doc conservation-measures.pdf
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/suppleme birds-and-bald-and-golden-eagles-may-occur-project-action

There are Bald Eagles and/or Golden Eagles in your project area.

**Measures for Proactively Minimizing Eagle Impacts**

For information on how to best avoid and minimize disturbance to nesting bald eagles, please review the Management Guidelines. You may employ the timing and activity-specific distance recommendations in th your project/activity to avoid and minimize eagle impacts. For bald eagle information specific to Alaska, pl Nesting and Sensitivity to Human Activity.

The FWS does not currently have guidelines for avoiding and minimizing disturbance to nesting Golden E recommendations regarding nesting Golden Eagles, please consult with the appropriate Regional Migrato Services Field Office.

If disturbance or take of eagles cannot be avoided, an incidental take permit may be available to authoriz but is not the purpose of, an otherwise lawful activity. For assistance making this determination for Bald E Permit Tool. For assistance making this determination for golden eagles, please consult with the appropri Office or Ecological Services Field Office.

**Ensure Your Eagle List is Accurate and Complete**

If your project area is in a poorly surveyed area in IPaC, your list may not be complete and you may need determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys Supplemental Information on Migratory Birds and Eagles, to help you properly interpret the report for your determining if there is sufficient data to ensure your list is accurate.

For guidance on when to schedule activities or implement avoidance and minimization measures to reduc eagles on your list, see the "Probability of Presence Summary" below to see when these bald or golden e present and breeding in your project area.

**Review the FAQs**

The FAQs below provide important additional information and resources.

Hagerstown, MD Property Acquisition

divided by the total number of survey events for that week. For example, if in week 12 there were 20 s
Towhee was found in 5 of them, the probability of presence of the Spotted Towhee in week 12 is 0.25.

2. To properly present the pattern of presence across the year, the relative probability of presence is calc
   of presence divided by the maximum probability of presence across all weeks. For example, imagine t
   week 20 for the Spotted Towhee is 0.05, and that the probability of presence at week 12 (0.25) is the r
   year. The relative probability of presence on week 12 is 0.25/0.25 = 1; at week 20 it is 0.05/0.25 = 0.2.

3. The relative probability of presence calculated in the previous step undergoes a statistical conversion
   between 0 and 10, inclusive. This is the probability of presence score.

To see a bar's probability of presence score, simply hover your mouse cursor over the bar.

### Breeding Season (▉)
Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire
bars shown for a bird, it does not breed in your project area.

### Survey Effort (|)
Vertical black lines superimposed on probability of presence bars indicate the number of surveys performe
grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to

To see a bar's survey effort range, simply hover your mouse cursor over the bar.

### No Data (—)
A week is marked as having no data if there were no survey events for that week.

### Survey Timeframe
Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information.
off the Atlantic coast, where bird returns are based on all years of available data, since data in these area
sparse.



## Bald & Golden Eagles FAQs

**What does IPaC use to generate the potential presence of bald and golden eagles in my specified location?**

The potential for eagle presence is derived from data provided by the Avian Knowledge Network (AKN). The AKN data is
survey, banding, and citizen science datasets and is queried and filtered to return a list of those birds reported as occurrin
your project intersects, and that have been identified as warranting special attention because they are an eagle (Bald and
requirements may apply).

**Proper interpretation and use of your eagle report**
On the graphs provided, please look carefully at the survey effort (indicated by the black vertical line) and for the existenc
horizontal line). A high survey effort is the key component. If the survey effort is high, then the probability of presence sco
dependable. In contrast, a low survey effort line or no data line (red horizontal) means a lack of data and, therefore, a lack
species. This list is not perfect; it is simply a starting point for identifying what birds have the potential to be in your projec

inclusive. This is the probability of presence score.

Yellow bars denote a very liberal estimate of the time-frame inside which the bird breeds across its entire range. If there a
it does not breed in your project area.

**Survey Effort ()**

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed for that speci
project area overlaps.

**No Data ()**

A week is marked as having no data if there were no survey events for that week.

