**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-733-BAH |
| MARKWAYNE MULLIN, *et al.*, | |
| Defendants. | |

**[PROPOSED] Order Denying**
**Plaintiff's Motion for a Preliminary Injunction (Dkt. No. 15)**

UPON CONSIDERATION of Plaintiff's Motion for Preliminary Injunction, Dkt. No. 15, Defendants' Opposition thereto, Plaintiff's Reply, and all appropriate evidence cited in the briefs, it is this _____ day of _____, 2026, hereby ORDERED that the Motion is DENIED. The Parties shall file a joint case management plan that proposes deadlines for resolution of this case on or before [30 days from the date of the Order].

Dated: April 3, 2026

_____
Brendan A. Hurson
United States District Judge