UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| STATE OF MARYLAND,<br><br>    Plaintiff<br><br>    v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>    Defendants. | Civ. No. 1:26-cv-733-BAH |

**NOTICE**

Plaintiff respectfully submits this Notice to apprise the Court of a recent administrative action taken by the State of Maryland, Department of the Environment (Department) related to the Williamsport Warehouse.

On April 13, the Department issued an Administrative Order to the Board of County Commissioners of Washington, County, Maryland (County). The Administrative Order is attached as Exhibit A. The Administrative Order "addresses deficiencies in the County's water and sewerage plan and the capacity of certain sewerage infrastructure in the County to protect the environment, public health, and comfort." Ex. A, Preamble. The Order calculated wastewater projections from operating the Williamsport Warehouse as a detention facility and found that existing sewerage infrastructure "is inadequate to convey wastewater flows" from the Williamsport Warehouse, whether operating it as a 1,500- or 542-person detention facility. *Id.* ¶ 39; *see also* ¶ 40. And if the sewerage infrastructure is exceeded, "the sewer pipe will overflow and/or backup," which can "harm the environment and waters of the State" and "create an immediate health hazard and damage real and personal property. *Id.* ¶ 39; *see also* ¶ 40.

1

The Order further found that the County's Water and Sewerage Plan (which was last comprehensively updated in 2009) is "outdated and insufficient to evaluate new, large-scale developments." *Id.* ¶ 41. And because the projected "volume exceeds the existing capacity of the County's community sewerage system for this area," "the proposed detention processing facility at the [Williamsport Warehouse] Property does not conform to the County's Water and Sewerage Plan." *Id.* ¶¶ 42-43  Accordingly, and pursuant to its authority under state law, the Order requires that the County must submit a comprehensive revision of the County's Water and Sewerage Plan, and, until that Plan is approved, shall not "allocate, authorize, or facilitate any increase in sewage flow " and shall not "install, modify, or extend any portion of the sewerage system." *Id.* ¶ 46-47.

The Administrative Order underscores the inadequacy of existing infrastructure to support the proposed detention facility and the harms that would flow to the State from exceeding the capacity of that infrastructure.

Dated: April 13, 2026

Respectfully submitted,

**ANTHONY G. BROWN**
ATTORNEY GENERAL OF MARYLAND

By: */s/ Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Lauren Gorodetsky*
  *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
sgoldstein@oag.maryland.gov
(410) 576-6414

*Counsel for the State of Maryland*

*\* Application for admission approved and pending admission ceremony*