**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-733 |
| MARKWAYNE MULLIN, *et al*., | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's April 15, 2026 Order (Dkt. No. 42), the Parties hereby submit this Joint Status Report confirming compliance with the Court's preliminary injunction and raising any concerns with the Court as follows:

On March 11, 2026, the Court granted Plaintiff's Motion for a Temporary Restraining Order. Dkt. No. 8. The Order temporarily restrained Defendants, for a period of fourteen (14) days, from "proceeding with renovation and/or construction activities required to build, retrofit, or otherwise convert the Williamsport Warehouse, located at 16220 Wright Road, alternatively identified as 10900 Hopewell Road, Williamsport, Maryland 21795 ["Williamsport Warehouse"], into an immigration detention facility," *id.* at 14, and required Defendants to file a status report within forty-eight hours describing all steps Defendants have taken to comply with the order, *id.* at 15. On March 12, a contracting office with U.S. Immigration and Customs Enforcement (ICE) contacted the representative of KVG (the vendor) and instructed the vendor to stop all work related to the renovation and construction at the site. March 13, 2026 Status Report, Dkt. No. 9. The stop work order continues to be in effect.

1

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Order and confirm that the only activity that has occurred at the site since April 15 is that a plumber was called in to fix a clogged toilet.

In addition, in the April 15, 2026 Order, the Court noted that the preliminary injunction does not prevent the installation of an eight-foot security fence for the purpose of preventing vandalism, arson, and graffiti at the Williamsport Warehouse. Dkt. No. 42 at 2, n.1. The Court instructed the parties to meet and confer regarding proposed fencing options and to inform the Court of any agreement. *Id.* The Court noted that it would not interpret any agreement to a particular fencing option by the State of Maryland to constitute a waiver of its argument that fencing of any kind should not be installed at the Williamsport Warehouse. *Id.* The Parties are continuing to confer on the installation of the security fence and will provide an update to the Court no later than next Wednesday, May 13.

Dated: May 6, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section

2

P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

By: */s/ Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Lauren Gorodetsky (D. Md. Bar No. 32172)
   *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414

*Counsel for the State of Maryland*

3