**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

|  |  |
|---|---|
| STATE OF MARYLAND,<br><br>      Plaintiff,<br><br>  v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>      Defendants. | Case No. 1:26-cv-733 |

**JOINT STATUS REPORT**

Pursuant to the Court's May 7, 2026 Order (Dkt. No. 47), the Parties hereby submit this Joint Status Report confirming compliance with the Court's preliminary injunction and raising any concerns with the Court as follows:

In its April 15, 2026 Order, the Court noted that the preliminary injunction does not prevent the installation of an eight-foot security fence for the purpose of preventing vandalism, arson, and graffiti at the Williamsport Warehouse. Dkt. No. 42 at 2, n.1. The Court instructed the parties to meet and confer regarding proposed fencing options and to inform the Court of any agreement. *Id.* The parties have conferred on fencing options over email and by a teleconference held on May 11, 2026. The parties are continuing to confer on the installation of the security fence and will provide an update to the Court in the next regularly-scheduled joint status report, which is due Wednesday, May 27, 2026.

Dated: May 13, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

1

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

ANTHONY G. BROWN
Attorney General of Maryland

By: */s/ Steven J. Goldstein (by SCD w/ permiss.)*
Steven J. Goldstein (D. Md. Bar No. 32071)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Lauren Gorodetsky (D. Md. Bar No. 32172)
    *Assistant Attorneys General*
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414

*Counsel for the State of Maryland*

2