**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

STATE OF MARYLAND,

         Plaintiff,

    v.                                Civil Action No. 1:26-cv-00733-BAH

MARKWAYNE MULLIN, *et al.*,

         Defendants.

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

    I am admitted to practice in this court, and I appear in this case as counsel for the Plaintiff State of Maryland.

Date: May 22, 2026               /s/ Lauren Gorodetsky
                                LAUREN GORODETSKY
                                (D. Md. Bar No. 32172)
                                Assistant Attorney General
                                Office of the Attorney General
                                200 Saint Paul Place, 20th Floor
                                Baltimore, Maryland 21202
                                Telephone: 410-576-7057
                                lgorodetsky@oag.maryland.gov
                                Attorney for Plaintiff State of Maryland