**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-733 |
| MARKWAYNE MULLIN, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's May 14, 2026 Order (Dkt. No. 49), the Parties hereby submit this Joint Status Report confirming compliance with the Court's preliminary injunction and raising any concerns with the Court as follows:

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the May 6, 2026 Joint Status Report (Dkt. No. 46) are that Shawn Byers, the National Program Manager for U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations conducted a site visit on May 15, and a local representative of the contractor (KVG), conducted site visits on May 21 and May 26.

1

In its April 15, 2026 Order, the Court noted that the preliminary injunction does not prevent the installation of an eight-foot security fence for the purpose of preventing vandalism, arson, and graffiti at the Williamsport Warehouse. Dkt. No. 42 at 2, n.1. The Court instructed the parties to meet and confer regarding proposed fencing options and to inform the Court of any agreement. *Id.* The Parties are continuing to confer on the installation of the security fence and will provide an update to the Court in a joint status report by Wednesday, June 3, 2026.

Dated: May 27, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

ANTHONY G. BROWN
Attorney General of Maryland

By: /s/ Lauren Gorodetsky
Lauren Gorodetsky (D. Md. Bar No. 32172)
Steven J. Goldstein (D. Md. Bar No. 32071)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)

2

Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-7057
lgorodetsky@oag.maryland.gov

Counsel for the State of Maryland