# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**STATE OF MARYLAND**,

     Plaintiff,

v.

                                      Case No. 1:26-cv-733-BAH

**MARKWAYNE MULLIN**, et al.,

     Defendants.

## DECLARATION OF SHAWN L. BYERS

I, Shawn L. Byers, hereby make the following declaration with respect to the above-captioned matter:

1.    I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Deputy Field Office Director (DFOD) of the ERO Chicago Field Office. I have held this position since August 2022. Since January 2, 2026, I have also been serving as the National Project Manager for the ICE detention capacity acquisition program, making me qualified to discuss the fencing at the Maryland facility.

2.    I have been employed by ICE since November 2, 2003. After numerous positions in local and regional ERO offices, on December 18, 2011, I was promoted to Unit Chief at ERO Headquarters. On June 17, 2012, I was promoted to an Assistant Field Office Director position in the ERO Chicago Field Office. On April 29, 2018, I was promoted to a Deputy Field Office Director position in ICE's ERO St. Paul Field Office. On June 20, 2021, I transferred to ERO Washington Field Office in Fairfax, Virginia. On August 14, 2022, I transferred to ERO Chicago Field Office in Chicago, Illinois.  Prior to my government service, I worked as a business owner

1

and in the skilled trades for over 14 years.  In those capacities, I regularly had to inspect and assess real property, including infrastructure, for construction purposes.

3.      On June 8, 2026, Long Fence personnel completed installation of temporary perimeter fencing around the Hagerstown facility. The fence is eight feet high. The attached Exhibit A shows where the temporary fence is located, as indicated by the red line around the perimeter of the facility.

4.      ICE and DHS confirm that they will not proceed with construction of a permanent fencing while the parties continue to confer on a permanent fence and until they have informed the Court of their agreement, or if no agreement is reached, they have informed the Court that there is no agreement and the Court has provided more detail regarding fencing.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Date: June 16, 2026

SHAWN L BYERS

Digitally signed by
SHAWN L BYERS
Date: 2026.06.16
15:15:08 -05'00'

_____

Shawn L. Byers
Deputy Field Office Director
National Program Manager
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

2



**Permanent Fence = 5,655.62 FT**

Declaration of Shawn L Byers, Exh. A