**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND, | |
| Plaintiff, | |
| v. | Case No. 1:26-cv-733 |
| MARKWAYNE MULLIN, *et al.*, | |
| Defendants. | |

**JOINT STATUS REPORT**

Pursuant to the Court's July 23, 2026 Paperless Order (Dkt. No. 61), the Parties hereby submit this Joint Status Report.

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the July 22, 2026, Joint Status Report (Dkt. No. 60) are activities in support of security and maintenance of the site and warehouse. Various contractor personnel visited between July 22 and July 31, 2026, to perform electrical work, security camera installation, roof repair, and site walkthroughs.

- 22 July, a contractor visited the facility to pick up a lift previously delivered for use by NGLI electricians;

- 27–31 July, Telos and Everon Solutions personnel continued installation and oversight of the facility's security camera network, including internal and external camera installation;

- 27-31 July, NGLI electricians were onsite supporting electrical installation;

- 28-29 July, *Coffee For A Cause* personnel visited the facility to conduct walkthroughs and obtain a visualization of the layout for the commissary;

- 28 July, KVG personnel visited the facility to conduct a site visit and monitor ongoing project activities;

- 30-31 July, NGLI personnel were onsite performing roof repair activities.

The parties continue to confer and will update the Court via Joint Status Report on August 26, 2026.


Dated: August 5, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division


*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

2

ANTHONY G. BROWN
Attorney General of Maryland

By: /s/ *Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Lauren Gorodetsky (D. Md. Bar No. 32172)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
   Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.maryland.gov

Counsel for the State of Maryland

3