**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-733 |

**JOINT STATUS REPORT**

Pursuant to the Court's August 6, 2026 Paperless Order (Dkt. No. 63), the Parties hereby submit this Joint Status Report.

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the August 5, 2026, Joint Status Report (Dkt. No. 62) are activities in support of security and maintenance of the site and warehouse. Various contractor personnel visited between August 5 and August 26, 2026, to perform electrical work, security camera installation, roof repair, and site walkthroughs.

- 5 August, KVG personnel visited the property to observe the facility.

- 6 August, ICE personnel visited the facility, and a contractor with Telos, the security company, visited the facility to conduct a site survey.
- 10 August, a Telos contractor delivered camera equipment to the facility and other contractor electricians were onsite supporting electrical installation activities.
- 11 August, contractor electricians were back onsite supporting electrical installation activities and other contractor personnel with Veterans Choice Integrations and Everon Solutions also visited the site to continue camera installation, configuration, and calibration; KVG conducted a site visit to assess ongoing work and a contractor was onsite to repair a lift.
- 13 August, ICE personnel transported five Government sport utility vehicles to the facility and a contractor was onsite to survey underground infrastructure in support of fiber optic cable and circuit installation.
- 17 – 21 August, Telos personnel supported daily camera operations; other contractor electricians were onsite supporting electrical installation activities.
- 17 August, a contractor with Telos conducted fiber optic testing, and a different contractor. performed electrical work, lighting system upgrades, roof repairs and leak repairs. An individual from the city utilities division was onsite to support electrical material coordination.
- 18 August, a contractor with Telos visited the site to assist with cabling issues.
- 19 August, KVG personnel visited the facility to assess camera installation and participate in a lawn care equipment demonstration.

- 20 August, KVG personnel conducted a site visit to review ongoing facility activities and ICE personnel visited the facility to deliver two Government vehicles—a sport utility vehicle and a pick-up truck.

The parties continue to confer and will update the Court via Joint Status Report on September 16, 2026.

Dated: August 26, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

ANTHONY G. BROWN
Attorney General of Maryland

*/s/ Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Lauren Gorodetsky (D. Md. Bar No. 32172)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place

Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.maryland.gov

Counsel for the State of Maryland