**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al*.,<br><br>Defendants. | Case No. 1:26-cv-733 |

**DECLARATION OF SHAWN L. BYERS**

I, Shawn L. Byers, hereby make the following declaration with respect to the above-captioned matter:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Deputy Field Office Director (DFOD) of the ERO Chicago Field Office. I have held this position since August 2022. Since January 2, 2026, I have also been serving as the National Project Manager for the ICE detention capacity acquisition program, making me qualified to discuss the fencing at the Maryland facility.

2. I have been employed by ICE since November 2, 2003. After numerous positions in local and regional ERO offices, on December 18, 2011, I was promoted to Unit Chief at ERO Headquarters. On June 17, 2012, I was promoted to an Assistant Field Office Director position in the ERO Chicago Field Office. On April 29, 2018, I was promoted to a Deputy Field Office Director position in ICE's ERO St. Paul Field Office. On June 20, 2021, I transferred to ERO Washington Field Office in Fairfax, Virginia. On August 14, 2022, I transferred to ERO Chicago Field Office in Chicago, Illinois. Prior to my government service, I worked as a business owner

and in the skilled trades for over 14 years. In those capacities, I regularly had to inspect and assess real property, including infrastructure, for construction purposes.

3. Since the parties submitted a joint status report on August 5, 2026, the following activities have taken place at the facility:

- 5 August, KVG personnel visited the property to observe the facility.
- 6 August, ICE personnel visited the facility, and a contractor with Telos, the security company, visited the facility to conduct a site survey.
- 10 August, a Telos contractor delivered camera equipment to the facility and other contractor electricians were onsite supporting electrical installation activities.
- 11 August, contractor electricians were back onsite supporting electrical installation activities and other contractor personnel with Veterans Choice Integrations and Everon Solutions also visited the site to continue camera installation, configuration, and calibration; KVG conducted a site visit to assess ongoing work and a contractor was onsite to repair a lift.
- 13 August, ICE personnel transported five Government sport utility vehicles to the facility and a contractor was onsite to survey underground infrastructure in support of fiber optic cable and circuit installation.
- 17 – 21 August, Telos personnel supported daily camera operations; other contractor electricians were onsite supporting electrical installation activities.
- 17 August, a contractor with Telos conducted fiber optic testing,  and a different contractor. performed electrical work, lighting system upgrades, roof repairs and

leak repairs. An individual from the city utilities division was onsite to support electrical material coordination.

- 18 August, a contractor with Telos visited the site to assist with cabling issues.
- 19 August, KVG personnel visited the facility to assess camera installation and participate in a lawn care equipment demonstration.
- 20 August, KVG personnel conducted a site visit to review ongoing facility activities and ICE personnel visited the facility to deliver two Government vehicles—a sport utility vehicle and a pick-up truck.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 24, 2026

SHAWN L BYERS

Digitally signed by SHAWN L BYERS
Date: 2026.08.24 15:21:23 -05'00'

Shawn L. Byers
Deputy Field Office Director
National Program Manager
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security