**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br>Plaintiff,<br>v.<br>MARKWAYNE MULLIN, *et al.*,<br>Defendants. | Case No. 1:26-cv-733 |

# JOINT STATUS REPORT

Pursuant to the Court's August 27, 2026 Paperless Order (Dkt. No. 65), the parties hereby submit this Joint Status Report.

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the August 26, 2026, Joint Status Report (Dkt. No. 64) are activities in support of security and maintenance of the site and warehouse. Various contractor personnel visited between August 27 and September 11, 2026, to perform security camera installation, maintenance, and site walkthroughs.

- 26 August, a contractor was onsite to perform work on government vehicles.
- 27 August, contractor personnel conducted a site visit at the property.
- 28 August, government personnel delivered two vehicles to the facility.
- Week of 31 August – 4 September, a contractor was onsite supporting daily operations and ongoing security camera and network activities at the facility.
- 1 September, contractor personnel met with the Washington County Administrator and representatives from local utility companies to discuss facility utility requirements.
- 3 September, contractor personnel were onsite to conduct a site survey for installation of a second fiber optic circuit at the facility.
- 4 September, contractor personnel were onsite supporting CCTV camera troubleshooting, replacement, and cabling activities, and to continue a site survey for the location of an underground conduit.
- Week of 6 – 11 September, a contractor was onsite supporting daily operations and ongoing security camera and network activities at the facility.
- 7 and 8 September, contractor personnel were onsite to work on government vehicles parked at the property.
- 9 September, contractor personnel were onsite supporting property maintenance and landscaping activities; ICE personnel visited the facility to retrieve three government vehicles.

The parties continue to confer and will update the Court via Joint Status Report on October 7, 2026.

Dated: September 16, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Energy & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

*/s/ Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Lauren Gorodetsky (D. Md. Bar No. 32172)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.maryland.gov

Counsel for the State of Maryland