**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-733 |

## JOINT STATUS REPORT

Pursuant to the Court's September 17, 2026, Paperless Order (Dkt. No. 67), the parties hereby submit this Joint Status Report.

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the September 16, 2026, Joint Status Report (Dkt. No. 66) are activities in support of security and maintenance of the site and warehouse. Various contractor personnel visited between September 17 and October 6, 2026, to perform security camera installation, maintenance, and site walkthroughs.

- 17 – 18 September, a contractor was onsite supporting daily operations and ongoing security camera and network activities at the facility.
- 18 September, contractor personnel conducted a site visit at the property.
- 22 September, contractor personnel were onsite cleaning office areas and bathrooms, and a government Field Security Manager visited the facility.
- 23 – 24 September, contractor personnel were onsite conducting grounds maintenance.
- 24 September, contractor personnel conducted a site visit to review ongoing activities and support network, fiber, and security camera troubleshooting.
- 25 September, government personnel were onsite to deliver vehicles to the facility.
- 28 September, contractor personnel conducted weekly facility cleaning.
- 29 September, contractor personnel were onsite troubleshooting the fiber network CCTV cameras; government personnel were onsite to retrieve vehicles from the facility; and contractor personnel delivered a trailer of grounds maintenance equipment to the facility in preparation for scheduled landscaping activities.
- 30 September, contractor personnel conducted exterior grounds maintenance, including mowing, weed whacking, maintaining bushes and flowerbeds, and picking up exterior trash; contractor personnel were onsite to pick up lifts and remove trailers, portable latrines, and portable offices from the facility; also, government personnel visited the facility to swap a vehicle.
- 1 October, contractor personnel conducted grounds maintenance.

- 2 October, contractor personnel were onsite supporting IT server and CCTV activities.

The parties will update the Court via Joint Status Report on October 28, 2026.

Dated: October 7, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

*/s/Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Lauren Gorodetsky (D. Md. Bar No. 32172)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.maryland.gov

Counsel for the State of Maryland