**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>*Plaintiff*,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-733-BAH |

**WITHDRAWAL OF APPEARANCE**

Kindly withdraw the appearance of Stephanie L. Hartman on behalf of amicus curiae Amica Center for Immigrant Rights. Adina Bassin Appelbaum, Deborah A. Jeon, Sonia Kumar, and Sean G. Cooley will continue to represent Amica Center for Immigrant Rights.

Date: October 13, 2026

Respectfully submitted,

*/s/ Stephanie L. Hartman*________

Stephanie L. Hartman (admitted *pro hac vice*)
Saul Ewing LLP
2 N. 2nd Street, Suite 700
Harrisburg, PA 17101
(717) 257-7523
stephanie.hartman@saul.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026 a copy of the foregoing Withdrawal of Appearance was served on all parties of record through the Court's electronic filing system.

*/s/Stephanie L. Hartman*
Stephanie L. Hartman