**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-733 |

**JOINT STATUS REPORT**

Pursuant to the Court's October 7, 2026, Paperless Order (Dkt. No. 69), the parties hereby submit this Joint Status Report.

On April 15, 2026, the Court issued an order granting Plaintiff's request for a preliminary injunction. Dkt. No. 42. The Order specifically enjoins Defendants during the pendency of this lawsuit from construction and renovation at the Williamsport Warehouse for the purposes of operating the warehouse as a detention and processing facility. *Id.* at 1. The Order notes that the injunction does not prevent Defendants from performing various security and maintenance activities. *Id.* at 1-2. Defendants confirm that they are continuing to comply with the Preliminary Injunction Order and confirm that the only activities that have occurred at the site since the October 7, 2026, Joint Status Report (Dkt. No. 68) are activities in support of security and maintenance of the site and warehouse. Various contractor personnel visited between October 7 and October 27, 2026, to perform security camera and information technology (IT) activities, cleaning, and maintenance.

- 8 – 9 October, a contractor was onsite supporting daily Information Technology (IT) at the facility.
- 12 – 16 October, a contractor was onsite to support daily IT operations and ongoing security camera and network activities at the facility.
- 18 October, government personnel visited the facility to pick up and drop off vehicles.
- 19 – 23 October, a contractor was onsite supporting daily IT operations, security camera and network activities at the facility.
- 20 October, contractor personnel were onsite to conduct janitorial services, routine cleaning of the facility, and grounds maintenance.
- 21 – 22 October, contractor personnel continued ground maintenance activities.

The parties will update the Court via Joint Status Report on November 18, 2026.

Dated: October 28, 2026

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General
U.S. Department of Justice
Environment & Natural Resources Division

*/s/ Sean C. Duffy*
SEAN C. DUFFY (NY Bar No. 4103131)
HAYLEY A. CARPENTER (CA Bar No. 312611)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Ben Franklin Station
Washington, DC 20044
(202) 598-7291 (Duffy)
(202) 598-3362 (Carpenter)
sean.c.duffy@usdoj.gov
hayley.carpenter@usdoj.gov

*Attorneys for Defendants*

*/s/ Steven J. Goldstein*
Steven J. Goldstein (D. Md. Bar No. 32071)
Lauren Gorodetsky (D. Md. Bar No. 32172)
Robert N. Brewer (D. Md. Bar No. 31649)
Yasmin Dagne (D. Md. Bar No. 32016)
Michael Drezner (D. Md. Bar No 31784)
Adam Kirschner (D. Md. Bar No. 31767)
Assistant Attorneys General
Office of the Attorney General
200 Saint Paul Place
Baltimore, Maryland 21202
(410) 576-6414
sgoldstein@oag.maryland.gov

Counsel for the State of Maryland