**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| STATE OF MARYLAND,<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, *et al.*,<br><br>Defendants. | Case No. 1:26-cv-733 |

**DECLARATION OF SHAWN L. BYERS**

I, Shawn L. Byers, hereby make the following declaration with respect to the above-captioned matter:

1. I am employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), as the Deputy Field Office Director (DFOD) of the ERO Chicago Field Office. I have held this position since August 2022. Since January 2, 2026, I have also been serving as the National Project Manager for the ICE detention capacity acquisition program, making me qualified to discuss the ICE facility infrastructure at the Maryland facility.

2. I have been employed by ICE since November 2, 2003. After numerous positions in local and regional ERO offices, on December 18, 2011, I was promoted to Unit Chief at ERO Headquarters. On June 17, 2012, I was promoted to an Assistant Field Office Director position in the ERO Chicago Field Office. On April 29, 2018, I was promoted to a Deputy Field Office Director position in ICE's ERO St. Paul Field Office. On June 20, 2021, I transferred to ERO Washington Field Office in Fairfax, Virginia. On August 14, 2022, I transferred to ERO Chicago Field Office in Chicago, Illinois. Prior to my government service, I worked as a business owner

and in the skilled trades for over 14 years. In those capacities, I regularly had to inspect and assess real property, including infrastructure, for construction purposes.

3. Since the parties submitted a joint status report on October 7, 2026, the following activities have taken place at the facility:

- 8 – 9 October, a contractor was onsite supporting daily Information Technology (IT) at the facility.
- 12 – 16 October, a contractor was onsite to support daily IT operations and ongoing security camera and network activities at the facility.
- 18 October, government personnel visited the facility to pick up and drop off vehicles.
- 19 – 23 October, a contractor was onsite supporting daily IT operations, security camera and network activities at the facility.
- 20 October, contractor personnel were onsite to conduct janitorial services, routine cleaning of the facility, and grounds maintenance.
- 21 – 22 October, contractor personnel continued ground maintenance activities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 27, 2026

SHAWN L BYERS

Digitally signed by SHAWN L BYERS
Date: 2026.10.27 13:04:56 -05'00'

Shawn L. Byers
Deputy Field Office Director
National Program Manager
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security