**Survey Timeframe**

Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception t
where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

# Migratory birds

The Migratory Bird Treaty Act (MBTA) [1] prohibits the take (including killing, capturing, selling, trading, and
migratory bird species without prior authorization by the Department of Interior U.S. Fish and Wildlife Serv

1. The Migratory Birds Treaty Act of 1918.
2. The Bald and Golden Eagle Protection Act of 1940.

Additional information can be found using the following links:

- Eagle Management https://www.fws.gov/program/eagle-management
- Measures for avoiding and minimizing impacts to birds https://www.fws.gov/library/collections/avoiding take-migratory-birds
- Nationwide avoidance and minimization measures for birds
- Supplemental Information for Migratory Birds and Eagles in IPaC https://www.fws.gov/media/suppleme birds-and-bald-and-golden-eagles-may-occur-project-action

**Measures for Proactively Minimizing Migratory Bird Impacts**

Your IPaC Migratory Bird list showcases birds of concern, including Birds of Conservation Concern (BCC)
is not a comprehensive list of all birds found in your project area. However, you can help proactively minim
birds at your project location by implementing the measures in the Nationwide avoidance and minimizatio
document, and any other project-specific avoidance and minimization measures suggested at the link Me
minimizing impacts to birds for the birds of concern on your list below.

**Ensure Your Migratory Bird List is Accurate and Complete**

If your project area is in a poorly surveyed area, your list may not be complete and you may need to rely o
determine what species may be present (e.g. your local FWS field office, state surveys, your own surveys
Supplemental Information on Migratory Birds and Eagles document, to help you properly interpret the rep
including determining if there is sufficient data to ensure your list is accurate.

NOT FOR CONSULT

Hagerstown, MD Property Acquisition

Cerulean Warbler  Setophaga cerulea

Breeds Apr

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

https://ecos.fws.gov/ecp/species/2974

Chimney Swift  Chaetura pelagica

Breeds Mar

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

Kentucky Warbler  Geothlypis formosa

Breeds Apr

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

Prairie Warbler  Setophaga discolor

Breeds May

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

Prothonotary Warbler  Protonotaria citrea

Breeds Apr

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

Red-headed Woodpecker  Melanerpes erythrocephalus

Breeds May

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

Rusty Blackbird  Euphagus carolinus

Breeds else

This is a Bird of Conservation Concern (BCC) only in particular Bird Conservation Regions (BCRs) in the continental USA

Wood Thrush  Hylocichla mustelina

Breeds May

This is a Bird of Conservation Concern (BCC) throughout its range in the continental USA and Alaska.

# Probability of Presence Summary

The graphs below provide our best understanding of when birds of concern are most likely to be present i information can be used to tailor and schedule your project activities to avoid or minimize impacts to birds "Supplemental Information on Migratory Birds and Eagles", specifically the FAQ section titled "Proper Inte Migratory Bird Report" before using or attempting to interpret this report.

**Probability of Presence (■)**

Printed On 3/10/2026 2:49:40 PM

Vertical black lines superimposed on probability of presence bars indicate the number of surveys performed grid cell(s) your project area overlaps. The number of surveys is expressed as a range, for example, 33 to To see a bar's survey effort range, simply hover your mouse cursor over the bar.

### No Data (−)

A week is marked as having no data if there were no survey events for that week.

### Survey Timeframe

Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. off the Atlantic coast, where bird returns are based on all years of available data, since data in these area sparse.

■ probability of presence    ■ breeding

| SPECIES | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP |
|---|---|---|---|---|---|---|---|---|---|
| Bald Eagle Non-BCC Vulnerable | | | | | | | | | |
| Black-billed Cuckoo BCC Rangewide (CON) | | | | | | | | | |
| Canada Warbler BCC Rangewide (CON) | | | | | | | | | |
| Cerulean Warbler BCC Rangewide (CON) | | | | | | | | | |
| Chimney Swift BCC Rangewide (CON) | | | | | | | | | |
| Kentucky Warbler BCC Rangewide (CON) | | | | | | | | | |
| Prairie Warbler BCC Rangewide (CON) | | | | | | | | | |
| Prothonotary Warbler BCC Rangewide (CON) | | | | | | | | | |
| Red-headed Woodpecker BCC Rangewide (CON) | | | | | | | | | |
| Rusty Blackbird BCC - BCR | | | | | | | | | |
| Wood Thrush BCC Rangewide (CON) | | | | | | | | | |

# Migratory Bird FAQs

**Tell me more about avoidance and minimization measures I can implement to avoid or minimize impacts to migra**

Nationwide Avoidance & Minimization Measures for Birds describes measures that can help avoid and minimize impacts round. When birds may be breeding in the area, identifying the locations of any active nests and avoiding their destruction to minimize impacts. To see when birds are most likely to occur and breed in your project area, view the Probability of Pre measures or permits may be advisable depending on the type of activity you are conducting and the type of infrastructure project site.

NOT FOR CONSULT

derived from a growing collection of <u>survey, banding, and citizen science datasets</u>.

Probability of presence data is continuously being updated as new and better information becomes available. To learn more how the presence graphs are produced and how to interpret them, go to the Probability of Presence Summary and then click on the link.

Case 1:26-cv-00733-BAH    Document 34-1    Filed 04/02/26    Page 134 of 168
Hagerstown, MD Property Acquisition

### How do I know if a bird is breeding, wintering, or migrating in my area?

To see what part of a particular bird's range your project area falls within (i.e. breeding, wintering, migrating, or resident), use the <u>RAIL Tool</u> and view the range maps provided for birds in your area at the bottom of the profiles provided for each bird. IPaC migratory bird species list has a breeding season associated with it (indicated by yellow vertical bars on the phenolo PROBABILITY OF PRESENCE SUMMARY" at the top of your results list), there may be nests present at some point with "Breeds elsewhere" is indicated, then the bird likely does not breed in your project area.

### What are the levels of concern for migratory birds?

Migratory birds delivered through IPaC fall into the following distinct categories of concern:

1. "BCC Rangewide" birds are <u>Birds of Conservation Concern</u> (BCC) that are of concern throughout their range anywhe Hawaii, the Pacific Islands, Puerto Rico, and the Virgin Islands);
2. "BCC - BCR" birds are BCCs that are of concern only in particular Bird Conservation Regions (BCRs) in the continen
3. "Non-BCC - Vulnerable" birds are not BCC species in your project area, but appear on your list either because of the <u>Act</u> requirements (for eagles) or (for non-eagles) potential susceptibilities in offshore areas from certain types of deve energy development or longline fishing).

Although it is important to avoid and minimize impacts to all birds, efforts should be made, in particular, to avoid and minim list, especially BCC species. For more information on avoidance and minimization measures you can implement to help a impacts, please see the FAQ "Tell me more about avoidance and minimization measures I can implement to avoid or min

### Details about birds that are potentially affected by offshore projects

For additional details about the relative occurrence and abundance of both individual bird species and groups of bird spec Atlantic Coast, please visit the <u>Northeast Ocean Data Portal</u>. The Portal also offers data and information about other taxa to you in your project review. Alternately, you may download the bird model results files underlying the portal maps throug <u>Statistical Modeling and Predictive Mapping of Marine Bird Distributions and Abundance on the Atlantic Outer Continental</u>

### Proper interpretation and use of your migratory bird report

The migratory bird list generated is not a list of all birds in your project area, only a subset of birds of priority concern. To l generated and see options for identifying what other birds may be in your project area, please see the FAQ "What does IF birds potentially occurring in my specified location". Please be aware this report provides the "probability of presence" of b that overlap your project; not your exact project footprint. On the graphs provided, please look carefully at the survey effor line) and for the existence of the "no data" indicator (a red horizontal line). A high survey effort is the key component. If th probability of presence score can be viewed as more dependable. In contrast, a low survey effort bar or no data bar mean lack of certainty about presence of the species. This list does not represent all birds present in your project area. It is simp what birds of concern have the potential to be in your project area, when they might be there, and if they might be breedin present). The list and associated information help you know what to look for to confirm presence and helps guide impleme minimization measures to eliminate or reduce potential impacts from your project activities, should presence be confirmed and minimization measures, visit the FAQ "Tell me about avoidance and minimization measures I can implement to avoid birds".

### Interpreting the Probability of Presence Graphs

Surveys from only the last 10 years are used in order to ensure delivery of currently relevant information. The exception t where bird returns are based on all years of available data, since data in these areas is currently much more sparse.

Hagerstown, MD Property Acquisition

Case 1:26-cv-00733-BAH    Document 34-1    Filed 04/02/26    Page 135 of 168

# Facilities

## National Wildlife Refuge lands

Any activity proposed on lands managed by the National Wildlife Refuge system must undergo a 'Compat conducted by the Refuge. Please contact the individual Refuges to discuss any questions or concerns.

There are no refuge lands at this location.

## Fish hatcheries

There are no fish hatcheries at this location.

# Wetlands in the National Wetlands Inventory (NW

Impacts to NWI wetlands and other aquatic habitats may be subject to regulation under Section 404 of the State/Federal statutes.

For more information please contact the Regulatory Program of the local U.S. Army Corps of Engineers D

## Wetland information is not available at this time

This can happen when the National Wetlands Inventory (NWI) map service is unavailable, or for very larg wetland areas. Try again, or visit the NWI map to view wetlands at this location.

**Data limitations**

The Service's objective of mapping wetlands and deepwater habitats is to produce reconnaissance level information on th resources. The maps are prepared from the analysis of high altitude imagery. Wetlands are identified based on vegetation A margin of error is inherent in the use of imagery; thus, detailed on-the-ground inspection of any particular site may resu boundaries or classification established through image analysis.

The accuracy of image interpretation depends on the quality of the imagery, the experience of the image analysts, the am data and the amount of ground truth verification work conducted. Metadata should be consulted to determine the date of mapping problems.

NOT FOR CONSULT

Hagerstown, MD Property Acquisition

**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075



January 12, 2026

Ms. Katelyn Lucas
Tribal Historic Preservation Officer
Delaware Nation, Oklahoma
P.O. Box 825
Anadarko, OK 73005
Phone: (405) 544-8115
Email: klucas@delawarenation-nsn.gov

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Ms. Lucas:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

    Printed On 3/10/2026 2:49:40 PM

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 10. Interior of office space.



Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16

Hagerstown, MD Property Acquisition



**U.S. Department of Homeland Security**
**Office of Chief Readiness**
**Support Officer**
Springfield, VA 20598-0075

January 12, 2026

Mr. William Tarrant
Tribal Historic Preservation Officer
Seneca-Cayuga Nation
P.O. Box 453220
Grove, OK 74345
Phone: (918)-791-6061
Email: wtarrant@sctribe.com

New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740; Initiation of Consultation and Finding of No Historic Properties Affected

Dear Mr. Tarrant:

This letter is provided to initiate consultation on a proposed Department of Homeland Security (DHS) U.S. Immigration and Customs Enforcement (ICE) undertaking subject to Section 106 of the National Historic Preservation Act (NHPA) in Hagerstown, Maryland (Figures 1–4). ICE is proposing to purchase, occupy and rehabilitate a 53.74-acre warehouse property in support of ICE operations. Proposed site improvements may include, but are not limited to, installing, upgrading, or rehabilitating existing parking areas, fencing, site lighting, landscaping, drainage/stormwater, recreation areas, and cameras. Tentage and a guard shack may also be installed. No site improvements are expected to be taller than the existing structure or expand beyond the current site boundaries, and all work and construction staging will occur within the previously developed parcel (Figure 4).

As part of the undertaking, ICE may conduct exterior and interior modifications to the existing warehouse facility. Exterior upgrades may include, but are not limited to, painting or sealing the exterior of the structure; installing, removing, or modifying bays (truck bays, window bays, or doors); repairing or replacing the existing roof or cladding materials; adding security equipment; or adding exterior personnel/guest access controls. The interior of the structure may be renovated or rebuilt to support ICE operational requirements, which may include but are not limited to construction of holding and processing spaces, office space, public-facing visitor spaces, and installation of amenities, such as cafeterias, bathrooms, and health care spaces.

ICE has determined that the Area of Potential Effects (APE) for this undertaking consists of the subject property and adjacent resources with a potential viewshed of the proposed undertaking (Figure 5).

1

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

The subject property is an existing warehouse constructed in 2022 (Figures 5–10). As part of the historic development of the property, the ground has been extensively disturbed to accommodate utilities, parking, and warehouse size requirements. Potential ground disturbing work will be consistent in depth and method of disturbance with past modifications to the site. Maximum ground disturbance to construct piers and fence posts are anticipated to be no more than four feet in depth. Due to the substantial past disturbance, ICE finds the potential for encountering intact archaeological resources is low, and ICE does not recommend any further archaeological investigations at the property.

The subject property is a modern industrial site, and adjacent buildings within the northern portion of the APE consist primarily of similar industrial resources constructed in the 1990s and early 2000s (Figures 12 and 13; see Figure 5). The subject property and all modern industrial resources do not rise to the level of exceptional importance under Criteria Consideration G, per National Register Bulletin 15, and are recommended Ineligible for the National Register of Historic Place (NRHP) under all criteria.

Resources to the east and south of the subject property consist of several mid-twentieth century residences (see Figure 5) Based on aerial photographs, these resources along Rauch and Hopewell Roads appear to have been built primarily between 1952 and 1974. None of the structures have been evaluated for inclusion on the NRHP; however, all will have only limited visibility to the proposed undertaking. Regardless of eligibility, the proposed undertaking will not affect these resources' integrity or ability to be included on the NRHP.

The remaining resource within the APE is WA-I-368, a two-story residence and associated farm complex that was originally surveyed in 1967 and resurveyed in 1975 (Figure 14; see attachment). Other previously recorded resources along Hopewell Road (WA-I-022/Milestone Farm, WA-I-357/Sprecher's Mill House, and WA-I-364/Salisbury Mill Site and House), will not have visibility to the proposed undertaking.

As examined in 1975, the house was a tripartite structure two stories high and totally sheathed with asbestos shingles (Figure 15). WA-I-368 likely originally consisted of a log frame building before expanding into its current tripartite form. Its original survey form notes the structure was constructed no later than 1820 when its owner, Matthew Van Lear, passed and left it to his family. Research indicates that the Van Lear family, owner of nearby Mount Tammany, a NRHP-listed Georgian residence built in 1780, had extensive influence in this region. It is possible that the log, and later, encapsulated log and frame structure was built in the 1790s during the farming boom catapulting Williamsport to national importance. Though owned by Matthew Van Lear, it is also possible the house served as a residence for a sibling or child given Matthew Van Lear's ownership of Mount Tammany during this period.

Expanded over the years, the structure retains many of its original ornamentation elements, including its 6/6 windows, orientation, and general symmetry of design, which date the structure to no later than roughly 1790–1810. Also present on the lot are the foundation of a barn and a well-preserved springhouse (Figure 16), both of which date to c. 1887. Though the auxiliary springhouse remains in good condition (Figure 17), the roof of the residence has partially burned and completely collapsed, as has one of its porches and the rear of the structure (Figures 18–20).

2

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740

Due to the severe structural condition and development of the adjacent area, the residence has lost integrity of design, workmanship, setting, feeling, and association.

ICE has determined that the main residence of WA-I-368 is Ineligible for the NRHP under all criterions. ICE has withheld commenting on the extant stone springhouse due to a lack of information on the structure. It is possible that, were the springhouse evaluated as part of a multiple property documentation form survey of masonry auxiliary resources in the county or Williamsport, that the springhouse could be determined Contributing under Criterions A or C. ICE notes that, regardless of the eligibility of part or all of WA-I-368, the proposed undertaking will not impact any aspects of integrity that remain, and no effects to WA-I-368 will occur. Therefore, pursuant to 36 CFR 800.5(b), ICE has determined that the undertaking will result in a finding of **No Historic Properties Affected.**

In accordance with 36 CFR 800.3, ICE has invited the Hagerstown Planning Department and the Washington County Historic Preservation Commission, both certified local governments, to participate in consultation for this undertaking. ICE has also invited the following federally-recognized Tribes to participate in consultation: the Delaware Nation, Oklahoma; and the Seneca-Cayuga Nation. ICE has not received any comments from the Planning Department, Historic Preservation Commission, or Tribes at the time of this letter.

Please provide any comments on the undertaking and ICE's finding within 30 calendar days of the date of receipt of this letter. Written correspondence may be submitted to Alexis Price via e-mail at alexis.t.price@associates.ice.dhs.gov.  If you have questions or wish to discuss the undertaking, please contact Alexis Price at 443-635-4661. Thank you for your cooperation on this undertaking.

Sincerely,

Gabrielle Fernandez
Environmental Protection Specialist
Office of the Chief Readiness Support Officer
Department of Homeland Security
Gabrielle.Fernandez@hq.dhs.gov

3

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 1. Project site location map.

4

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 2. Project site on USGS topographic map.

5

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 3. Aerial view of project site.

6

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 4. Proposed project site plan.

7

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 5. Area of Potential Effects (APE) for cultural resources.

8

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 6. North elevation.



Figure 7. East elevation.

9

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 8. West elevation.



Figure 9. South elevation.

10

Printed On 3/10/2026 2:49:40 PM

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740


Figure 10. Interior of office space.


Figure 11. Interior of warehouse.

11

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 12. North adjoining property.



Figure 13. North adjoining property.

12

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 14. Southwest adjoining property, depicting Resource WA-I-368.



Figure 15. Resource WA-I-368 as it appeared in 1975, facing east.

13

Hagerstown, MD Property Acquisition

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 16. Springhouse at Resource WA-I-368 as it appeared in 1975, facing northeast.



Figure 17. Google Earth Streetview of springhouse at Resource WA-I-368 in 2025, facing northeast.

14

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 18. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from Wright Road in 2025, facing northeast.



Figure 19. GoogleEarth Streetview of eastern portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing northeast.

15

Re: New ICE Baltimore Processing Facility, 10900 Hopewell Road, Hagerstown, Maryland 21740



Figure 20. GoogleEarth Streetview of western portion of residence at Resource WA-I-368 from (Old) Wright Road in 2025, facing southwest.

16